BRADLEY M. CORSIGLIA, ESQ.  SBN 117004
CORSIGLIA MCMAHON & ALLARD LLP
96 NORTH THIRD STREET, SUITE 620
SAN JOSE, CALIFORNIA 95112
TELEPHONE: (408) 289-1417
FAX: (408) 289-8127

ATTORNEYS FOR PLAINTIFFS, KATHLEEN VENTIMIGLIA, individually, and as the Guardian Ad Litem for STEPHEN VENTIMILIA and KELLIE VENTIMILIA

E-FILING

ADR

FILED
DEC 12 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

C07 05481

| | |
|---|---|
| KATHLEEN VENTIMIGLIA, individually, and as the Guardian Ad Litem for STEPHEN VENTIMILIA and KELLIE VENTIMILIA,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, CHAMBLIN-LANDES CONSTRUCTION, INC., a California corporation, and DOES 1-50, inclusive,<br><br>Defendants. | No.<br><br>**PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |

Petitioner states as follows:

1. I am a minor of the age of 17 years.

2. I am about to commence an action in this court against UNITED STATES OF AMERICA and CHAMBLIN-LANDES CONSTRUCTION, INC. for the wrongful death of my father, JOSEPH VENTIMIGLIA.

3. I have no general guardian and no previous petition for appointment of a guardian ad litem has been filed in this matter.

---

1
PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM

4. My, mother, KATHLEEN VENTIMIGLIA, whose address is 2090 Paralta Avenue, Seaside, California 93955, is a competent and responsible person, and fully competent to act as my guardian ad litem.

5. Said KATHLEEN VENTIMIGLIA is willing to act as guardian ad litem for petitioner, as appears by her consent attached hereto.

WHEREFORE, petitioner moves the court for an order appointing KATHLEEN VENTIMIGLIA as guardian ad litem of petitioner for the purpose of bringing an action against UNITED STATES OF AMERICA and CHAMBLIN-LANDES CONSTRUCTION, INC. on the claim hereinabove stated.

Dated: October 17, 2007          CORSIGLIA, McMAHON & ALLARD, LLP

By: _____
BRADLEY M. CORSIGLIA, ESQ.
Attorneys for Petitioner
KELLIE VENTIMILIA

**CONSENT OF NOMINEE**

I, KATHLEEN VENTIMIGLIA, the nominee of the Petitioner, consent to act as guardian ad litem for the minor petitioner in the above action.

Dated: October 12, 2007          _____
KATHLEEN VENTIMIGLIA

**ORDER**

The petition for an order appointing KATHLEEN VENTIMIGLIA as guardian ad litem for petitioner is GRANTED.

IT IS SO ORDERED.

Dated: 12/12/07          _____
UNITED STATES ~~DISTRICT JUDGE~~
MAGISTRATE JUDGE