1  **BRADLEY M. CORSIGLIA, ESQ.**  SBN 117004
   **CORSIGLIA MCMAHON & ALLARD** LLP

2  96 NORTH THIRD STREET, SUITE 620
   SAN JOSE, CALIFORNIA 95112

3  TELEPHONE: (408) 289-1417
   FAX: (408) 289-8127

4

5  ATTORNEYS FOR PLAINTIFFS, KATHLEEN VENTIMIGLIA,
   individually, and as the Guardian Ad Litem for
   STEPHEN VENTIMILIA and KELLIE VENTIMILIA

6

ADR

E-FILING

**F I L E D**

DEC 1 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

**C07 05481 RS**

| KATHLEEN VENTIMIGLIA, individually, and as the Guardian Ad Litem for STEPHEN VENTIMILIA and KELLIE VENTIMILIA, | No. |
|---|---|
| Plaintiffs, | **PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |
| v. | |
| UNITED STATES OF AMERICA, CHAMBLIN-LANDES CONSTRUCTION, INC., a California corporation, and DOES 1-50, inclusive, | |
| Defendants. | |

Petitioner states as follows:

1.    I am a minor of the age of 14 years.

2.    I am about to commence an action in this court against UNITED STATES OF AMERICA and CHAMBLIN-LANDES CONSTRUCTION, INC. for the wrongful death of my father, JOSEPH VENTIMIGLIA.

3.    I have no general guardian and no previous petition for appointment of a guardian ad litem has been filed in this matter.

4.     My, mother, KATHLEEN VENTIMIGLIA, whose address is 2090 Paralta Avenue, Seaside, California 93955, is a competent and responsible person, and fully competent to act as my guardian ad litem.

5.     Said KATHLEEN VENTIMIGLIA is willing to act as guardian ad litem for petitioner, as appears by her consent attached hereto.

WHEREFORE, petitioner moves the court for an order appointing KATHLEEN VENTIMIGLIA as guardian ad litem of petitioner for the purpose of bringing an action against UNITED STATES OF AMERICA and CHAMBLIN-LANDES CONSTRUCTION, INC. on the claim hereinabove stated.

Dated: October ⁄⁊ , 2007          CORSIGLIA, McMAHON & ALLARD, LLP

By: _____
BRADLEY M. CORSIGLIA, ESQ.
Attorneys for Petitioner
STEPHEN VENTIMILIA

## CONSENT OF NOMINEE

I, KATHLEEN VENTIMIGLIA, the nominee of the Petitioner, consent to act as guardian ad litem for the minor petitioner in the above action.

Dated: October 12 , 2007          _____
KATHLEEN VENTIMIGLIA

## ORDER

The petition for an order appointing KATHLEEN VENTIMIGLIA as guardian ad litem for petitioner is GRANTED.

IT IS SO ORDERED.

Dated: __12/12/07__          _____
UNITED STATES ~~DISTRICT JUDGE~~
MAGISTRATE JUDGE

2
PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM