1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  CLAIRE T. CORMIER (CSBN 154364)
   Assistant United States Attorney
4      150 Almaden Blvd., Suite 900
       San Jose, California 95113
5      Telephone: (408) 535-5082
       FAX: (408) 535-5081
6      claire.cormier@usdoj.gov

7  Attorneys for United States of America

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE DIVISION

KATHLEEN VENTIMIGLIA,                 )    No. 07-05481 RS
individually, and as the Guardian Ad Litem )
for STEPHEN VENTIMILIA and KELLIE     )
VENTIMILIA,                           )    STIPULATION EXTENDING
                                      )    DEADLINE FOR RESPONSE TO
           Plaintiffs,                )    COMPLAINT
                                      )
    v.                                )
                                      )
UNITED STATES OF AMERICA,             )
CHAMBLIN-LANDES                       )
CONSTRUCTION, INC., a California      )
corporation, and DOES 1-50, inclusive,)
                                      )
           Defendants                 )
                                      )

       Pursuant to Civil Local Rule 6-1(a), the parties, through their attorneys of record, hereby

stipulate that defendant United States of America may have an extension to and including

January 14, 2008 to answer, move, or otherwise respond to Plaintiffs' Complaint for Damages.

//

//

//

STIPULATION EXTENDING TIME FOR ANSWER
Case No. 07-05481 RS

1

2  Respectfully submitted,

DATED: December 19, 2007          SCOTT N. SCHOOLS
                                  United States Attorney

 /s/ Claire T. Cormier
CLAIRE T. CORMIER
Assistant United States Attorney

DATED: December 18, 2007          CORSIGLIA, McMAHON & ALLARD LLP

/s/ electronic signature authorized

BRADLEY M. CORSIGLIA
Attorneys for Plaintiffs

DATED: December 19, 2007          EMERSON, COREY & SORENSEN

/s/ electronic signature authorized

JAMES D. EMERSON
Attorneys for Defendant,
Chamblin-Landes Construction, Inc.

STIPULATION EXTENDING TIME FOR ANSWER
Case No. 07-05481 RS                    1