1 | JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
2 | JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3 | CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney
4 |     150 Almaden Blvd., Suite 900
    San Jose, California 95113
5 |     Telephone: (408) 535-5082
    FAX: (408) 535-5081
6 |     claire.cormier@usdoj.gov

7 | Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

KATHLEEN VENTIMIGLIA,                                )    No. 07-05481 RS
individually, and as the Guardian Ad Litem           )
for STEPHEN VENTIMILIA and KELLIE                    )
VENTIMILIA,                                          )    **CONSENT TO PROCEED BEFORE A**
                                                     )    **UNITED STATES MAGISTRATE**
        Plaintiffs,                                  )    **JUDGE**
                                                     )
    v.                                               )
                                                     )
UNITED STATES OF AMERICA,                            )
CHAMBLIN-LANDES                                      )
CONSTRUCTION, INC., a California                     )
corporation, and DOES 1-50, inclusive,               )
                                                     )
        Defendants                                   )
                                                     )

In accordance with the provisions of Title 28, U.S.C. Section 636(c), Defendant United States of America hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

//

//

//

CONSENT TO MAGISTRATE
Case No. 07-05481 RS

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2  DATED: January 14, 2008 | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 4 | /s/ Claire T. Cormier |
| 5 | CLAIRE T. CORMIER<br>Assistant United States Attorney |