1  BRADLEY M. CORSIGLIA, ESQ. SBN 117004
   CORSIGLIA MCMAHON & ALLARD LLP
2  96 NORTH THIRD STREET, SUITE 620
   SAN JOSE, CALIFORNIA 95112
3  TELEPHONE: (408) 289-1417
   FAX: (408) 289-8127
4
   ATTORNEYS FOR PLAINTIFFS,
5  KATHLEEN VENTIMIGLIA, individually, and as the Guardian
   Ad Litem for STEPHEN VENTIMILIA and KELLIE VENTIMILIA
6

7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

12 | KATHLEEN VENTIMIGLIA, individually,      | No.  C07 05481 RS
      and as the Guardian Ad Litem for
13 | STEPHEN VENTIMILIA and KELLIE            | CONSENT TO PROCEED BEFORE A
      VENTIMILIA,                              UNITED STATES MAGISTRATE
14 |                                          | JUDGE
                 Plaintiffs,
15
            v.
16
   UNITED STATES OF AMERICA,
17 CHAMBLIN-LANDES CONSTRUCTION,
   INC., a California corporation, and DOES
18 1-50, inclusive,
                 Defendants.
19

20

21     In accordance with the provisions of Title 28, U.S.C. Section 636(c), Plaintiffs

22 KATHLEEN VENTIMIGLIA, individually, and as the Guardian Ad Litem for STEPHEN

23 VENTIMILIA and KELLIE VENTIMILIA hereby voluntarily consents to have a United

24 States Magistrate Judge conduct any and all further proceedings in this case, including

25 ///

26 ///

27 ///

28 ///

---
1
CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

1  trial, and order the entry of a final judgment. Appeal from the judgment shall be taken
2  directly to the United States Court of Appeals for the Ninth Circuit.
3
4  Dated:   January 16, 2008            CORSIGLIA, McMAHON & ALLARD, LLP
5
6                                        By:  _____
7                                             BRADLEY M. CORSIGLIA, ESQ.
                                              Attorneys for Plaintiffs KATHLEEN
8                                             VENTIMIGLIA, individually, and as the
                                              Guardian Ad Litem for STEPHEN VENTIMILIA
9                                             and KELLIE VENTIMILIA
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28