1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  CLAIRE T. CORMIER (CSBN 154364)
   Assistant United States Attorney
4     150 Almaden Blvd., Suite 900
      San Jose, California 95113
5     Telephone: (408) 535-5082
      FAX: (408) 535-5081
6     claire.cormier@usdoj.gov

7  Attorneys for United States of America

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11 KATHLEEN VENTIMIGLIA,                )    No. 07-05481 RS
   individually, and as the Guardian Ad Litem )
12 for STEPHEN VENTIMILIA and KELLIE    )
   VENTIMILIA,                          )    STIPULATION AND [PROPOSED]
13                                       )    ORDER CONTINUING CASE
                                         )    MANAGEMENT CONFERENCE AND
14         Plaintiffs,                   )    RELATED DEADLINES
                                         )
15      v.                               )
                                         )
16 UNITED STATES OF AMERICA,            )
   CHAMBLIN-LANDES                       )
17 CONSTRUCTION, INC., a California      )
   corporation, and DOES 1-50, inclusive, )
18                                       )
           Defendants                    )
19 _____    )

20        The initial case management conference for this case is currently scheduled to take place

21 on February 20, 2008.  Counsel for defendant United States of America has advised that she is

22 scheduled to be on vacation that day.  Accordingly, the parties hereby STIPULATE AND

23 REQUEST that the Court vacate the currently scheduled case management conference and

24 related deadlines and instead order the following schedule for this case:

25 February 6, 2008            Last day to meet and confer re: initial disclosures, early
                               settlement, ADR process selection, and discovery plan;
26                             last day to file Joint ADR Certification with Stipulation to
                               ADR Process or Notice of Need for ADR Phone
27                             Conference

28

| | |
|---|---|
| February 20, 2008 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report; last day to file Case Management Statement |
| February 27, 2008, 2:30 p.m. | Case Management Conference |

Respectfully submitted,

DATED: January 30, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Claire T. Cormier

_____
CLAIRE T. CORMIER
Assistant United States Attorney

DATED: January 30, 2008

CORSIGLIA, McMAHON & ALLARD LLP

Electronic signature authorized

_____
BRADLEY M. CORSIGLIA
Attorneys for Plaintiffs

DATED: January 30, 2008

EMERSON, COREY & SORENSEN

Electronic signature authorized

_____
JAMES D. EMERSON
Attorneys for Defendant,
Chamblin-Landes Construction, Inc.

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and good cause appearing, IT IS SO
ORDERED.

DATED: _____, 2008    _____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE