| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 3 | CLAIRE T. CORMIER (CSBN 154364)<br>Assistant United States Attorney |
| 4 |    150 Almaden Blvd., Suite 900<br>   San Jose, California 95113 |
| 5 |    Telephone: (408) 535-5082<br>   FAX: (408) 535-5081 |
| 6 |    claire.cormier@usdoj.gov |

*E-FILED 1/31/08*

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| KATHLEEN VENTIMIGLIA, individually, and as the Guardian Ad Litem for STEPHEN VENTIMILIA and KELLIE VENTIMILIA,<br><br>        Plaintiffs,<br><br>   v.<br><br>UNITED STATES OF AMERICA, CHAMBLIN-LANDES CONSTRUCTION, INC., a California corporation, and DOES 1-50, inclusive,<br><br>        Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 07-05481 RS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES |

The initial case management conference for this case is currently scheduled to take place on February 20, 2008. Counsel for defendant United States of America has advised that she is scheduled to be on vacation that day. Accordingly, the parties hereby STIPULATE AND REQUEST that the Court vacate the currently scheduled case management conference and related deadlines and instead order the following schedule for this case:

| | |
|---|---|
| February 6, 2008 | Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; last day to file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference |

STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
Case No. 07-05481 RS                   -1-

| | |
|---|---|
| February 20, 2008 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report; last day to file Case Management Statement |
| February 27, 2008, 2:30 p.m. | Case Management Conference |

Respectfully submitted,

DATED: January 30, 2008  JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Claire T. Cormier
_____
CLAIRE T. CORMIER
Assistant United States Attorney

DATED: January 30, 2008  CORSIGLIA, McMAHON & ALLARD LLP

Electronic signature authorized
_____
BRADLEY M. CORSIGLIA
Attorneys for Plaintiffs

DATED: January 30, 2008  EMERSON, COREY & SORENSEN

Electronic signature authorized
_____
JAMES D. EMERSON
Attorneys for Defendant,
Chamblin-Landes Construction, Inc.

# [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS SO ORDERED.

DATED: __January 31__, 2008  _/s/ Richard Seeborg_
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE