1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  CLAIRE T. CORMIER (CSBN 154364)
   Assistant United States Attorney
4     150 Almaden Blvd., Suite 900
      San Jose, California 95113
5     Telephone: (408) 535-5082
      FAX: (408) 535-5081
6     claire.cormier@usdoj.gov

7  Attorneys for United States of America

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12 KATHLEEN VENTIMIGLIA,                )   No. 07-05481 RS
   individually, and as the Guardian Ad Litem )
   for STEPHEN VENTIMILIA and KELLIE    )
13 VENTIMILIA,                          )   **STIPULATION TO MEDIATION;**
                                        )   **ADR CERTIFICATION**
14              Plaintiffs,             )
                                        )
15         v.                           )
                                        )
16                                      )
   UNITED STATES OF AMERICA,            )
17 CHAMBLIN-LANDES                      )
   CONSTRUCTION, INC., a California     )
18 corporation, and DOES 1-50, inclusive, )
                                        )
19              Defendants              )
                                        )
20

21                  **STIPULATION TO MEDIATION**

22        Pursuant to ADR Local Rule 3-5, the parties to the above-entitled action hereby

23 stipulate and request that the Court refer this case to mediation, but the parties request that the

24 referral be deferred until after the parties have had a reasonable opportunity to conduct

25 discovery and early motions.

26        **IT IS SO STIPULATED.**

27 //

28 //

STIPULATION TO MEDIATION; ADR CERTIFICATION
Case No. 07-05481 RS

**ADR CERTIFICATION**

Pursuant to ADR Local Rule 3-5, each of the undersigned certifies that he or she has read the brochure entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities and considered whether this case might benefit from any of them.

Respectfully submitted,

DATED: February 6, 2008         JOSEPH P. RUSSONIELLO
                                United States Attorney


                                /s/ Claire T. Cormier
                                _____
                                CLAIRE T. CORMIER
                                Assistant United States Attorney


DATED: February 6, 2008         CORSIGLIA, McMAHON & ALLARD LLP

                                /s/ electronic signature authorized
                                _____
                                BRADLEY M. CORSIGLIA
                                Attorneys for Plaintiffs


DATED: February 6, 2008         EMERSON, COREY & SORENSEN

                                /s/ electronic signature authorized
                                _____
                                JAMES D. EMERSON
                                Attorneys for Defendant,
                                Chamblin-Landes Construction, Inc.