**\*E-FILED\***
**February 12, 2008**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KATHLEEN VENTIMIGLIA, et al.,                    No. C 07-05481 RS

    Plaintiffs,

  v.                                              **CLERK'S NOTICE**

UNITED STATES OF AMERICA, et al.,

    Defendants.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    The Case Management Conference set for **February 27, 2008 at 2:30 p.m.** will be conducted telephonically. No later than February 22, 2008, the parties shall contact Court Conference at 866/582-6878 to arrange participation by telephone.

Dated: February 12, 2008

                                                                                    For the Court,
                                                                                    RICHARD W. WEIKING, Clerk

                                                                                    By:    /s/ Martha Parker Brown
                                                                                                      Courtroom Deputy Clerk

United States District Court
For the Northern District of California

**THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

Claire T. Cormier     claire.cormier@usdoj.gov

Bradley M. Corsiglia     bmc@cmalaw.net, paulette@saucorlaw.com

James Douglas Emerson     jemerson@lawecs.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: February 12, 2008