James D. Emerson, No. 042031

LAW OFFICES OF
**EMERSON, COREY & SORENSEN**
2520 WEST SHAW LANE, SUITE 102
FRESNO, CALIFORNIA 93711-2765
Telephone: (559) 432-7641
Facsimile:   (559) 432-7639

Attorneys for Defendant, CHAMBLIN-LANDES CONSTRUCTION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KATHLEEN VENTIMIGLIA, individually, and as the Guardian Ad Litem for STEPHEN VENTIMILIA and KELLIE VENTIMILIA,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>UNITED STATES OF AMERICA, CHAMBLIN-LANDES CONSTRUCTION, INC., a California corporation, and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No.: C07 05481 RS<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**<br><br><br><br><br><br>COMPLAINT FILED:   October 26, 2007 |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), Defendant, CHAMBLIN-LANDES CONSTRUCTION, INC. hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

　　　　DATED: February 12, 2008　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　EMERSON, COREY & SORENSEN


　　　　　　　　　　　　　　　　　　　　By:   /S/ James D. Emerson
　　　　　　　　　　　　　　　　　　　　　　James D. Emerson
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　　　　　　　　　　CHAMBLIN-LANDES CONSTRUCTION