**\*E-FILED 2/27/08\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KATHLEEN VENTIMIGLIA, et al., | No. C 07-05481 RS |
| Plaintiffs, | |
| v. | CASE MANAGEMENT SCHEDULING ORDER |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a Case Management Conference was held on February 27, 2008. After considering the Case Management Statement and Proposed Order submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, **IT IS HEREBY ORDERED THAT:**

Discovery shall be limited as follows: (a) **ten (10)** non-expert depositions per party; (b) **twenty-five (25)** interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

///

///

///

CASE MANAGEMENT SCHEDULING ORDER

A further case management conference shall be held on **July 23, 2008 at 2:30 p.m.** An updated joint case management conference statement shall be filed no later than July 16, 2008.

**IT IS SO ORDERED.**

DATED: February 27, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Claire T. Cormier    claire.cormier@usdoj.gov

Bradley M. Corsiglia    bmc@cmalaw.net, paulette@saucorlaw.com

James Douglas Emerson    jemerson@lawecs.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: February 27, 2008

                        /s/ BAK
                        Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California