UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Civil Minute Order</u>

Time: 6 min

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR:  NOT REPORTED DATE:  2/27/08
COURTROOM DEPUTY:  MARTHA PARKER BROWN

CASE #:  C 07-05481RS

CASE TITLE:  KATHLEEN VENTIMIGLIA , ET AL  VS.  USA, ET AL

**Appearances for Plaintiff(s)****Appearances for Defendant(s)**

  BRADLEY CONSIGLIA  CLAIRE CORMIER

  JAMES EMERSON

**TODAY'S PROCEEDINGS**

{ }SETTLEMENT CONF.  { } PRETRIAL CONF.   {X} TELEPHONIC  CMC    { } MOTIONS LISTED BELOW:

<u>Pltf.</u><u>Deft.</u><u>Cross Mot.</u>
{  }{  }{  }1.
{  }{  }{  }2.
{  }{  }{  }3.
{  }{  }{  }4.

<u>DISPOSITION of TODAY'S PROCEEDINGS</u>

**[  ] SETTLED[  ] NOT SETTLED[  ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[   ] GRANTED[  ] DENIED[  ] SUBMITTED[  ] DENIED/GRANTED in part

[  ] BRIEFS TO BE FILED AS FOLLOWS:

**(BRIEFING SCHEDULE:)**  {  } Cont'd to:@For

**ORDER TO BE PREPARED BY:**[ ]PLTF;[ ]DEFT;[ ]COURT
Additional Comments:

  CASE MANAGEMENT CONFERENCE HELD–COURT WILL ISSUE SCHEDULING ORDER

HOURS IN SETTLEMENT:Copies to: