```
1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   CLAIRE T. CORMIER (CSBN 154364)
    Assistant United States Attorney
4       150 Almaden Blvd., Suite 900
        San Jose, California 95113
5       Telephone: (408) 535-5082
        FAX: (408) 535-5081
6       claire.cormier@usdoj.gov

7   Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KATHLEEN VENTIMIGLIA, individually, and as the Guardian Ad Litem for STEPHEN VENTIMILIA and KELLIE VENTIMILIA,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, CHAMBLIN-LANDES CONSTRUCTION, INC., a California corporation, and DOES 1-50, inclusive,<br><br>Defendants | No. 07-05481 RS<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES |

The initial case management conference for this case took place on February 27, 2008. A further case management conference is scheduled for July 23, 2008. When that date was set, it was anticipated that defendant United States of America's motion to dismiss and/or for summary judgment would have been heard prior to that date. However, due to difficulties in scheduling depositions, it is now anticipated that the USA's motion will be filed in mid to late June and heard in late July or early August. Accordingly, so that the motion can be heard before the further case management conference, the parties to this action, through their attorneys of record, hereby STIPULATE AND REQUEST that the further case management conference be continued from July 23, 2008 to August 27, 2008 at 2:30 p.m.

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | DATED: May 13, 2008 | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 4 | | /s/ Claire T. Cormier |
| 5 | | CLAIRE T. CORMIER<br>Assistant United States Attorney |
| 7 | DATED: May ___, 2008 | CORSIGLIA, McMAHON & ALLARD LLP |
| 10 | | BRADLEY M. CORSIGLIA<br>Attorneys for Plaintiffs |
| 12 | DATED: May ___, 2008 | EMERSON, COREY & SORENSEN |
| 15 | | JAMES D. EMERSON<br>Attorneys for Defendant,<br>Chamblin-Landes Construction, Inc. |

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS SO ORDERED.

DATED: _____, 2008  _____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | DATED: May ___, 2008 | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 5 | | _____<br>CLAIRE T. CORMIER<br>Assistant United States Attorney |
| 7 | DATED: May 9, 2008 | CORSIGLIA, McMAHON & ALLARD LLP<br><br>*/s/ Bradley M. Corsiglia/*<br>_____<br>BRADLEY M. CORSIGLIA<br>Attorneys for Plaintiffs |
| 12 | DATED: May ___, 2008 | EMERSON, COREY & SORENSEN<br><br>_____<br>JAMES D. EMERSON<br>Attorneys for Defendant,<br>Chamblin-Landes Construction, Inc. |

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS SO ORDERED.

DATED: _____, 2008   _____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
Case No. 07-05481 RS               -2-

```
                                    Respectfully submitted,

DATED: May ___, 2008                JOSEPH P. RUSSONIELLO
                                    United States Attorney


                                    _____
                                    CLAIRE T. CORMIER
                                    Assistant United States Attorney


DATED: May ___, 2008                CORSIGLIA, McMAHON & ALLARD LLP


                                    _____
                                    BRADLEY M. CORSIGLIA
                                    Attorneys for Plaintiffs

DATED: May 13, 2008                 EMERSON, COREY & SORENSEN


                                    _____
                                    JAMES D. EMERSON
                                    Attorneys for Defendant,
                                    Chamblin-Landes Construction, Inc.
```

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS SO ORDERED.

DATED: _____, 2008      _____
                                    RICHARD SEEBORG
                                    UNITED STATES MAGISTRATE JUDGE