1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney                                    *E-FILED 5/13/08
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  CLAIRE T. CORMIER (CSBN 154364)
   Assistant United States Attorney
4     150 Almaden Blvd., Suite 900
      San Jose, California 95113
5     Telephone: (408) 535-5082
      FAX: (408) 535-5081
6     claire.cormier@usdoj.gov

7  Attorneys for United States of America

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11 KATHLEEN VENTIMIGLIA,              )   No. 07-05481 RS
   individually, and as the Guardian Ad Litem )
12 for STEPHEN VENTIMILIA and KELLIE  )
   VENTIMILIA,                        )
13                                    )   STIPULATION AND [PROPOSED]
                                      )   ORDER CONTINUING CASE
14              Plaintiffs,           )   MANAGEMENT CONFERENCE AND
                                      )   RELATED DEADLINES
15         v.                         )   MODIFIED BY THE COURT
                                      )
16 UNITED STATES OF AMERICA,          )
   CHAMBLIN-LANDES                    )
17 CONSTRUCTION, INC., a California   )
   corporation, and DOES 1-50, inclusive, )
18                                    )
                Defendants            )
19 _____  )

20      The initial case management conference for this case took place on February 27, 2008.

21 A further case management conference is scheduled for July 23, 2008. When that date was set,

22 it was anticipated that defendant United States of America's motion to dismiss and/or for

23 summary judgment would have been heard prior to that date. However, due to difficulties in

24 scheduling depositions, it is now anticipated that the USA's motion will be filed in mid to late

25 June and heard in late July or early August. Accordingly, so that the motion can be heard

26 before the further case management conference, the parties to this action, through their

27 attorneys of record, hereby STIPULATE AND REQUEST that the further case management

28 conference be continued from July 23, 2008 to September 3, 2008 at 2:30 p.m.

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
Case No. 07-05481 RS                     -1-

| | |
|---|---|
| | Respectfully submitted, |
| DATED: May 13, 2008 | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| | /s/ Claire T. Cormier |
| | CLAIRE T. CORMIER<br>Assistant United States Attorney |
| DATED: May ___, 2008 | CORSIGLIA, McMAHON & ALLARD LLP |
| | BRADLEY M. CORSIGLIA<br>Attorneys for Plaintiffs |
| DATED: May ___, 2008 | EMERSON, COREY & SORENSEN |
| | JAMES D. EMERSON<br>Attorneys for Defendant,<br>Chamblin-Landes Construction, Inc. |

[~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS SO ORDERED. Further Case Management Conference set for 9/3/08 at 2:30 p.m.

DATED: May 13, 2008, 2008    /s/ Richard Seeborg
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
Case No. 07-05481 RS                -2-

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | DATED: May ___, 2008 | JOSEPH P. RUSSONIELLO<br>United States Attorney |

CLAIRE T. CORMIER
Assistant United States Attorney

DATED: May 9, 2008    CORSIGLIA, McMAHON & ALLARD LLP

BRADLEY M. CORSIGLIA
Attorneys for Plaintiffs

DATED: May ___, 2008    EMERSON, COREY & SORENSEN

JAMES D. EMERSON
Attorneys for Defendant,
Chamblin-Landes Construction, Inc.

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS SO ORDERED.

DATED: _____, 2008    _____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
Case No. 07-05481 RS            -2-

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | DATED: May ___, 2008 | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 5 | | _____<br>CLAIRE T. CORMIER<br>Assistant United States Attorney |
| 7 | DATED: May ___, 2008 | CORSIGLIA, McMAHON & ALLARD LLP |
| 10 | | _____<br>BRADLEY M. CORSIGLIA<br>Attorneys for Plaintiffs |
| 12 | DATED: May 13, 2008 | EMERSON, COREY & SORENSEN |
| 15 | | _____<br>JAMES D. EMERSON<br>Attorneys for Defendant,<br>Chamblin-Landes Construction, Inc. |

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS SO ORDERED.

DATED: _____, 2008  _____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
Case No. 07-05481 RS                -2-