1  JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3  CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney
4      150 Almaden Blvd., Suite 900
San Jose, California 95113
5      Telephone: (408) 535-5082
FAX: (408) 535-5081
6      claire.cormier@usdoj.gov

7  Attorneys for United States of America

8
UNITED STATES DISTRICT COURT
9
NORTHERN DISTRICT OF CALIFORNIA
10
SAN JOSE DIVISION
11

12  KATHLEEN VENTIMIGLIA,                    )   No. 07-05481 RS
individually, and as the Guardian Ad Litem )
13  for STEPHEN VENTIMILIA and KELLIE      )
VENTIMILIA,                               )
14                                          )   **DECLARATION OF DAVID L.**
                                           )   **RANSON IN SUPPORT OF**
15          Plaintiffs,                      )   **DEFENDANT UNITED STATES OF**
                                           )   **AMERICA'S MOTION TO DISMISS**
16      v.                                 )
                                           )
17  UNITED STATES OF AMERICA,               )
CHAMBLIN-LANDES                           )
18  CONSTRUCTION, INC., a California        )
corporation, and DOES 1-50, inclusive,   )
19                                          )
            Defendants                     )
20  _____)

21      I, DAVID L. RANSON, make the following declaration in lieu of affidavit,

22  pursuant to 28 U.S.C. 1746. I am aware that this declaration is the legal equivalent of a

23  statement under oath and that it will be filed in the United States District Court for the

24  Northern District of California. Except as otherwise stated, the matters stated in this

25  declaration are true of my own knowledge and, if necessary, I could and would competently

26  testify to them.

27      1.      In 1968 I received a professional degree (4 year degree program) in Industrial

28  Engineering and Education from Southeast Missouri State University. In 1972 I received a

RANSON DECLARATION RE MOTION TO DISMISS
Case No. 07-05481 RS

Masters Degree (2 year program) in Administration and Business Management from the University of Utah. I have been a civilian employee of the United States Navy since January 1973. I am presently assigned as the Head, Facilities and Acquisition Branch (N944) within the Navy Installations Command, Fleet and Family Readiness Support Service Center (N94). I have served in program management, planning and capital investment/acquisition positions for thirty-six years.

2.    One of the programs affiliated with the Navy's Fleet and Family Support Services Directorate is the Morale, Welfare and Recreation (MWR) Division. The MWR Division administers a wide variety of recreational, social and community support activities on U.S. Navy bases worldwide. These programs provide active-duty, reserve and retired Navy personnel and their families with sports and physical fitness activities, child development and youth programs, and a variety of food and beverage services. As its stated mission, the MWR Division seeks to provide quality support and recreational services that contribute to the retention, readiness, and mental, physical, and emotional well-being of the nation's sailors. As a component of the MWR Division, the Navy Golf Program offers recreational opportunities to, and promotes and enhances the physical well-being of, uniformed Navy personnel and affiliated civilian employees and their families. The Navy's Bureau of Naval Personnel (BUPERS) has provided policy and operational guidelines for all MWR programs (including the Navy Golf Program) through the promulgation of BUPERS Instruction 1710.11C, which has the force of agency regulation. Attached hereto as **Exhibit A** are true and accurate copies of relevant excerpts from BUPERS Instruction 1710.11C. The full text of Instruction 1710.11C is available online at www.mwr.navy.mil/mwrprgms/fitness/bup171011c.pdf.

3.    The construction, renovation and operation of Navy golf facilities are funded entirely from Nonappropriated Fund ("NAF") resources, which are generated from the participation fees paid by eligible users of MWR programs. Thus, the profits derived from the Navy Golf Program fund not only that activity, but also help support non-revenue-generating MWR activities known as Community Support Programs. These include (but are not limited to) programs sponsored as part of youth centers, skills development centers (including auto,

1    hobby and recreation components), and recreation pools.

2         4.    As the Head, Facilities and Acquisition Branch, I am responsible for the

3    development, planning, contracting and execution of Navy quality of life facilities, including

4    those associated with the MWR Division. In this capacity, I oversee community support and

5    revenue generating capital improvements, including those made to Navy golf courses. My

6    official duties also include the management of professional services; managing the negotiation

7    and award of NAF construction contracts; evaluating site proposals; approving contract

8    modifications; providing technical evaluations for the award of construction contracts;

9    providing contract administrative services; ensuring the preparation of construction and

10   contracting documents; the distribution of bid documents leading to technical evaluation

11   boards; and coordination of professional services among execution agents on behalf of the

12   United States Navy.

13   5.    Along with other operational program managers, I participate in and manage the

14   decision-making processes to coordinate which MWR facility projects will be funded and how

15   and when they ultimately will be designed and built. The goals of the Facility and Acquisition

16   Branch include providing vital facility improvements to Navy bases around the world,

17   providing product evaluations and information, and assisting Navy activities by offering long-

18   term project evaluations as well as planning and procurement information. It is my obligation

19   to help ensure that project decisions for new and existing facilities satisfy applicable codes,

20   standards and Navy regulations from higher authority.

21        6.    The Monterey Pines Golf Course ("MPGC") is one of approximately thirty-six

22   nine-, eighteen-, and twenty-seven-hole golf courses in the Navy Golf Program. MPGC is

23   located on the premises of the Naval Postgraduate School in Monterey, California, and consists

24   of 18 holes, a golf clubhouse and maintenance support structure(s). Three of the golf course

25   holes are under the property jurisdiction of the Federal Aviation Administration which is

26   located on adjacent Monterey Peninsula Airport property. The Clear Zone to Runway 10 of the

27   Monterey Peninsula Airport penetrates far into the open area of the Navy Postgraduate School

28   with a row of aircraft approach lights extending across the golf course to the northern property

boundary. The Clear Zone and the extended safety area in particular are to remain free of any obstructions. I am informed and believe that the golf course was developed in 1963 on the current property, which the United States had first acquired in 1947 after Congress authorized the purchase of the Del Monte hotel and 600 acres of grounds. The Naval Postgraduate School has been at this location since 1951.

7.     At the time of Mr. Ventimiglia's death, MPGC generally followed the architecture of the original build-out plan, although minor improvements (e.g., cart paths, irrigation system, etc.) had been made. MPGC is currently undergoing full-scale renovation, which involves the replacement of Alpha Lake (the irrigation reservoir in which the accident occurred) with a larger reservoir. One of the improvements that had occurred prior to the time of the incident was a renovation of the golf clubhouse, which began in 2001 and was completed the next year. As an add-on to this renovation project, the local command requested the installation of a liner in Alpha Lake to reduce water loss. A sufficient water supply for irrigation purposes is crucial in order to maintain a healthy and viable golf course, and is the most significant cost element in operating a course. Preserving water is especially important in areas such as California where water resources are scarce, and the Navy works very closely with local, state and other government agencies to ensure it has the proper authority to sustain the availability of this commodity. The decision to install a synthetic liner in Alpha Lake in 2001 was made pursuant to this general policy goal of preserving water supplies in Naval recreation facilities.

8.     A survey of United States Golf Association (USGA) specifications and other architectural standards failed to identify the existence of any under water slope specifications/configurations for golf course water features. I am not aware of any codes, regulations or similar requirements for the construction of golf irrigation reservoirs and/or retention ponds. Water features, whether irrigation reservoirs, water runoff control features, or water elements adding to the strategy of the game of golf have no prescribed design requirements of which I am aware. The Navy Installations Command, Facilities and Acquisition Branch (N944), has issued Golf Course Planning Principles for the Navy Golf

1  Program, which address the visual elements, surface erosion and potential wetlands

2  environments associated with the surrounding edges of lakes and  ponds, as well as

3  reforestation of such areas.  Attached hereto as **Exhibit B** is a true and accurate copy of the full

4  text of the Navy Golf Program's Golf Course Planning Principles, July 8, 2008.  However,

5  none of the guiding benchmarks address underwater configurations for golf course reservoirs

6  and/or water features.  The guideline sections that refer to grading and slope apply only to

7  above-ground areas (such as greens, fairways and roughs), and not to water features such as

8  Alpha Lake.

9        9.      Golfing participants are not permitted personal entry to any golf course water

10  feature.  Specific playing rules have been established to guide participants on what to do when a

11  golf ball enters a water hazard/feature/reservoir of any type.  These guiding requirements

12  recognize the play of the game and the importance that users abide by the accepted rules for

13  personal safety.  This is the first accident of this nature on a Navy golf course of which I am

14  aware which resulted in a preventable loss of life as specified within the rules of golf.

15        10.     In her suit against the United States, plaintiff alleges that the safety precautions

16  that the Navy employed to protect golfers from Alpha Lake were inadequate, and that more

17  rigorous precautions should have been implemented, such as a fence or guard-rail surrounding

18  the lake, grab-ropes or safety buoys in the water, or terraced stepping areas in the lake's

19  grading.  All of these safety features would have considerable disadvantages.  Each would

20  likely be more expensive than safety signs, particularly terraced stepping areas (also known as

21  safety shelves).  I estimate that the cost of installing safety shelves in a single water feature

22  would be between $125,000 and $225,000.  If the Navy were to install safety shelves in each

23  water feature on all thirty-six courses in the Navy system, the estimated cost would range from

24  $25 to 40 million (based on an approximate average of three to five water features per course).

25  This could increase by a factor of two to three if the impact on other golf course features were

26  considered.  Such an increase might result from the need to add additional materials to water

27  features in constructing the safety shelves, or cutting into other turf areas to create the same

28  shelf features.  In the former situation, the ponds' and lakes' capacity to store water for

1    irrigation would be significantly diminished, resulting in water shortages and consequent

2    monetary losses.  Other high cost implications would include impacts to cart paths, bridges,

3    hole alignments, irrigation and pump systems, and landscaping.  At most Navy golf courses, the

4    additional land needed to preserve the water capacity for irrigation and possibly alter course

5    configuration is not available.  These cost implications would result in diminished funding not

6    only for other aspects of the Navy Golf Program, but also for other Navy Quality of Life

7    Programs.  Finally, because such course conversions would be very expensive, I estimate that

8    the time needed to generate the necessary funding could approach ten to fifteen years.  Warning

9    signs, on the other hand, require much less expenditure, and may be installed on a much swifter

10   schedule.

11        11.    The other safety features cited by plaintiffs– safety buoys, guard-rails, grab-ropes

12   or fences– would also have significant drawbacks.  While less expensive than the installation of

13   safety shelves, these features would still cost more than warning signs, by a factor of

14   approximately 1.5 to 2.5.  More significantly, each of these other precautions would negatively

15   impact course aesthetics, result in a cluttered environment, conflict with the desired balance

16   with the natural terrain, and diminish the general golfing experience of course patrons.  Finally,

17   and perhaps most importantly, these devices could serve as attractive nuisances and convey the

18   impression to golfers that reclamation of balls from the water is encouraged and permitted.  On

19   the contrary, the Navy seeks to discourage golfers as much as possible from retrieving golf balls

20   from water features.  Not only does such retrieval endanger the safety of golfers, it can also

21   slow down play and result in course congestion.  This would ultimately drive golfers away from

22   Navy courses and thus further diminish program revenue.

23        12.    The safety features cited in the complaint are rarely, if ever, seen in lakes or

24   ponds at U.S. golf courses, as they diminish the physical attractiveness of the course

25   considerably and create disjuncture between the water features and the overall course design.  I

26   am not aware of any industry guidelines that prescribe these safety features; to the best of my

27   knowledge, they are not part of the commonly accepted practices of golf course design.  In my

28   professional judgment, the most effective safety precaution is not one which is costly or

1   obtrusive, but one which clearly and simply conveys the rules of golf and utilizes plain

2   language to direct golfers away from water features. To this end, warning signs are an

3   appropriate mode of protecting golfers from potentially dangerous water features, offering

4   adequate accident deterrence at a much lower cost without significantly diminishing course

5   aesthetics or conveying the impression that entry into the water is acceptable. Neither the

6   BUPERS Instructions nor any other statute, regulation or policy directive prescribed a particular

7   set of precautions to protect golfers from water feature hazards. Thus, the Navy had the

8   discretion to address golfer safety as it best saw fit, and it exercised this discretion by utilizing

9   warning signs rather than other safety methods.

10      13.     Attached hereto as **Exhibit C** are true and accurate copies of relevant excerpts

11  from the Report of the 1st Quadrennial Quality of Life Review, published in May, 2004 by the

12  U.S. Department of Defense. The full text of this report is available online at

13  http://www.militaryhomefront.dod.mil/portal/page/mhf/MHF/Intermediate%20Page?type=exter

14  nal&url=http://a836.g.akamai.net/7/836/12038/v001/doditc.download.akamai.com/12038/MHF

15  /pdf/QQLR.pdf.

16      14.     Attached hereto as **Exhibit D** is a true and accurate copy of the full text of the

17  Navy Golf Program's Golf Operating Guidelines and Financial Standards.

18      15.     Attached hereto as **Exhibit E** are true and accurate copies of relevant excerpts of

19  an Irrigation System Upgrade Feasibility Study prepared for MPGC by Kevin Tucker Design

20  Group. The study was published in October, 2002.

21      16.     I declare under penalty of perjury that the foregoing is true and correct.

22      Executed on July *15*, 2008 at *NSA Mid South, Millington, TN.*

23

24

25      DAVID L. RANSON

26

27

28

RANSON DECLARATION RE MOTION TO DISMISS
Case No. 07-05481 RS                    -6-

Exhibit A



**DEPARTMENT OF THE NAVY**
**BUREAU OF NAVAL PERSONNEL**
**5720 INTEGRITY DRIVE**
**MILLINGTON TN 38055-0000**

IN REPLY REFER TO
BUPERSINST 1710.11C
PERS-658
25 Jul 01

BUPERS INSTRUCTION 1710.11C

From: Chief of Naval Personnel
To:   All Ships and Stations (less Marine Corps field
      addressees not having Navy personnel attached)

Subj: OPERATION OF MORALE, WELFARE AND RECREATION (MWR)
      PROGRAMS

Ref:  (a) OPNAVINST 1700.7D

Encl: (1) Manual for the Operation of Morale, Welfare and
          Recreation (MWR) Programs

1. Purpose. To provide policy and standards for the operation
and management of Navy Morale, Welfare and Recreation (MWR)
programs. This instruction is a complete revision and should be
reviewed in its entirety.

2. Cancellation. BUPERSINSTs 1700.23, 1710.11B, 1710.13A,
1710.18, 1710.19, and 1710.20.

3. Policy and Scope. Navy policy is to provide operational and
support activities with essential MWR mission support services,
as well as produce programs that effectively contribute to the
morale, well-being, and quality of life (QOL) of naval personnel
and their family members. Reference (a) established
responsibility for policy, overall coordination and execution of
Navy MWR programs.

4. Applicability. This instruction applies to the
administration of Navy MWR programs. This instruction does not
apply to management of the following activities, which derive
their guidance from other source documents and/or fund entities:

    a. Child Development Programs (governed by OPNAVINST
1700.9D)

    b. School-age Care Programs (governed by SECNAVINST 1710.9)

BUPERSINST 1710.11C
25 Jul 01

c.  Chapel Funds (governed by OPNAVINST 1730.1C)

d.  Marine Corps Morale, Welfare and Recreation Funds (governed by MCO P1700.27, Marine Corps MWR Policy Manual)

e.  All funds administered by private organizations located on Navy installations [governed by NAVSO P-1000, section 075261 and DOD Instruction 1000.15 of 23 Oct 97]

f.  Funds established for civilian employees at Navy installations (governed by SECNAVINST 7548.1 and BUPERSINST 12990.1)

g.  Auxiliary Resale Outlets (AROs) (governed by OPNAVINST 4060.4B)

h.  Navy Exchanges and Ship Stores

i.  Flying Clubs (governed by BUPERSINST 1710.22)

j.  Billeting Funds (governed by BUPERSINST 11103.1D)

k.  Administration of Recreation Programs Afloat (governed by BUPERSINST 1710.16)

l.  Navy Youth Recreation Program (governed by BUPERSINST 1710.21)

5.  Action

a.  All levels of command shall comply with the provisions of this instruction.

b.  Commander, Navy Personnel Command (COMNAVPERSCOM) shall initiate continuing action to ensure compliance with the designated responsibilities in this instruction.

2

BUPERSINST 1710.11C
25 Jul 01

6. <u>Reports</u>.  The reporting requirements contained in this instruction are exempt from reports control per SECNAVINST 5214.2B.

G. L. HOEWING
Rear Admiral, U.S. Navy
Deputy Chief of Naval Personnel

Distribution:
SNDL Parts 1 and 2

3

BUPERSINST 1710.11C
25 Jul 01

# BUREAU OF NAVAL PERSONNEL

# MANUAL

# FOR

# MORALE, WELFARE, AND RECREATION

# ACTIVITIES

BUPERSINST 1710.11C
25 Jul 01

as a minimum, understanding and recognizing intoxication, monitoring alcohol consumption, intervention techniques, and identification of minors. Training programs and materials will be provided by NAVPERSCOM (PERS-65). Certification of completion of training will be included in employees' personnel folders.

320. <u>Professional Organizations</u>. Organization and individual membership in professional organizations that contribute to the fulfillment of the MWR activity's mission is authorized and encouraged. Professional organizations distribute valuable publications to members and provide excellent opportunities for professional development through training sessions and conferences. Payment for both organization and individual membership fees for employees of the NAFI is authorized, provided such individual membership is by title and in the name of the activity. Use of appropriated funds is authorized for organizational and individual membership when the purpose of the membership is aligned with a funding category (A or B) where APF support is normally authorized.

321. <u>Management Assistance</u>. Technical assistance is available from NAVPERSCOM (PERS-658), in coordination with the appropriate NAVPERSCOM (PERS-65) program manager, to assess the overall MWR program or to conduct individual program assessments. Assistance is provided only upon request of the command or the chain of command.

322. <u>Safety</u>. Reference (s) provides policy and assigns responsibility for the DON safety, mishap prevention, occupational health and fire protection programs. An aggressive safety program will be in effect for MWR activities. The operation of safe MWR facilities and programs is important to both MWR employees and MWR patrons. Specific actions to alert personnel to hazards involved in the use of certain materials and prescribe necessary precautionary measures must be coordinated with local offices of health and safety. Such actions should include, but are not limited to, emphasis on the proper handling and storage of hazardous materials and should be made an integral part of all orientation briefings for newly assigned/employed personnel.

BUPERSINST 1710.11C
25 Jul 01

a.  Safety inspections of MWR organization facilities shall be performed on a regular basis to ensure that all MWR property, equipment, fixtures, and vehicles are operating properly.  The Naval Safety Center, Norfolk is a valuable resource to help optimize locally developed MWR safety programs.  Commanding officers may request on-site safety assessments of local MWR programs, recommended every 4 years for aquatics, marinas and auto skills centers, from the Commander, Naval Safety Center (COMNAVSAFECEN), Recreation and Off-Duty Safety Program Manager (Code 46), at (DSN) 564-3520 (extension 7181) or (Commercial) 757-444-3520 (extension 7181).  These safety assessments are available at no cost.

b.  Reference (t) requires each installation to designate a Recreation, Athletics, Home and Safety (RAHS) Program manager. Each MWR organization will institute its own safety program and participate in the installation's safety program.  Positive safety programs work to reduce the frequency and severity of accidents and injuries to MWR employees and patrons and help protect against Workmen's Compensation and Liability Claims made against the Sailors' nonappropriated funds.  Guidelines for establishing an adequate safety program are outlined in references (c), (s), (t) and (u).

c.  Safety inspections of MWR facilities shall be performed on a regular basis to ensure that all MWR property, equipment, fixtures and vehicles are operating properly.

d.  Specific safety requirements for MWR programs are listed below and in the various chapters in this manual that follows.

    (1) Arts and Crafts

        (a) Ceramics.  Before initial operation, fire department, safety, and health personnel will inspect kilns for safe installation and operation.  Kilns will be separated from other operations and provided with a local exhaust ventilation system.  Patrons will be instructed about hazards and safety precautions prior to using kilns and any lead base materials. All areas will be kept clean and free of debris and slippery substances.  Only slip made from an asbestos-free formula will be used.  Ceramics will not be cleaned in the dry state.  Water will be used to negate dust and silicone particles.  Industrial

BUPERSINST 1710.11C
25 Jul 01

Hygiene (IH) personnel will establish approved techniques for
the control of dust and related hazards.

    (b) <u>Photography</u>

      <u>1</u>. Patrons will receive proper instruction on
operations involving hazardous chemicals, equipment, and
procedures prior to using the facility.  Personal Protective
Equipment (PPE) including eye protection, rubber gloves, and
rubber apron will be used for film development.

      <u>2</u>. A warning sign will be posted to caution
people when entering or leaving a dark area to avoid collisions
or falls.  Exit signs will be lighted or luminescent.

      <u>3</u>. The blade on the paper or print trimmer
should be down and locked after use.  The face of the trimmer
should be stenciled with a warning to keep the blade down.  A
finger guard is required.

      <u>4</u>. Good housekeeping measures will be
practiced.  Chemicals will be properly stored.  Separate storage
areas will be maintained for chemicals that may react with
others.

      <u>5</u>. The photography shop will be surveyed
annually by Industrial Hygiene (IH) personnel to ensure proper
ventilation and storage of chemicals.

      <u>6</u>. Electrical outlets within 6 feet of sinks
should be equipped with ground fault circuit interrupter (GFCI)
devices.

    (c) <u>Woodworking Hobby Shop</u>.  Patrons using equipment
in the woodworking hobby shop are potentially exposed to high
hazard activities.  Their qualifications to safely operate each
piece of equipment will be evaluated by MWR staff members.
Qualification will be assessed through a written or skills test.
Safety precautions, proper use of equipment guards and personal
protective equipment will be emphasized.

      <u>1</u>. The MWR safety coordinator will conduct
semi-annual inspections with copies of findings forwarded to the
recreation, athletic and home safety (RAHS) manager.

BUPERSINST 1710.11C
25 Jul 01

2.  To prevent movement, woodworking equipment will be secured, where necessary, to the floor, bench or machine stand.

3.  Where there is risk of injury from a machine automatically restarting after power loss or failure, means will be provided to prevent automatic restart.

4.  Means will be provided, where practical, to contain wood dust within the machine envelope and for connection to a dust collection system.

5.  Protection against moving parts hazards such as gears, belts and pulleys, will be left in place as originally designed to reduce injury.

6.  All woodworking equipment will be effectively grounded in accordance with the National Electric Code.  Power controls and switches will provide a positive disconnect from the power source and be within easy reach of the operator.  The emergency stop control will be red in color.

7.  All walkways and aisles will be maintained free of debris, materials and other tripping hazards. Sufficient space to handle material without interference with patrons or operators will be provided.

8.  Facility managers will ensure cutting tools are sharp, properly set, and that there are no cracks.  Blades will be free of pitch build-up.  Defective tools will be repaired or replaced by employees only.  Defective saws will be taken out of service and tagged.

9.  All patrons will be issued, as required, approved eye and hearing protection.  Use of Personal Protection Equipment (PPE) will be strictly enforced.  Wearing of close-fitting clothing is mandatory.  Loose clothing as well as gloves and rings, bracelets and chains will not be worn while working around power equipment.  Hair will be worn short or covered.

BUPERSINST 1710.11C
25 Jul 01

10.  Saws

    a.  Table Saws.  Guarding will be provided
to eliminate contact with the blade above and below the table.
The hood guard located on the table saw will automatically
adjust itself to the thickness of the material being cut.  Use
of the hood guards and spreaders is required.  Both of these
devices prevent kick-backs.  Machine guards and spreaders will
not be removed except when table saws are used for dado, angle
cuts and rabbeting.  The spreader and guards will be replaced
after completion of these cuts.  A fence will be installed to
protect patrons from kickbacks for dado, angle and large stock
cuts.  Feather boards will be provided as side-guides and top
holddowns when a blade hood cannot be used.  A push stick will
be provided to move material forward when there is not enough
room for hand movement between the rip fence and saw blade
(normally when there is less than 6 inches).  Anti-kickback dog
fingers will be installed when material is being ripped.  An
adjustable position rip fence will be used when ripping.

    b.  Radial Saws.  Radial saws will be
equipped with a hood, which encloses the saw blade and arbor
ends.  The lower section of the hood will be hinged so it rises
and falls, adjusting itself automatically to the thickness of
the material being cut as the saw passes through it.  An anti-
kickback guard will be provided for ripping.  A lower blade
guard will be provided that covers the sides of the saw blade;
it will automatically adjust to the thickness of the workpiece.
An adjustable stop will be provided to limit the forward travel
of the blade beyond the position necessary to complete the cut.
To prevent roll-out, the saw will be installed so that the front
of the machine is higher than the rear or a return spring or
counterweight will be used to ensure return of the saw.  The saw
will have the direction of blade rotation clearly marked on the
hood.  A label will be applied to the rear of the hood warning
the operator to not rip from that end.  Push sticks will be
provided to minimize cutting hazards to the hand.  The saw table
will have a fence that serves as a guide when ripping and a back
stop when cross cutting.

    c.  Band Saws.  Both upper and lower wheels
will be completely enclosed on both sides of band saws.  The
working part of the saw blade (between the bottom of the guide

BUPERSINST 1710.11C
25 Jul 01

rolls and the table) will be guarded to prevent accidental
contact with the saw blade.  The self-adjusting guard will be
attached to the guide so that the guard will completely cover
the portion of the saw blade between the guide rolls and the
upper wheel enclosure.  A tension control device will be
provided to prevent saw blade breakage.  Clamps will be
available for difficult-to-hold workpieces.

        d.  Scroll/Jig Saws.  The scroll or jig saw
will have a guard installed above the workpiece to minimize
contact with the edge of the blade.  An adjustable hold-down
device will be provided to prevent the lifting tendency of the
cutting blade.  A guard will be provided to prevent pinch
points.

        e.  Jointers.  Jointer knives will not
project more than one-eight inch beyond the cylindrical body of
the head.  The table throat opening is to be no more than 2.5
inches when tables are set or aligned with each other for a zero
cut.  Jointers will never be used without guards installed which
automatically cover exposed portions of the cutterhead.  Hold-
down push blocks or jigs will be provided.  Specific safety
instructions covering hazards caused by kickbacks will be
provided.

        f.  Planers.  Guards will be installed for
feed rolls, cutting heads and hold-down rolls at the discharge
end of power feed planers.  The strip guard in front of the feed
rolls under which material passes will be capable of preventing
fingers from being drawn into the machine.  Only stock free of
paint, nails and large knots will be allowed to be planed or
surfaced.

        g.  Shapers.  The shaper's brake will stop
the cutting head within 10 seconds after the power is shut off.
The fence opening will be small as possible.  The fence should
extend at least 18 inches on either side of the spindle.  All
cutting heads will be enclosed with a guard.  Hold-downs,
guiding devices and jigs will be provided to limit exposure of
hands and fingers to cutters.  Only shop employees will remove
blades from a spindle.

BUPERSINST 1710.11C
25 Jul 01

h. Lathes. The lathe will be equipped with
a hinged shield or hood that completely covers the knives and
material.  The tool rest should be set as close as possible to
the work.  A hazard exists when the distance between the tool
rest and the wood stock is greater than .25 inches.  To prevent
stock from slipping, the operator will imbed centers properly
and clamp the tailstock securely to keep it tight.

i. Sanders.  A guard will be installed on
the feed rolls of self-fed sanding machines.  Guards will be
installed at each nip point on a belt sanding machine and the
unused run of the sanding belt is also to be guarded.  Sanding
blocks will be provided to maintain pressure firmly on the work.
Only the shop attendant will replace sanding paper.

j. Drill Presses.  The setscrews on safety-
bit chucks will not project and present an entanglement hazard.
The tension wheel will work smoothly and return completely to
its starting position when released.  Hold-down devices will be
used on the drill press to clamp down the material, where
necessary, to prevent injury from workpiece rotation.

(2) Horse Stables

(a) Barns will be no more than two stories in
height.  Signs will be posted for location of emergency phones,
fire extinguishers and no smoking.

(b) An adequate and systematic procedure for general
housekeeping, cleanliness, waste removal and orderliness will be
maintained.  Noncombustible trash containers, for other than
stall waste, will be provided.  Storage of hay or straw is
prohibited in aisles.

(c) Multiple-outlet extension cords will be
prohibited.  Extension cords will be of one continuous length,
which connects one appliance to fixed receptacles.  The cord
will be listed for hard service and properly sized for the
intended application.  Extension cords will be used only on a
temporary basis.  Any metal objects such as nails or pipes will
not support extension cords.  Portable electrical heating and
cooking appliances will be of a type that automatically
interrupts electrical current to the heating element when the

BUPERSINST 1710.11C
25 Jul 01

appliance is not in its normal operating position (tip-over disconnect).  Portable heating and cooking appliances will be used only in spaces designated for such use provided they are separated from stabling and storage areas.

(d) The storage of flammable and combustible liquids, except for medicinal purposes, will be prohibited in the barn.  Fire hydrants will be provided within 300 feet of the building.  Fire extinguishers will be provided no more than 75 feet travel distance from any point of the building.  The facility manager should brief patrons on smoking regulations, fire emergency notification, location of fire extinguishers and use of extension cords and appliances.

(3) In-Line Hockey/Skating.  To obtain the safety rules, personal protective equipment and rink design specifications contact the USA Hockey INC., 4965 North 30th Street, Colorado Springs, CO 80919 or http://usahockey.com/inline/index.htm.

(4) Paintball.  To obtain the safety rules, personal protective equipment and range design specifications contact the American Paintball League, P.O. Box 3561 CRS, Johnson City, TN 37602 or (800) 541-9169 or E-Mail:  apl@paintball-apl.com.

(5) Go-Kart Tracks

(a) The ground area for oval tracks can vary from 2 to 2.7 acres.  Ground area for road tracks will be approximately 5.5 acres.

(b) The track surface width in a turn will be 5 feet wider than the straightaway width.  Specific track layout information may be obtained from International Kart Federation, Inc., 4650 Arrow Highway – C7, Montclair, CA 91763 or (909) 625-5497.

(c) Track surfaces should be asphalt, concrete or dirt graded to a smooth surface, free of holes and rough spots.  Gravel surfaces are not permitted.  Banked turns are permitted, but flat tracks with no banked turns are strongly recommended.

(d) A 35-feet width safety apron will be maintained around the entire track on all sides.  The area will be free of

BUPERSINST 1710.11C
25 Jul 01

ditches, holes, trees and all other obstacles.  The safety apron
will be loose or flat graded dirt, or have a 2 percent slope
(maximum) for drainage.

(e) If a paved track is used, the pit area will also
be paved.

(6) Playgrounds.  The following requirements and
recommendations apply to all MWR public access playgrounds other
than Navy Child Development Centers and youth centers.

(a) Playground equipment will be carefully selected
and properly placed for the age group for which it is intended.
Because children are not capable of recognizing hazards, the
facility manager should conduct daily inspections of equipment
and play areas.  Reports of discrepancies that can not be
resolved should be forwarded to the RAHS manager.  The RAHS
manager will inspect playgrounds annually.  Equipment that is
poorly designed or installed, rusted, or otherwise deteriorated
will be tagged "off limits" and roped off until it is repaired
or removed.  A folder should be kept to record repairs.
Information should include the manufacturer's name, model number
and date of purchase.

(b) Playground equipment will be located over impact
absorbing material such as sand, pea gravel, rubber matting,
etc.  It should be approximately 6 to 12 inches deep depending
on the type of material used and the height of the equipment.  A
margin of safety should be considered in selecting a type and
depth of material for a specific use.  Loose fill materials
require frequent inspection and replacement.

(c) Drainage of playground areas will ensure a
relatively dry surface.  Playgrounds near abandoned wells,
ravines, roadways or bodies of water, etc., will be fenced with
a gate to prevent children from wandering into dangerous areas.

(d) Equipment will be firmly anchored in concrete
below the ground.  The concrete anchors will be sufficiently
embedded in the soil to preclude their becoming a trip hazard.
All fasteners, connecting and covering devices should not loosen
or be removable without the use of tools.  Ends of bolts and
tubing on equipment should be covered with protective caps that

BUPERSINST 1710.11C
25 Jul 01

cannot be removed by hand.  All hooks, including "S" hooks should be pinched closed.  Playgrounds will be free of tripping hazards such as roots, rocks, or other obstacles.

(e) Metal equipment should be painted or galvanized to prevent rust.  Paint on equipment will be lead-free with no peeling or chipping.  Paints and other similar finishes for playground equipment will meet current Consumer Product Safety Commission (CPSC) regulations for lead in paint (0.06 percent maximum lead by dry weight).  Purchasers of playground equipment should obtain documentation from the manufacturer that preservatives or other treatments applied to the equipment do not present a hazard to children.  Wood structures will be free from rot, cracking or splitting.  Creosote, pentachlorophenol, and tributyl tin oxide are too toxic or irritating and will not be used as preservatives for playground equipment.  Moving parts that could pinch or crush are to be concealed on gliders, seesaws, and merry-go-rounds.

(f) Swinging exercise rings, trapeze bars, animal figure swings, multiple occupancy swings (except for tire swings), free-swinging ropes and trampolines should not be installed.

(g) Components will not form openings that could trap a child's head.  An opening may present an entrapment hazard if the distance between any interior opposing surface is greater than 3.5 inches and less than 9 inches.  The only exception to this is where the ground serves as an opening's lower boundary.  The angle of any vertex formed by adjacent components should not be less than 55 degrees, unless the lower leg is horizontal or projects downwards.

(h) Protective surfacing is required in the fall zone under and around playground equipment for a minimum of 6 feet in all directions from the perimeter of the equipment. With the exception of spring rocking equipment, equipment under 24 inches in height, and the zone between adjacent swings, the fall zones of adjacent pieces of equipment should not overlap. Additionally, no-encroachment zones, areas beyond where children using playground equipment can be expected to move about the fall zones, are recommended for moving equipment or equipment from which children are in motion as they exit.

BUPERSINST 1710.11C
25 Jul 01

(i) For safety requirements concerning design of specific playground equipment such as platforms, slides, swings and ladders, refer to the Consumer Product Safety Commission's Handbook for Public Playground Safety.

(7) <u>Auto Skills Centers</u>.  See section 2007.

(8) <u>Campgrounds and Recreation Vehicle (RV) Parks</u>.  See section 1913.

(9) <u>Fitness Program</u>.  See section 1110.

(10) <u>Food and Beverage Facilities</u>.  See section 2323.

(11) <u>Marinas</u>.  See section 1814e.

(12) <u>Recreational Shooting Ranges</u>.  See section 1913.

(13) <u>Recreation Vehicles</u>.  See section 1913.

(14) <u>Swimming Pools</u>.  See section 1520.

323.  <u>Self-Insurance Program</u>.  NAVPERSCOM (PERS-65) maintains a Central NAF Self-Insurance (Risk Management) program for property and liability coverage associated with programs and events sponsored by MWR departments at naval installations. This coverage provides protection to patrons and guests for any bodily injury and personal property damage that might occur due to some negligence by MWR, as determined by the claims office at the local Naval Legal Service Office that supports each installation.  Policies and procedures pertinent to the NAF Self-Insurance Program are contained in reference (c).

324.  <u>Sale of Phone Cards</u>

a.  Commander Navy Exchange Service Command (NEXCOM), on behalf of the Navy, Marine Corps, and Coast Guard, has a comprehensive license agreement with AT&T Corp., formerly known as the American Telephone and Telegraph Corporation, for personal telecommunications services.  Accordingly, MWR may only sell AT&T phone cards.  AT&T phone cards cannot be obtained directly from AT&T, and must be obtained from the local Navy Exchange.

BUPERSINST 1710.11C
25 Jul 01

MWR funds and their activities will comply with the financial
and accounting policies and procedures defined in references (c)
and (d) and other financial management policies, procedures and
memoranda issued by NAVPERSCOM (PERS-65).

408. <u>Administration of Local MWR Funds</u>

    a. <u>Military MWR Funds</u>.  Local military MWR funds may
service individual ships, stations or other independent
activities, or may provide MWR support to multiple commands or
activities that share a basic set of MWR facilities.  Only one
military MWR fund will be established to administer the MWR NAFs
and programs for the entire community supported.  Authority to
establish an MWR fund must be obtained from NAVPERSCOM (PERS-65)

    b. <u>Civilian MWR Funds</u>.  A local civilian MWR fund is an
organizational entity (e.g., civilian employee cafeteria,
recreation program, etc.), which functions as a civilian NAFI to
support MWR programs for DOD civilian employees, as authorized
by reference (j).  Regulations, policies and procedures for the
operation of Navy civilian MWR activities are contained in
reference (k).  The commanding officer should make a
determination of the need and whether it is cost effective and
in the best interest of the command to operate both a civilian
and a military MWR program.  When military MWR programs can
accommodate both the military and DOD civilian communities,
commands should consider consolidation of the civilian MWR fund
into the military MWR fund.

409. <u>MWR Categories</u>.  MWR activities have been divided into
three funding authorization categories, with the level of direct
APF support allowable defined by program activity categories as
follows:

    a. <u>Category A:  Mission Sustaining Activities</u>.  This
category contains those activities that are considered most
important for the health and well-being of the military member.
Fees are usually not charged active duty or reserve members for
using activities in this category and thus limited revenues are
generated.  Category A activities should be supported primarily
with APF.  Category A MWR programs are authorized APFs at a
level of 100 percent of total program costs, except certain

BUPERSINST 1710.11C
25 Jul 01

costs that must be paid with NAFs as detailed in reference (a) and section 410.  Category A mission essential programs include:

(1) Armed Forces Professional Entertainment Program Overseas (AFPEPO),

(2) Free admission motion pictures provided to shipboard, isolated, or deployed military personnel,

(3) Physical fitness and aquatic training, i.e., facilities, programs and activities used to develop the cardiovascular fitness, strength conditioning, and physical flexibility of military personnel.  Includes swimming programs associated with service member training.  (Does not include those recreational swimming programs in Category B or those associated with Category C membership club programs.),

(4) Library programs and information services, e.g., books, magazines, newspapers, microfilms, tapes, electronic databases, etc., in all subject fields.  Also includes literary, musical, artistic, and basic reference for recreation and personal education,

(5) On-installation parks and picnic areas, e.g., barbecues, pavilions, game fields, fitness trails, nature centers, playgrounds, etc., for self-directed use,

(6) Basic social recreation activities to provide self-directed individual and self-directed and/or directed-group activities that promote stress relief, such as video games, entertainment videos, board games, social events, etc.,

(7) Shipboard, company, and/or unit level MWR programs that maintain mission readiness, improve unit teamwork, and create esprit de corps,

(8) Use of sports and athletics facilities, programs and activities (self-directed, unit level, intramural) by individuals and teams, to enhance individual fitness, and unit teamwork and readiness, and

(9) Liberty Program, i.e., MWR programs and activities specifically designed for Sailors between the ages of 18 and 25.

BUPERSINST 1710.11C
25 Jul 01

b.  Category B:  Basic Community Support Activities.
Category B activities contribute to the mission, and are capable
of generating some revenue.  These programs satisfy the basic
physiological and psychological needs of Service members and
families, providing, to the extent possible, the community
support systems that make Navy installations temporary home
towns for a mobile Navy population.  Category B MWR programs are
authorized use of APFs at a level of 65 percent of total direct
program costs, i.e., both APF and NAF costs.  Category B
community support activities include:

        (1)  Child Care and youth programs

            (a) Child development and youth programs for
children through 17 years of age, of DOD personnel provided in
child development and youth facilities, to include contract
operations, family child care at home and alternative locations.

            (b) Child Development Centers provide facility-based
care for children through 5 years of age.  Type of care may
include full day, part day and hourly care.

            (c) Child Development Home (CDH), i.e., home-based
child care services that are provided for Navy members and DOD
civilian personnel by an individual who is certified to provide
those services.

            (d) Resource and referral, i.e., a service that
provides information about child care services on and off the
installation to meet the child care needs of patrons and
maximize use of available sources of child care.

            (e) Youth activities, i.e., facilities, programs and
services serving a full range of community-based educational,
social, cultural, recreational, and physical activities that
promote the healthy development and transition to adulthood
(e.g., youth centers, sports activities, social events, trips).

            (f) School Age Care (SAC), i.e., either facility-
based or CDH-based care for children ages 6-12, or attending
kindergarten, who require supervision before and after school,
during duty hours, school holidays, and during school closures.

BUPERSINST 1710.11C
25 Jul 01

(2) Community programs

(a) Recreation information, tickets and tours (ITT) services, e.g., brochures and counseling concerning local and regional attractions; local or regional group tours; tickets to local movie theaters, concerts, plays, sports events, museums; admission to regional or national theme parks; central registration; and advance sales for MWR facilities, services, and programs on the installation.

(b) Recreational swimming, i.e., facilities and programs in a recreational environment (pools, beaches, etc.).

(3) Outdoor recreation programs

(a) Directed outdoor programs, i.e., programs that provide instruction and structured outdoor recreational activities such as archery, hunting, fishing, hiking, backpacking, bicycling, mountain biking, boating, canoeing, camping jamborees, water skiing and snow skiing, etc.

(b) Outdoor recreation equipment checkout, i.e., facilities, programs and services that support self-directed and directed participation in outdoor programs.  Includes equipment (APF and NAF) for the purpose of being checked out to participants in MWR programs.  Checkout includes tents, coolers, sleeping bags, stoves, skis, canoes, boats, bicycles, official ceremonial equipment (e.g., podiums, folding chairs, general purpose tents, banquet tables, public address systems), and other equipment that support the program.  Sale of incidental items such as lantern fuel, mantels, and similar items is authorized.

(c) Boating without resale or private berthing, i.e., marina facilities, programs and services without resale or private boat berthing.  Boats and equipment are MWR-owned and operated.  The operation of a snack bar, restaurant, or resale outlet is authorized only as a Category C program.

(d) Camping (primitive and/or tents).  Small campgrounds operated to provide camping as the primary recreation activity or to support participation in adjacent outdoor recreation activities.  The operation of a snack bar,

BUPERSINST 1710.11C
25 Jul 01

restaurant, or resale outlet is authorized only as a Category C
program.

        (e) Riding stables, government-owned or -leased,
i.e., facilities, programs and activities with government-owned
or -leased horses used for recreational riding.

    (4) Individual recreation skill programs

        (a) Amateur radio, i.e., long distance two-way radio
operation associated with the military affiliated radio system.

        (b) Performing arts (music, drama, and theater),
i.e., programs that provide for participation in or attendance
at theater centers, dinner theaters, music centers, performing
arts centers, pageants, special entertainment events, and
community activities.

        (c) Arts and crafts skill development, i.e.,
facilities, programs and activities that emphasize learning by
"doing" through formal and informal instruction in fine arts,
crafts, and industrial and vocational arts (e.g., ceramics, wood
working).

        (d) Automotive crafts skill development, car wash,
and privately owned vehicle (POV) storage. Ancillary resale
outlets are Category C activities.

        (e) Bowling Centers (12 lanes or less). Snack bars
and ancillary merchandise resale outlets are Category C
activities.

        (f) Sports programs (above intramural level), i.e.,
individuals or teams representing the installation or higher
level in athletic/sports competition.

    c. Category C: Business Activities. Category C activities
have the highest capability to generate revenue through the sale
of goods and services to authorized patrons. Category C
activities include bowling centers (13 lanes or more), golf,
food and beverage outlets (e.g., clubs, snack bars), marinas,
etc. Business activities receive only limited, indirect APF
support. However, business activities at remote and isolated

BUPERSINST 1710.11C
25 Jul 01

bases, approved by Congress or the Office of the Secretary of Defense (OSD), are authorized APF support at a level similar to Category B activities, i.e., 65 percent of total program costs. Category C - business activities - programs include:

(1) Joint service facilities and armed forces recreation centers. Facilities and programs operated by one service for use for the primary purpose of providing rest and recreation activities. Includes armed forces recreation centers, major hotel operations, and recreation areas designed for use by all armed forces personnel.

(2) Membership food and beverage programs. May include dining, beverage, catering, social events, entertainment, and other services normally associated with a membership organization, as well as hospitality support for official functions.

(3) Non-membership food and beverage programs. May include dining, beverage, catering, entertainment, social events, and other services associated with a restaurant and entertainment center, as well as hospitality support for official functions.

(4) Snack bars incidental to the operation of other programs. Food and/or limited menu operations providing service in support of other MWR programs.

(5) Unofficial lodging. Facilities built, leased, acquired, maintained, managed, and operated primarily with MWR NAFs (or contracted or acquired through NAF contracting process) for patrons who are in a leave or off-duty status. May also be used by individuals and families who are in a permanent change of station (PCS) or temporary active duty (TDY) status if non-MWR housing facilities or temporary housing is not available. Such unofficial lodging facilities include recreational lodging cabins, cottages, trailers, trailer and/or recreational vehicle (RV) parks with hook-ups) and permanent change of station lodging facility program.

(6) Navy Flying Club Program. [See BUPERSINST 1710.22 (Navy Flying Club Program for operational policies and guidance).]

4-12                          Enclosure (1)

BUPERSINST 1710.11C
25 Jul 01

(7) Rod and Gun Club Program (i.e., facilities and programs for trap and skeet). May also include hunting, fishing, and related sportsmen's activities.

(8) Riding stables (i.e., facilities and programs for boarding and riding of patron-owned horses).

(9) Video program. Leisure time opportunities for individuals who have a common interest in video entertainment and technology. Includes video tape and peripheral equipment checkout and rental as well as limited resale services.

(10) Resale programs. Resale programs that are program specific. Otherwise, NEX shall be the primary source of resale merchandise and services on Navy installations. MWR programs shall obtain, in advance, written right of first refusal from NEXCOM to operate any other resale or service activity.

(11) Amusement and recreation machines and/or gaming. Includes amusement machines, such as video and pinball machines that do not provide a pay-out, and recreation machines, such as slot machines, that provide a pay-out to the player.

(12) Bowling Centers (13 lanes or more).

(13) Golf Courses.

(14) Boating activities (i.e., marinas with resale or private boat berthing).

(15) Equipment rental. Equipment purchased with NAFs for the purpose of being rented out to customers. Includes the rental of items such as lawn mowers, roto tillers, chain saws, large boats, and trailers designed for overnight issue. Includes all resale activities and retail outlets that sell specialized outdoor recreation equipment, clothing, gear, and supplies.

(16) Unofficial commercial travel services. Economical commercial leisure travel services, which are usually contracted and defined by high dollar volume, special licensing authority or certification, and other requirements not routinely attainable or suitable to Government involvement. Services may

BUPERSINST 1710.11C
25 Jul 01

be provided from either transportation-managed offices, or from
MWR facilities dedicated exclusively to leisure travel products
and services; e.g., air, rail and bus tickets, packaged tours,
group tours, cruises, travel insurance, etc.; may also include
remote or automated services to satisfy requirements of
installations that lack sufficient volume to justify a manned
office.

BUPERSINST 1710.11C
25 Jul 01

410.  MWR Program APF Support Table of Authorization.  See
reference (v) for additional guidance concerning APF support for
MWR programs.  This guide may be downloaded from
www.mwr.navy.mil/subpages/helpfulhints.rtf.

| ELEMENT OF RESOURCE | APPROPRIATED FUND SUPPORT AUTHORIZED | | |
|---|---|---|---|
| | A | B | C |
| 1.  MILITARY PERSONNEL (See Notes 1, 2 and 3) | Yes | Yes | Yes |
| 2.  CIVILIAN PERSONNEL | | | |
| a.  Permanent and/or Temporary Assignment | | | |
| (1) Executive Control and Essential Command Supervision (ECECS) at Headquarters, Major Command and Installation levels. | Yes | Yes | Yes |
| (2) Managerial and supervisory functions | Yes | Yes | No |
| (3) BRAC-related costs for NAF and APF employees. | Yes | Yes | Yes |
| (4) Personnel directly and primarily involved in resale. | No | No | No |
| (5) All other functions. | Yes | Yes | No |
| b.  Additional or Collateral MWR Duties.  Same authorization as subsection 2a, above. | | | |
| 3.  TRAVEL OF PERSONNEL | | | |
| a.  Permanent Change of Station (PCS).  Same authorization as subsection 2a, above. | | | |
| b.  Temporary Duty (TDY and/or TAD) travel. | | | |
| (1) APF employees and military members. | Yes | Yes | Yes |
| (2) NAF employees, regardless of position or MWR category, when travel is directed by a DOD Component or organization and the TDY is for a Government purpose related directly to functions authorized APF support. | Yes | Yes | Yes |
| (3) NAF employees on NAF business. | Yes | No | No |

4-15                                    Enclosure (1)

BUPERSINST 1710.11C
25 Jul 01

| ELEMENT OF RESOURCE | APPROPRIATED FUND SUPPORT AUTHORIZED | | |
|---|---|---|---|
| | A | B | C |
| (4) International and national sports competition authorized by statute and other DOD issuances to include command supervision.  (Does not prevent space available travel by participants in MWR athletic, recreation, and entertainment events programs.) | Yes | Yes | No |
| c.  Use of Vehicles.  Includes motorpool-controlled vehicles. | | | |
| (1) To assist in ECECS. | Yes | Yes | Yes |
| (2) Other than to assist in ECECS.  When not authorized, use of reimbursable lease is allowed. | Yes | Yes | No |
| d.  Household Goods.  Applies to the authorized transportation of household goods for either: | | | |
| (1) APF Personnel. | Yes | Yes | Yes |
| (2) NAF Personnel. | Yes | Note 1 | Note 1 |
| 4.  TRANSPORTATION OF THINGS | | | |
| a.  APF Purchased Goods.  Applies to transoceanic and inland transportation of U.S. or foreign goods. | Yes | Yes | Yes |
| b.  NAF Purchased Goods | | | |
| (1) Transoceanic U.S. and Foreign Goods. Applies to the movement of goods to and from Continental United States (CONUS) sea and aerial ports of debarkation to the first destination overseas (referred to as second destination charges) including Alaska, Hawaii, and to the first foreign destination (including Guam and overseas territories of the U.S.) for goods stocked and redistributed or procured from Alaska and Hawaii.  Includes excess property. | Yes | Yes | Yes |
| (2) Inland | | | |
| (a) Movement of U.S. and foreign goods in foreign areas where commercial transportation is not readily available and in combat zones.  Includes the movement of goods to isolated locations. | Yes | Yes | Note 4 |

BUPERSINST 1710.11C
25 Jul 01

| ELEMENT OF RESOURCE | APPROPRIATED FUND SUPPORT AUTHORIZED | | |
|---|---|---|---|
| | A | B | C |
| (b) Movement of U.S. goods within foreign countries from port of embarkation to first destination or bulk breakdown point. Includes the movement of goods to isolated locations. | Yes | Note 4 | Note 4 |
| (c) Movement of foreign goods within foreign countries from port of embarkation to first destination or bulk breakdown point. | Yes | Yes | Yes |
| (d) Movement of U.S. goods between DOD installations because of base closure, or to safeguard goods under emergency conditions; e.g., threats of hostile force or natural disaster. | Yes | Yes | Yes |
| 5.   COMMUNICATIONS.  Applies to electronic communications (for example, telephone, teletype, television, FAX, modem, DSN, ADIN, on-base telecommunications cable); postage service (dispatch of official mail and rental of post office boxes, domestic, international, or military postal service); and printing and reproduction, including work done on printing presses, lithographing, and other duplicating related to binding operations, photography, microfilming, formats and forms development, editing, and graphics. | | | |
| a.   ECECS | Yes | Yes | Yes |
| b.   All Others | Yes | Yes | No |
| 6.   UTILITIES AND RENTS<br><br>a.   Utilities.  Includes the cost of water, gas, electricity, and other utility services used by MWR programs.  (Rates charged will not include incremental or prorated share of overhead, maintenance, and repair to utility systems, or capital investments in the installation's utility infrastructure systems unless otherwise specified by a MOA or ISSA.) | | | |
| (1) CONUS | Yes | Yes | No |
| (2) OCONUS | Yes | Yes | Yes |

BUPERSINST 1710.11C
25 Jul 01

| ELEMENT OF RESOURCE | APPROPRIATED FUND SUPPORT AUTHORIZED | | |
|---|---|---|---|
| | A | B | C |
| b.  Rents.  Applies to the use or possession of non-DOD lands, buildings, and other improvements and installed equipment for a specified period through contract, lease agreement, or other legal instrument when authority is granted through appropriate channels. | Yes | Yes | No |
| 7.  MAINTENANCE, REPAIR TO SUPPORT MWR ACTIVITY OPERATIONS | | | |
| a.  MWR Program Operations.  Applies to that work required to be accomplished within a facility in support of the MWR program such as repair and maintenance of wall coverings, decorating, lighting, carpeting, theater seats, etc. | Yes | Yes | No |
| b.  Equipment Maintenance and Repair | | | |
| (1) APF | Yes | Yes | Yes |
| (2) NAF | No | No | No |
| 8.  INVESTMENT EQUIPMENT.  Relates to the acquisition and use of equipment classified as investment items. | Yes | Yes | Note 5 |
| 9.  SUPPLIES.  Applies to supply items (expendable that are consumed or lose their identity when used, or whose low value does not require the same accountability required for equipment).  Included in this group are clothing, tentage, organizational tools, and administrative and housekeeping supplies, petroleum fuels, lubricants, preservative, coolants, oil derivatives (other than aircraft and boat petroleum, oil, and lubricants, in section 12 of this chart): | | | |
| a.  ECECS. | Yes | Yes | Yes |
| b.  Related to resale. | No | No | No |
| c.  Food supplies for meals served in child development and youth programs. | No | Yes | No |
| d.  All other supplies. | Yes | Yes | No |

BUPERSINST 1710.11C
25 Jul 01

| ELEMENT OF RESOURCE | APPROPRIATED FUND SUPPORT AUTHORIZED | | |
|---|---|---|---|
| | A | B | C |
| 10.  EQUIPMENT.  Includes the acquisition cost of any item of equipment, furniture, or furnishings that does not meet the criteria of an investment cost. | | | |
| a.  ECECS. | Yes | Yes | Yes |
| b.  Related to resale. | No | No | No |
| c.  Surplus and/or excess Government equipment. | Yes | Yes | Yes |
| d.  Equipment for rental. | No | No | No |
| e.  All other equipment. | Yes | Yes | No |
| 11.  MERCHANDISE AND SERVICE.  Pertains to merchandise and services procured by an MWR program for resale. | No | No | No |
| 12.  MWR AIRCRAFT AND BOAT PETROLEUM, OIL, AND LUBRICANTS (POL).  Applies to POL (including fuel additives) consumed by MWR aircraft and boats operated in conjunction with the MWR program (does not include cost for travel of personnel).  (See section 3 of this chart, above.)  For transportation of things, see section 4 of this chart. | No | No | No |
| 13.  SERVICES | | | |
| a.  Education and Training.  APF non-tuition courses may not charge for NAF employees attending. | No | No | No |
| b.  All auditing Services.  Relates to the independent examination, review, and evaluation of the records, controls, practices, and procedures in the area of financial and operational management of MWR. Work done by DOD Component audit organization or independent commercial auditors as part of Service or major command ECECS. | Yes | Yes | Yes |
| c.  Data Automation.  Applies to automated data processing system development or operation. | | | |
| (1) ECECS. | Yes | Yes | Yes |
| (2) All Other. | Yes | Yes | No |

BUPERSINST 1710.11C
25 Jul 01

| ELEMENT OF RESOURCE | APPROPRIATED FUND SUPPORT AUTHORIZED | | |
|---|---|---|---|
| | A | B | C |
|     d.  Legal Services.  Service and assistance from Judge Advocate General and General Counsel or military and civilian assignment authorizations deemed appropriate by the Service Component.  Includes internal civilian staff as integral element of MWR. | Yes | Yes | Yes |
|     e.  Custodial and Janitorial Service.  Applies to the manpower, supplies, and equipment the installation engineer or contractor provides. | Yes | Yes | No |
|     f.  Grounds Maintenance.  Applies to work required to maintain surrounding building grounds.  Golf course must be NAF funded except ground surrounding immediate area of the clubhouse. | Yes | Yes | Yes |
|     g.  Other Services.  Services associated with protecting health and safety.  Services commonly supplied and provided as a command function to all installation employees and organizations.  Examples include fire protection, security, safety, rescue, pest control, snow removal, sewage, trash and garbage removal, repair and cleanup of underground storage tank leaks, environmental compliance, vet and medical support, sanitation inspection, maintenance of common grounds, etc. | Yes | Yes | Yes |
| 14.  CONSTRUCTION<br><br>    a.  Architectural and Engineering Services. Applies to services that include the necessary consultations, preparation of preliminary studies, analysis, cost estimates, working drawings, specifications, interior design and decoration, and the inspection and supervision services required for the construction, alteration, or repair of real property facilities. | | | |
|       (1) APF Construction | Yes | Yes | Yes |
|       (2) NAF Construction.  Applies for scheduled projects as approved by the DOD Components concerned, provided no additional manpower authorizations are required. | Yes | Yes | Yes |

BUPERSINST 1710.11C
25 Jul 01

| | | | |
|---|---|---|---|
| b.  Minor Construction.  Applies to erecting, adding, expanding, altering, converting, replacing, or relocating an existing facility, provided the cost does not exceed certain dollar limits. | Yes | Note 7 Note 8 | Note 8 |
| c.  Military Construction.  Applies to the erection or installation of new buildings or systems, additions, and conversions, including major repair work. | Yes | No Note 7 Note 8 | No Note 8 |
| d.  Facilities Maintenance.  Refers to the day-to-day work required to preserve real property facilities and prevent premature failure or wearing out of system components (electrical, mechanical, heating and air conditioning, plumbing, roofing, facility interior resulting from failure of a facility system or to meet health and safety requirements, etc.  Work required to prevent or correct all life safety deficiencies; ensure the structural and operational integrity of the building components [such as roofing, foundations, installed building equipment and systems (such as plumbing, heating, ventilating, cooling, air condition, electrical fire protection, and security. etc.)]; and preserve the existing exterior of a facility. | Yes | Yes | Yes |
| e.  Facility Repair.  Work that is required to restore a facility structure, components, and systems to its safe, effective, and economical support of assigned missions and organizations.  If this repair work is done to support activities that are authorized to receive APF support, it may be funded with APFs. For such projects, repair work costing up to $5M for an entire single purpose facility or one or more functional areas of a multipurpose facility can be funded from the Operation and Maintenance appropriation in accordance with 10 U.S.C. 2811. Repairs costing more than $5M require Military Department Secretary approval.  As a general guideline, when it is estimated that repair costs would exceed 70 percent of replacement costs replacement rather than repair is recommended. | | | |
| (1) APF owned and/or leased. | Yes | Yes | Yes |
| (2) NAF owned and/or leased. | No | No | No |

BUPERSINST 1710.11C
25 Jul 01

Notes:

1. Permanent military personnel may be assigned when filling: (1) a position in a Category A or B (mission sustaining and/or community support) program, when the Military Service determines assignment of military personnel is required to support wartime or contingency operations, is required based on past practice, or is required for overseas rotation; (2) an ECECS function based on the criteria above or when the position cannot be filled effectively with civilians; (3) a life guard position at a Category A swimming pool.

2. Temporary military personnel may be placed on temporary assignment to MWR programs, to include detail and temporary duty, for a period not to exceed 90 days, unless the head of the DOD Component concerned approves a longer period. Temporary assignments may be made only under the following conditions: (1) Fleet Marine Force Personnel Assistance Program (FAP) personnel are not occupying table of organization billets and are required to carry out the provisions of the FAP. (No personnel shall be used to fill Category C program positions.); (2) Mobility or deployment requirements occur; and (3) Training to upgrade or maintain essential military skills cannot be provided through other means.

3. Not all MWR "Category A" positions may be funded with APF support. Per NAVSO P-1000, volume 7, ECECS specifically excludes the costs of direct operation of the NAFI, or costs inherently associated with it. This means NAF accounting, personnel and procurement functions must be funded with NAF.

4. Initial APF funding is authorized only when NAF will reimburse (except at BRAC locations authorized appropriated funds).

5. Investment equipment in support of food preparation equipment, and the use of surplus or excess equipment, is authorized.

BUPERSINST 1710.11C
25 Jul 01

6.  APFs may be used to fund NAF employee courses for
    training that is not job unique; examples include but are
    not limited to, management and/or leader development
    courses, quality training, health and safety, sexual
    harassment, etc.

7.  APFs authorized for youth activities OCONUS.  APFs
    required for Child Development Centers.

8.  APFs may be used for all community facility construction
    related to the establishment, activation, or expansion of
    a DOD installation, or relocation of facilities for
    convenience of the Government; replacement of facilities
    denied by country-to-country agreements; restoration of
    facilities destroyed by acts of God, fire, or terrorism;
    and to correct health and life safety deficiencies such
    as sprinkler or fire alarm systems, environmental
    compliance, or removal of asbestos.  Installation
    Expansion is defined as a major increase in authorized
    and assigned personnel strength over a short period of
    time.  Such expansion must be the result of a mission
    change or influx of new units or systems.  As an example,
    a 25 percent increase in a 1-year time span satisfies
    these criteria.  In contrast, personnel increases
    resulting from an evolutionary expansion occurring over
    several years do not satisfy these criteria.

411.  MWR Revenue.  Fees and charges may be levied for MWR
activities to help offset the cost of these programs.  When
established, fees should offer a reasonable discount from
comparable off-base activities.  Similar fees are encouraged at
bases within regions.  Fees for facilities/programs with high
revenue capability such as golf, bowling, and marinas should
cover operating costs, contribute to equipment replacement, help
fund other MWR programs, and provide a reasonable discount from
comparable off-base MWR facilities/ programs.  When practical, a
basic nucleus of recreation activities should be free so that no
person is denied the opportunity to participate in some kind of
activity because of a lack of funds.  As a general guide to
commanding officers, the following is offered:

    a.  Not all individual MWR activities are intended to be
profit generating, although certain activities are required to

BUPERSINST 1710.11C
25 Jul 01

generate a profit (i.e., Category C MWR business activities).
The MWR director should establish financial objectives (self-
sufficiency/cost recovery/asset replacement) for each MWR
activity through the annual MWR NAF budget process.  Once the
budget is approved by the commanding officer, these financial
objectives should be the standards by which the activities are
evaluated, e.g., the same as NAVPERSCOM-imposed policy standards
for MWR business activities, e.g., food and beverage, golf and
bowling programs.

    b.  The level of charges for programs should be governed by
the need to meet the operating cost of providing a varied and
balanced MWR program, including NAF costs for staff,
maintenance, replacement of equipment, and other overhead.

    c.  Fees established for activities of a highly specialized
nature involving limited interest and participation should be
sufficient to offset the costs of the operation, including
acquisition cost of the equipment and operation or maintenance
cost.

    d.  Some Navy installations have been granted specific
approval to extend patronage to the civilian public for limited
use of selected Category C MWR activities, i.e., under the
provisions of reference (b) and section 606 of this manual.
Fees should be established for use of MWR Category C programs by
these civilian groups at a rate higher than for primary users to
preclude subsidization of civilian interests by the military
population.

    e.  Reference (b) provides that fees may be established for
recreation rental equipment originally obtained with APFs to
offset NAF costs associated with management and maintenance of
the equipment.

    f.  In recognition of the contribution to maintenance of
physical fitness, fees **will not** be charged active duty members
(includes members of the Reserve Components - (see section 604))
for the checkout of basic Category A recreational sports
equipment, e.g., game bags, bats, balls, etc., essential to
participation in physical conditioning activities, or for
individual access to conditioning facilities or installed
equipment, e.g., strength training machines and cardiovascular

BUPERSINST 1710.11C
25 Jul 01

equipment.  However, provided comparable facilities are
available on an uncontrolled access basis without charge,
reasonable charges may be levied for access to facilities which
require a high level of maintenance or attendant service (e.g.,
a health club-type fitness center).  All costs associated with
the operation of physical conditioning type facilities are
chargeable to APFs.

    g.  As a general policy, fees and charges should be applied
to enrich the program and provide services which could not
otherwise be offered, as well as provide for recapitalization of
worn-out assets.

    h.  Rental fees should amortize the NAF cost of the
equipment and/or maintenance requirements as well as replacement
costs (e.g., golf carts, campers, and outboard motors).

    i.  The overhead costs which result from the collections of
fees and charges should be carefully considered before fees and
charges are authorized.

    j.  When fees are established, no one should be exempt from
payment.  Each individual should be charged the established fee
for an equivalent amount of participation.

    k.  Active duty and reservists will be charged the same fees
for Category C MWR activities.

    l.  Fees for participation in MWR-sponsored activities or
services may not be paid directly to instructors or individuals
providing the service.  All such fees will be deposited in the
MWR fund.  The MWR Fund will subsequently provide payment to the
instructor providing the service in accordance with the
agreement that MWR has with the instructor/individual.

412.  MWR Red Flag System

    a.  MWR Funds will be subject to review under the NAVPERSCOM
MWR Red Flag system.  Under this system, quarterly notification
may be made to the appropriate Echelon 2 for MWR Funds that meet
one or more of the following criteria:

BUPERSINST 1710.11C
25 Jul 01

(1) If the acid test ratio (excluding unearned income) is below 1:1.  The acid test ratio is the sum of cash, receivables, and marketable securities (called quick assets) divided by current liabilities.  A ratio of 1:1 indicates that for every dollar of current debt there is one dollar of quick assets available to meet current liabilities.

(2) If the modified acid test ratio is below 1.25:1. The modified acid test is the same as above, except it includes restricted cash for capital outlays in the numerator.

(3) If the MWR fund has a rolling (current month plus previous 11 months) net cash loss of $50K or greater.  The cash loss consists of net profit/loss excluding depreciation expense and any gain/loss on disposition of fixed assets.

(4) MWR funds in a negative cash position are automatically considered to be in Red Flag status.

b.  Additional policy guidance may be contained in the annual MWR NAF budget call.

413.  Credit

a.  Commands are encouraged to accept patron's use of major national credit cards in MWR facilities, e.g., food and beverage activities, recreation resale outlets and service programs such as outdoor recreation rental centers, and information, tickets and tours offices.

b.  In-house charge accounts in MWR food and beverage activities are authorized.  Such charge accounts will be due monthly in full.  If not paid within 30 days, the individual's name and amount due will be reported to the commanding officer, no further credit will be extended, and a late payment charge may be assessed.

c.  Ordinarily, charges for private party contracts will be collected at the time of the function.  If credit is extended for private parties, the sponsor will be billed within 5 business days of its conclusion and payment will be collected within 30 calendar days.  If accounts are not settled within the

BUPERSINST 1710.11C
25 Jul 01

specified time frame, a late fee may be charged.  This
requirement should be highlighted on the private party contract.

414.  Petty Cash and Change Funds.  Petty cash and change funds,
authorized in writing by the commanding officer, may be
maintained in amounts consistent with the needs of the MWR
program, and administered per sections C050501, C050502, C050503
and C050504 of reference (c).

     a.  The petty cash fund will be reviewed and reimbursed
(i.e., replenished) each month when expenditures exceed $100.00.
When expenditures are less than $100.00, reimbursement of the
petty cash fund is required during the month that total
expenditures exceed $100.00, but not less than once per quarter
(i.e., December, March, June, and September).

     b.  Bingo program petty cash funds will be reimbursed not
less than once each accounting month.

     c.  The principal of accrual accounting (i.e., recording
expenses in the month incurred) applies.  For example, at the
end of the month, unreimbursed petty cash expenditures are to be
identified and recorded in the general ledger on an accrual
journal voucher.

415.  Check Cashing, Currency Conversion Services and Automated
Teller Machines

     a.  The commanding officer may authorize MWR to provide
check cashing and foreign currency conversion services at
specified activities, e.g., a food and beverage activity, MWR
administrative office, etc., when determined to be a needed
service to the Navy community.

     b.  Reference (l) prohibits DOD activities from engaging in
retail banking operations.  Operation and maintenance of
automatic teller machines (ATMs) are the responsibility of
financial institution(s) authorized to provide on-base retail
banking services.  Proposals/requests to install ATM equipment
in an MWR facility will be done in accordance with procedures
contained in reference (m).

BUPERSINST 1710.11C
25 Jul 01

416.  Appropriate Use of MWR Funds.  Nonappropriated MWR funds
will be expended on official MWR programs and facilities on an
equitable basis.  The intent of such expenditures is to maintain
a balanced, adequate MWR program.

    a.  Emphasis should be placed on MWR programs, which benefit
the greatest number of eligible patrons.  A wide range of
activities may be applicable if the interest indicates that
patronage would be forthcoming.

    b.  Support for special interest groups should be carefully
monitored.

    c.  Use of NAFs for employee recognition may be authorized
in accordance with the policy contained in reference (n).

417.  Ombudsmen Expense Reimbursement.  Reference (o) provides
policy and procedures, including APF support authorization, for
implementation of the Navy Family Ombudsman Program and Command
Family Ombudsman Programs.  APF or locally generated NAF and/or
unit allocations may be used to reimburse expenses for
ombudsmen.  NAF support may occur under the following
conditions:

    a.  Reimbursement is authorized only when the ombudsmen
volunteer is working in an approved volunteer capacity.

    b.  Reimbursement must be budgeted for, available on an
equitable basis for all ombudsmen, and approved by the
commanding officer.

    c.  Ombudsmen must submit expense receipts for reimbursement
to the commanding officer or designated representative.

    d.  Specific expenses that may be reimbursed are as follows:

        (1) Child Care.  Reimbursement is not to exceed the
local rate of the Navy child development center or child
development home provider.  Reimbursement of childcare expenses
for ombudsmen does not change established child development
program usage priorities.

BUPERSINST 1710.11C
25 Jul 01

(2) Mileage.  Reimbursement for mileage will be at the Government POV rate.  Mileage should be documented to claim reimbursement.

(3) Parking and Tolls.  Parking and tolls will be reimbursed upon presentation of receipts.

(4) Telephone.  Toll calls not covered by command telephone credit cards may be reimbursed upon presentation of receipts.

(5) Official-Business Access-Utilization Expense for Electronic Mail, e.g., FAX, E-Mail.

e.  Commanding officers are authorized to use MWR NAFs in the amount of $50 per ombudsman, not to exceed a total of $500 per MWR fund per year, for recognition or appreciation events/awards.

f.  Under authority granted by 10 U.S.C. 1588(f), commanding officers have the discretionary authority to install telephone lines and any necessary telecommunication equipment in the private residences of individuals providing voluntary services to the U.S. Armed Forces.  This equipment would be available for official use in connection with the voluntary services provided. APF or locally generated NAF and/or unit allocations may be used for the installation of this equipment.

418.  MWR Support for Sailor of the Year.  Commanding officers are authorized to use MWR NAFs in the amount of $50 per Sailor of the Year, not to exceed a total of $500 per MWR Fund per year, for Sailor of the Year recognition or appreciation events/awards.

419.  Utilization, Support and Accountability (USA) Practice for MWR NAFIs

a.  Policy

(1) The Utilization, Support and Accountability (USA) Practice is a tool in providing flexibility to both the field activity commanding officer and the MWR director, if they choose to adopt these practices, that maximizes the availability of APF

4-29                            Enclosure (1)

BUPERSINST 1710.11C
25 Jul 01

[Operation & Maintenance, Navy/Reserves (O&M,N/O&M,NR)] and NAF
support to the MWR program.  Activities participating in the
Uniform Resource Demonstration test are excluded from USA until
conclusion of the test.

(2) APF may be used through USA procedures to support an
MWR NAFI for NAF expenditures, if the original transaction was
an appropriate APF expenditure, unless specifically prohibited
by law or regulation.  Commanding officers are accountable for
the implementation of the USA Practice, which requires that the
APF support must be obligated prior to the NAF expenditure.

(a) Commanding officers have a fiduciary
responsibility for the APF and NAF resources that support Navy
MWR programs.  Total program cost will be accounted for through
sound financial management practices.

(b) The Antideficiency Act, 31 United States Code
(U.S.C.) 1341(a), 1512-19, prevents incurring obligations in
excess or in advance of available funds.  The Purpose Statute,
31 U.S.C. 1301(a), requires APF be used only for the purposes
and programs for which they are appropriated.  The bona fide
need rule, 31 U.S.C. 1502, precludes using funds to purchase
supplies or services for future year's needs.

(c) Under 10 U.S.C. 2783, the SECDEF prescribes
regulations that govern the purpose for which NAF funds may be
spent, and the financial management of those funds to prevent
waste, loss and unauthorized use.  There are penalties for
misuse of APF and NAF funds.  Violations by personnel subject to
the UCMJ are punishable under Article 92 of that code.

(d) In accordance with appendix C of reference (c),
individuals responsible for either the receipt or disbursement
of appropriated funds will not be appointed as a manager or
custodian of nonappropriated funds.

(e) References (a), (b) and (v) and section 410
outline the level of APF support authorized for MWR activities.

BUPERSINST 1710.11C
25 Jul 01

## Chapter 22

### GOLF PROGRAM

2201.  General.  The golf program provides recreational opportunities, and promotes and enhances the physical well-being of Navy personnel and their families.  Golf program activities consist of open play, golf leagues, tournaments, instructional programs, exhibitions, events sponsored by youth activities, golf retail outlets and golf food and beverage services.

2202.  Mission Statement

    a.  Promote esprit de corps and morale by meeting recreational, social and competitive needs of military patrons through the sport of golf.

    b.  Balance customer-driven programs and the requirement to meet financial goals.

    c.  Provide quality golf facilities and programs, managed by certified golf professionals with highly trained staffs, which satisfy the needs of all golfers regardless of skill level.

2203.  Guidelines

    a.  Golf course operations are multi-faceted business activities requiring a level of entrepreneurial expertise found in similar private and municipal golf course operations.  Navy golf course operations should be organized within the local MWR program where business activity expertise can be optimized.

    b.  Use of Navy golf programs by non-DOD civilian individuals and groups is not permitted except as may be authorized pursuant to sections 606 and 702.  At commands where patron eligibility has been extended to non-DOD civilian individuals and groups, in accordance with the provisions of section 606, green fees should be established to ensure that NAFs are not used to subsidize use by these individuals and groups.  These individuals and groups should be required to pay daily green fees and not be offered monthly or annual fees as may be extended to primary patron categories.  Additionally, resale of food, state tax-free beverages, and tobacco products

BUPERSINST 1710.11C
25 Jul 01

is restricted to amounts consumed on the premises, and to convenience merchandise incidental to daily participation, (e.g., the sale of golf balls, tees, etc.).

c.  Non-DOD organizations, on an occasional basis, may sponsor base-hosted or co-hosted local tournaments in which Navy personnel participate.

(1) Navy golf courses holding membership in recognized golf associations may host tournaments sponsored by these associations, if tournament location is rotated among other area civilian and military facilities.

(2) Golf activity program manager or staff may not solicit hosting of any tournament or league by non-DOD civilian individuals or groups and may not offer a competitive bid to host such events.

(3) Commanding officer or designated representative must approve, in advance, events sponsored by non-DOD organizations.

d.  Offering of reciprocal golf privileges for visiting personnel holding advance green fee tickets from other bases is not authorized.

e.  Golf activity program staff will follow commonly accepted practices, as well as Navy guidelines, for developing programs, maintaining greens and equipment, and running other programs.

f.  Refer to chapter 8 for policies and procedures for corporate sponsorship opportunities.  Only MWR may solicit or accept unsolicited corporate sponsorship opportunities. Corporate sponsorship may only be obtained for MWR-sponsored programs and events.  Corporate sponsorship is MWR "event marketing" and shall not be used by individuals or groups for fund raising opportunities.

g.  For more operating guidelines on golf activity program operations, see appendix K.  Additionally, refer to industry training guides and publications or register for regularly scheduled training sessions or workshops for professional golf program management.

BUPERSINST 1710.11C
25 Jul 01

h.  Use of privately-owned golf carts is prohibited except for owners authorized use of privately-owned golf carts prior to the date of this instruction.  All facilities allowing privately- owned golf carts to be used at a Navy facility will charge trail fees to the user, owner, or driver; additional charges will be made to accompanying riders who are playing golf.  Owners will carry liability insurance for golf cart use and will sign a liability release.  A copy of the release will be kept on file at the golf course.  Storage of private golf carts is not authorized except for grandfathered owners using storage facilities prior to the date of this instruction.  No transfers are authorized.

i.  All alcoholic beverages consumed on the golf course, including in the clubhouse, must be purchased from the MWR golf course food and beverage facility.

2204.  Market Assessment.  See section 340.

2205.  Successful Golf Program Check List.  A check list of key elements determined by the industry for the operation of a successful golf program is contained in appendix K.

2206.  Training

a.  Upon implementation of this instruction, all golf course managers hired at facilities with 18 holes or more must be a Class A member, in good standing, of the PGA.

b.  Manager should attend professional recertification training seminars/classes annually.

c.  Course superintendent (of courses with 18 holes or more) should be a member of the Golf Course Superintendents Association of America and attend recertification training seminars/classes annually.

d.  Golf activity program manager should establish a training program for the golf course staff.  The course superintendent should train the maintenance staff to ensure quality is maintained.

BUPERSINST 1710.11C
25 Jul 01

e.  A qualified spray technician will be trained in the proper storage, mixing and application of all chemicals and fertilizers.

2207.  Golf Instruction.  A program of demand-driven individual and group golf lessons, clinics and exhibitions should be provided.  This is a means of building golf clientele and increasing revenues when marketed professionally.

a.  Golf professionals may be compensated up to 90 percent of the lesson fee for golf lessons given during periods of time for which he or she is not receiving regular pay (e.g., a golf course manager may provide golf instruction during his/her off-duty time and be compensated up to 90 percent of the lesson fees).

b.  A services contract must be on file and all revenue derived from lessons must be paid to the MWR fund.  Instructors must document all lessons and submit a payment request and copies of lesson log for payment at the end of the month.

2208.  Resale Activities.  Golf programs may be supported by resale activities such food and beverage, e.g., snack bar, and golf merchandise.  When a merchandise "layaway" program is offered, "home" layaway is not authorized.

2209.  Gambling or Lottery-like Tournaments

a.  Events or tournaments involving gambling or lotteries such as "Calcutta" tournaments are prohibited.

b.  Closest to the pin or hole-in-one competitions are authorized provided there is no additional charge or fee assessed to participate.

c.  Refer to chapter 9 for additional information on lotteries and gambling.

2210.  Fund Raising.  See chapter 9.

2211.  Financial and Operating Standards and Guidelines.  See chapter 28 and www.mwr.navy.mil/mwrprgms/golfstnd.htm.

BUPERSINST 1710.11C
25 Jul 01

Chapter 28

OPERATING AND FINANCIAL STANDARDS
AND GUIDELINES FOR MWR BUSINESS ACTIVITIES

2801.  Operating and Financial Standards and Guidelines.
Financial and operating standards and guidelines detailed below
establish minimum levels of performance to ensure Navy MWR food,
beverage and entertainment activities are fiscally and
operationally sound.  Financial standards and guidelines govern
major cost centers and activity profitability.  Operating
guidelines recommend levels of performance, facility
maintenance, marketing procedures and customer satisfaction as
indicators of a well-managed MWR food and beverage activity
operation.

2802.  Sound Financial Operations

     a.  Financial Performance.  Following are minimum levels of
financial performance, which must be achieved by each listed MWR
activity on the base.

     (1) MWR Fund Financial Standards

| TYPE OF SUPPORT | STANDARD |
|---|---|
| **APF Support** | |
| Category A | 100 percent of authorized Category A program expenses [excludes General and Administrative (G&A)] paid with APF support, effective FY-99. |
| Category B | 65 percent of authorized Category B program expenses are funded with APF support, effective FY-01. |
| **NAF Fund Performance** | For a full fiscal year basis, the MWR fund should have positive net operating cash flow (e.g., net results less depreciation expense). |

BUPERSINST 1710.11C
25 Jul 01

(2) MWR Food and Beverage/Quick Service (Snack Bar)
Activity

(a) Financial Standard

| | FOOD AND BEVERAGE | SNACK BAR | |
|---|---|---|---|
| DESCRIPTION | EACH ACTIVITY | LOCATED IN CATEGORY C ACTIVITY | LOCATED IN CATEGORY A, B OR MULTI-PURPOSE FACILITY |
| Activity Net Profit (Percent of Total Revenue) | 5% | 20% | 0+ |

(b) Financial guidelines

| | FOOD AND BEVERAGE | SNACK BAR | |
|---|---|---|---|
| DESCRIPTION | EACH ACTIVITY | LOCATED IN CATEGORY C ACTIVITY | LOCATED IN CATEGORY A, B OR MULTI-PURPOSE FACILITY |
| Food Department, COGS | 40% | 35% | 40% |
| Bar Department, COGS | 25% | 35% | 35% |
| Food Department, Direct Labor Cost | 40% | 35% | 40% |
| Bar Department, Direct Labor Cost | 25% | 25% | 25% |
| Food Department, Net Income | – | 10% | 5% |
| Bar Department, Net Income | – | 30% | 30% |
| Department 05, Net Income | – | 25% | 25% |
| Fees and charges should be established at approximately 75 percent of prices at comparable off-base facilities. | | | |

BUPERSINST 1710.11C
25 Jul 01

(3) Bowling Center Activity

(a) Financial Standards

| DESCRIPTION | CATEGORY C | CATEGORY B |
|---|---|---|
| **Activity Net Profit** (Percent of Total Revenue) | 15% | 5% |
| **Cash Flow** (Activity Net Income before Depreciation) | 25% | 15% |

(b) Financial Guidelines

| DESCRIPTION | CATEGORY C | CATEGORY B |
|---|---|---|
| Merchandise, COGS (XX-401-XX) | 60% | 65% |
| Program Operations (Department 10), Direct Labor Cost | 50% | 55% |
| Fees and charges should be established at approximately 75 percent of prices at comparable off-base facilities. | | |

(4) Golf Course Activity

(a) Financial Standards

| DESCRIPTION | PERCENT OF: | STANDARD |
|---|---|---|
| **Activity Net Profit** | Total Revenue | 10% |
| **Cash Flow** (Net Income Before Depreciation) | Total Revenue | 15% |

BUPERSINST 1710.11C
25 Jul 01

(b) Financial guidelines

| DESCRIPTION | PERCENT OF: | GUIDELINE |
|---|---|---|
| **Direct Labor (Salary/Benefits)** | | |
| Food | Total Department 01 Revenue | 35% |
| Bar | Total Department 02 Revenue | 25% |
| Pro Shop/Retail | Total Department 03 Revenue | 7% |
| Program Cart Rental | Total Departments 10 and 12 Revenue | 35% |
| **Cost of Goods Sold** | | |
| Food | Resale Revenue (Account 40-301-01) | 35% |
| Bar | Resale Revenue (Account 40-301-02) | 25% |
| Merchandise | Resale Revenue (Account 40-301-03 | 75% |

(c) Provide golf programs that are managed by
certified and trained professionals (18 holes and more) and
offer programs, instruction and services that compare to the
best public golf courses in the United States.

(d) Emphasize course sizing and playing conditions
to stimulate increased activity and customer satisfaction.

(e) Prominently display comment/suggestion cards,
and ensure management reviews those received and, when
appropriate, provide written or verbal replies.

BUPERSINST 1710.11C
25 Jul 01

(f) Structure fees to ensure equity for all; increase revenues to ensure that recapitalization needs are consistently met.

(5) Category C Marina Activity (RAMCAS Activity 34)

(a) Financial Standard

| DESCRIPTION | PERCENT OF: | STANDARD |
|---|---|---|
| Activity Net Profit | Total Revenue | 20% |
| **Cash Flow** (Net Income Before Depreciation) | Total Revenue | 25% |
| Fees and charges should be established at no less than 75 percent of prices at comparable off-base facilities. | | |

b.  Supplementary Financial and Operational Guidelines

(1) Achieve the net profit on all revenue as presently calculated in the RAMCAS statements.  Required operating profit standard is inclusive of all authorized APF support, and properly allocated MWR fund expenses (e.g., utilities).

(2) Achieve a minimum break-even point (BEP) for food departments.

(3) Management determines the activities' BEP and develops a plan to structure operations to achieve the BEP, plus the required percent net profit margin.  This is accomplished as part of the annual budget process.

(4) Management has a documented system to account for and pinpoint responsibility for all inventory and all cash receipts.  The system includes retail accountability, guest checks, high-cost/sensitive item inventory control, and use of receipts for patron cash payments.

(5) Management establishes prices to achieve required minimum cost-of-goods sold (COGS) and profitability consistent with local competitive position and perceived value.  COGS is the total cost of the consumable items of a product sold to the patron.  Management reviews prices at least semiannually.

BUPERSINST 1710.11C
25 Jul 01

(6) Management documents that a budget-to-actual variance analysis occurs monthly and makes operational adjustments when needed.

(7) Management conducts an annual review of all services and programs to assess cost effectiveness. For MWR food and beverage activities, this review should include a determination of monetary benefits that could be achieved if the activity achieved the COGS standards (when not being met).

2803. Satisfied Customers

a. Management conducts a locally developed survey annually to determine customer desires and needs (e.g., use Pulse Point). Documented adjustments are made to programs and services based on survey results.

b. MWR activity management is visible to patrons during peak business periods. MWR food and beverage managers particularly should be visible at all meal periods, special events and catered events. All MWR activity managers should document their observations in a log.

2804. Quality Products and Programs

a. Management has developed and uses local standardized, written recipes for every food and mixed beverage item served in the MWR food and beverage and snack bar activity. Managers should update/re-evaluate all recipes at least annually.

b. Management has developed and uses written specifications for the purchase of equipment, food, beverage and related supplies.

c. Management has written standard operating procedures for services and programs.

d. Management updates/re-evaluates all equipment/supplies requirements, specifications and procedures at least annually.

2805. Professional Management and Staff

a. MWR activity manager approves, in writing, the selection of all activity staff.

BUPERSINST 1710.11C
25 Jul 01

b.  Management maintains a documented program of organizational orientation for all employees.

c.  Navy MWR food and beverage manager has completed the Navy Club Management Course within the first year after employment and the Armed Forces Culinary Upgrade Program within the first 2 years of employment.  Subsequently, managers must attend at least one outside professional development experience per year.

d.  Management maintains a documented program of job-related training for all employees.

e.  The MWR activity manager, and key management staff, must attend at least one outside professional development experience per year.

2806.  Attractive, Well-Maintained Facility

a.  Management has a program of furniture, fixtures and equipment maintenance that results in all operational requirements being met.  If operational requirements are jeopardized (i.e., the activity would be closed or unable to deliver committed services), action is taken, and documented, which will correct the deficiency within 3 days.

b.  During any 6-month period, each MWR food and beverage activity maintains an average environmental health inspection score of not less than 85 percent with no score below 75 percent.  Management corrects all violations or initiates corrective action so that no violation appears on more than two consecutive reports.

c.  Management conducts a daily walk-through inspection of each area of the facility and takes corrective action on all noted deficiencies.  A check list will be used and maintained for this purpose.

d.  Management maintains written 1-year and 5-year plans to ensure programmed fixed asset and minor property renewal and replacement.

BUPERSINST 1710.11C
25 Jul 01

2807. Effective Marketing Program

a. Management has a written annual marketing plan in place. There is evidence that management uses the plan effectively and updates it at least quarterly.

b. MWR food and beverage managers conduct an annual self-inspection using the "Navy Food and Beverage Activity Operations Standards of Service Check List" (appendix EE).

2808. Monitoring and Oversight

a. Echelon 2 commands should initiate action to have operations maintain achievement of the financial standards through Echelon 2/3 monitoring, oversight and inspections.

b. If local conditions are compelling, commands may request a waiver from the Echelon 2 commander. Waiver requests should cite specific standards from which exemption is requested, a justification, and alternative proposed standard to be achieved. Echelon 2 commands should advise NAVPERSCOM (PERS-655) of all waivers granted, with accompanying justification.

c. NAVPERSCOM (PERS-655) has additional tools, e.g., training workshops, guidebooks, and operational analyses, available to assist local management in meeting financial standards and guidelines.

BUPERSINST 1710.11C
25 Jul 01

### APPENDIX K

### SUCCESSFUL GOLF PROGRAM
### CHECK LIST

A.  Program Management

1.  Does the golf course activity program achieve or exceed the average number of rounds played at courses in the region? Benchmarks can be found on the NAVPERSCOM web page at *http://www.mwr.navy.mil*.

2.  Is the golf course offering prices and services that are competitive with the local market?

3.  If excess capacity exists, has the facility manager researched the option of opening the course to the general public where appropriate?  Waivers may be requested through NAVPERSCOM (PERS-658).  See chapter 6 of this manual.

4.  Does management monitor actual expenses to both the budget and prior year operating results and take action to address variances?

5.  Does management monitor operational plans to ensure that recapitalization plans are maintained and followed?

6.  Does the Commanding Officer ensure that the golf course operation satisfies patrons needs?

7.  Does the Commanding Officer ensure that golf course operations comply with this instruction and other pertinent policies and instructions?

8.  Does the MWR Director monitor and provide golf course program policy?

9.  Does the MWR Director allocate resources?

10.  Does the MWR Director ensure that the golf course manager receives training on operational, financial and technical procedures?

BUPERSINST 1710.11C
25 Jul 01

11.  Does the MWR Director ensure the development of long-range plans for golf course operations?

12.  Does the golf course manager properly direct the daily operation of all applicable golf course programs?

13.  Are employees receiving training and career development?

14.  Does the golf course manager prepare all financial, program, facility and equipment reports?

15.  Is there a 5-year facility and equipment requirement and purchasing plan?

16.  Does the golf course activity manager identify and recommend construction, modification and renovation for the facility?

B.  Merchandising

1.  Are merchandise sales regulations being followed?  Sales are restricted to authorized users only.  Non-DOD civilians are only allowed to purchase consumable items for the round of golf that day.

2.  Does management use a purchasing plan to ensure proper buying?  Is the facility merchandise turnover rate at least 2.5 times per year?

3.  Does management encourage an active special order program?

4.  Are gift certificates used at the golf course facility? Certificates can be used for both resale and program sales to help increase revenues.

5.  Is a current layaway program being used?  If this program is being used, are proper controls in place?  Home layaway is not authorized.

BUPERSINST 1710.11C
25 Jul 01

C.  Food and Beverage

1.  Has a separate identity been created for the snack bar area?  Is a theme or other method being used to distinguish it from the golf course?

2.  Is the food considered being of high quality?  Is service considered efficient?

3.  Has management reviewed the food menu to ensure that the number of food items is limited to an amount that is manageable and can be consistently prepared?

4.  Are food and beverage items for all golf tournaments being purchased from the golf course?

D.  Golf Carts

1.  Is there currently a minimum age requirement for operating of carts at your facility?  Only customers meeting minimum age requirements (determined by the golf course manager) should be allowed to rent golf carts.  It is suggested that a minimum age for operating golf carts be set at 16 which is the normal age for legally operating a motorized vehicle.

2.  Is your facility golf cart mechanic properly trained in maintaining the golf cart fleet?  Management should ensure that the mechanic attends the cart manufacturer's training school or have documented work experience for the equipment used.

3.  Is the current golf cart fleet rotated on a continual basis?  This will ensure that all carts are used on an equal basis.

Exhibit B

# GOLF COURSE PLANNING PRINCIPLES

The following planning principles are intended for those activities which are considering the construction of a new golf course or expansion of an existing golf facility. The information provided herein is a compilation from various sources within the Navy and golf professionals from the private sector. It is intended to be a design guidance tool from lessons learned to assist you during your planning process.

Questions and/or suggestions should be directed to BUPERS (Pers-656D2), NSA Memphis, 7800 3rd Ave., Bldg 457, Millington, TN 38054-5045, or call David Munnell, Design Manager. MWR Facilities and Acquisition Branch at DSN 882-6667, COM (901) 874-6667, FAX (901) 874-6825.

## GENERAL PLANNING

When constructing a new course or adding to an existing one priority should be placed on playing conditions which are "user friendly," can safely accommodate a large number of rounds of golf, and be easily maintained and attractive. The vast majority of patrons demonstrate average proficiency with only about 2% to 3% being accomplished golfers.   Accordingly, the course should be designed with wide landing areas and gentle green surrounds making it "user friendly" to mid and high handicappers who comprise the majority of our patrons, and also provide challenging opportunities to low handicappers. The design should also acknowledge the tendency of the majority of golfers (predominantly right handed players) slicing the ball or playing to the right of their intended target. The course should be designed to provide good turf and playing conditions with a minimum of hand work and/or maintenance. New golf course layout should incorporate a creative routing which is environmentally sensitive. Greens and following tees should be in close proximity to one another to allow golfers to walk the course and accelerate play. Safety of golfers with regard to avoiding errant shots should receive strong consideration. All slopes around greens, tees, bunkers, and mounds should be no greater than 5:1. Cut and fill slopes in fairways, roughs, and non-use areas should not exceed 3:1. Man-made grades shall taper into the natural grades.

## HOLE LENGTH PLANNING:

___ The preferable golf course design length for a regulation 18 hole par 72 course ranges in length from 7,000 yards from the championship tees to 5,500 yards from the forward tees.

___ An 18 hole course will usually include four (4) par 5 holes, four (4) par 3 holes and ten (10) par 4 holes. Par 3 holes should be as follows two holes between 130-160 yards and 2 holes between 170-220. Par 5 holes should be as follows: two holes between 460-500 yards and 2 holes between 520-550 yards. Par 4 holes of 251-320 yards should be avoided and increased to a maximum of 445 yards.

___  The first and tenth holes should be "easy get away" holes to expedite play off the opening tees.

___  Holes should grow increasingly difficult to play as the round proceeds and end with an easier finishing hole.

___  Holes # 1,9,10, and 18 should not be par 3 holes.

___  Holes of like par should vary in length and direction of play.

___  Consecutive par 5 or par 3 holes should be avoided.

**TEES:**

___  Tee complexes should include 3-4 sets of tees per hole.

___  The minimum surface area of 8,000 square feet should be used for par 4 and 5 holes and 10,000 square feet on par 3 holes.  Short holes which require an iron tee shot should be larger due to the amount of abuse they will receive.

___  The forward and rear tees should be smaller in size (30% of the total tee surface) and 70% of the tee surface equally distributed between the middle tee(s).

___  The course length from the back tee should be about 7,000 yards, 6,000- 6,500 from the middle tees and about 5,500 from the front tees.

___  All tees should be slightly elevated.

___  Teeing surfaces shall be level from side to side.

___  All tees should have a 11/2% fall in the direction of play.  On holes that play uphill, this slope will be from front to back.  On holes that play downhill, the slope shall be from back to front.

___  Don't have multiple tees unless land constraints dictate this due to the increase in maintenance time.

___  Slopes around teeing surfaces shall not exceed 5:1.

___  Construct tee sub-grades with at least 1% pitch to allow for sub-surface drainage. Finished surface grades shall be flat from side to side.  All tee tops shall have a 4" thick native sand cap root zone for improved drainage purposes.

___  Sod all slopes on new tees.

____    Tees should be constructed with no trees within 60' of the base of the tee on the east, south, and west to promote air circulation for healthy turf growth.

## GREENS:

____    The green is the "heart" of the golf course.

____    Each green shall have a putting surface of 6,000-8,000 square feet depending on the length of the hole.

____    The shape of the green will depend upon the strategy of the design, area geography, location and size of the bunkers, and the length of the shot playing to the green.

____    Poor drainage contributes to more turf trouble on the greens than any other factor. Therefore greens should be shaped so the surface slopes to drain in two or more directions.

____    A variety of pin placements must be accommodated to minimize wear and maintenance to the greens.

____    Undulations on the green should begin in the mounding around the perimeter working subtlety into the green. Severe undulations should be avoided.

____    Greens and surrounds shall be constructed to accommodate triplex mowing equipment. Slope on pinable areas shall not exceed 4%.

____    Green construction should follow USGA guidelines. The final soil mixture percolation rate should be a minimum of 5 inches per hour. Part of the USGA green construction is a sub-surface drainage system. A removable vent drain cap shall be provided at the upper ends of all main sub-surface drain lines to permit air input and flushing of the line in the future.

____    Greens should be constructed with no trees within 90' of the base on the east, south, and west to promote air circulation for healthy turf growth.

## FAIRWAYS and ROUGHS:

____    Fairway landing areas should generally be about 60-70 yards wide. A yardstick of fairway widths is as follows: 75-120 yards from the tee the width should be 40-50 yards wide: 120-180 yards from the tee the width should be 50-60 yards wide: 180-220 yards from the tee the width should be 60-70 yards wide.

____    Fairways should not be "flat" in appearance, but should have minor undulations to provide visual interest as well as facilitate drainage.

___    The minimum surface grade on fairways shall be 3% to provide proper drainage.

___    Any area that cannot be properly surfaced drained shall be drained utilizing a catch basin or drainage trenches with 4 inch perforated drainage pipe in a gravel bed extending to ditches, wetlands or other non-play areas.

___    Provide at least 6 inches of topsoil in fairways, 12-14 inches around features (i.e. bunkers, aprons, etc.) and 4 inches of topsoil in roughs. All debris and stones 1 inch or larger in diameter shall be removed.

___    Be selective of the types of new trees planted or the existing trees incorporated within the fairway design due to debris or leaves dropped by the tree which may increase maintenance, slow play, or detract from the course appearance.

## BUNKERS:

___    Judiciously place bunkers due to the maintenance required. Some golf course managers are eliminating sand bunkers on existing courses that have little impact on play or converting some to grass bunkers which are easier to maintain. Construct bunkers in such a manner to reduce hand labor required to maintain the bunkers.

___    All fairway sand bunkers shall be clearly visible from tees.

___    All bunkers shall be properly drained to prevent ponding water. Provide sub-surface drainage systems consisting of rigid tile and sub-drain for all greens and bunkers in accordance with USGA recommendations. Wrap drain lines within bunkers with filter fabric to prevent infiltration of solids which could compromise the drain system. All bunkers shall drain to daylight and out of play areas.

___    Don't construct bunkers below the elevation of the fairway to ensure proper drainage.

___    Bunkers which are a long iron shot from the green should be shallower and have a minimal lip.

___    Bunkers which are a short iron shot from the green can be deeper and have more of a lip.

___    Avoid drainage from greens into bunkers through the use of swales between the green and bunker. Drainage within bunkers especially around greens should be removed with drain tiles connected into the green drainage system.

## CART PATHS:

___    Cart paths should be laid-out in a manner which is safe, visually pleasing, and if

possible serves two holes to reduce the initial installation cost and reduces future maintenance.

___ Cart paths shall be at least 8 feet wide. In areas of heavier cart congestion such as adjacent to tees and greens consideration should be given to wider cart paths. Cart paths constructed with asphalt shall be at least a 2" asphalt surface course over a minimum 4" gravel base. Concrete cart paths shall be 4" thick on compacted sub-grade.

___ Provide cart path curbs adjacent to all greens and tees to keep carts on the paths and reduce turf wear.

___ Holes with turn-around adjacent to tee boxes or greens should be sized appropriately to eliminate turf wear due to tight turning radius.

___ Set paving flush with adjacent ground to allow the flow of surface water over pavements.

___ Bridges for golf carts shall be a minimum of 6' wide and support a loads of at least two tons. Bridges which provide access for golf maintenance equipment/golf carts shall be 10' wide and support loads of five tons. Bridges should be visually compatible with the rest of the golf course.

## IRRIGATION:

___ The irrigation system design shall be prepared by a certified sprinkler system consultant/designer with demonstrated experience in golf course planning and design. The design process shall consider the soil characteristics, humidity and rainfall characteristics, prevailing winds and their effect on adequate coverage, water supply source and economics. The sprinkler consultant shall design an irrigation system based on the existing environmental characteristics which addresses the line sizing and spacing, head spacing/size, pump location/size to ensure adequate coverage of all areas to be irrigated based upon the funding available. There are two basic types of irrigation systems, those being the manual and the automatic with many variations of each.

- A manual system with quick-coupling valves is the least expensive to install. Each sprinkler head must be set by hand and individually turned on and off. With this system human error is often a problem when watering is done at night. Generally water consumption is higher, because there is a tendency to over water. Additionally there may not be enough time to physically move all the heads in the allotted time to all areas requiring irrigation. Operation of a quick-coupler system is not a cost effective irrigation solution but, used for addressing areas which require special or infrequent irrigation vice an entire course. The automatic irrigation system is the recommended system.

- The automatic system, is the ultimate for golf course irrigation. There are

several different types of automatic systems with varying costs associated with each. The automatic system is the most accurate, reduces water and labor costs, offers variations in control, and eliminates human error.

___ Each sprinkler head covers a circular spray area with the heaviest distribution of water being at the center neatest the sprinkler head, with gradual reduction to the peripheral circumference of the spray. To obtain an even distribution of water, it is necessary to overlap the spray areas of adjacent sprinklers. Most manufacturer's recommend a head spacing to obtain an even water distribution. In lieu of the manufacture's recommended spacing, the following is suggested:

- 60% of diameter of coverage where wind is 0-5 mph
- 50% of diameter of coverage where wind is 5-10 mph
- 40% of diameter of coverage where wind is over 10 mph

___ There are various water sources which should be considered for irrigation purposes during golf course development. They are ponds, lakes, wells, water main, and "grey water" ( sewerage treatment plant water).

___ Do not exceed 5 feet per second flow of water through any section of pipe. Do not exceed manufacture's recommended flow velocities.

___ Consider during the planning stage of a new course or the expansion of an existing course the adequacy of the irrigation water source.

___ When expanding a golf course, the irrigation system components should be manufactured by the same company which manufactured the system and components for the original system. Sprinkler system components shall be provided by recognized golf course sprinkler system manufacturers with easily accessible service and parts distributors.

___ All non-ferrous utilities shall have copper tracer wires permanently affixed to the pipe. All utility trenches shall be marked with buried tape 6 to 12 inches below grade. The tape shall indicate the type of utility.

___ If budget allows provide metal distance tags on all fairway sprinkler heads measured to the center of the green out to 250 yards from the green.

## CLUBHOUSE:

___ Careful consideration must be given the elements considered within a golf clubhouse. Some elements to consider when planning a golf course clubhouse are: the proposed site and it's relationship to other golf course elements, Men's and women's rest rooms, shower and locker rooms, dining room/snack bar, kitchen/short order grill

with storage, deliveries, bar/lounge, pro shop with office and storage, lobby and parking. Consider an outside food service window or golfers service counter to serve golfing patrons "making the turn" to accelerate play. Additionally during the planning process thought should be given to after hour programming. Provide maximum visibility of the 1st. and 10th tees and 9th and 18th greens from the pro shop. Provide a golf cart staging area visible from the pro shop. The number of carts readily available for check-out from the staging area is dependent upon the distance to the cart storage area. The cart storage area should be located relatively close to the clubhouse to reduce cart staging labor. Consideration should be given to the type of carts purchased or leased. If a new facility is being planned consideration should be given to electric cart storage under the clubhouse if the construction budget allows.

___ The golf course clubhouse and related maintenance facilities will be addressed in depth in a future BUPERS design principles checklist.

## MAINTENANCE FACILITY/GOLF CART BARN:

___ A maintenance building contains several basis areas: equipment storage, material storage, chemical storage, repair shop, employees' locker room and restrooms/showers, and superintendent's office. The recommended square footage for a maintenance facility for an 18 hole course is 6-8,000 square feet. The golf cart barn should be sized to accommodate cart storage, cart repair area, parts storage and restrooms/showers/locker room if the cart barn if separate from the maintenance facility.

## DRIVING RANGE and PRACTICE GREENS:

___ Locate the driving range adjacent to the clubhouse.

___ The driving range should be a minimum of 70 yards wide and 250-300 yards long. The tee area should be 40 yards wide and 30 yards deep to maximize tee turf regeneration.

___ Side netting and/or screen planting should be considered to protect people and property outside of the driving range.

___ Some activities may consider artificial turf driving stations to eliminate turf damage especially in those parts of the country where turf regeneration and maintenance are a concern. Another consideration may be to sheltered driving stations with golf artificial turf and heat for winter usage. Enclosed stations should be a minimum of 8 ft. wide, 8 ft. deep and 11 ft. high with a 30" high divider wall between stations.

___ Consideration may be given to development of a practice chipping green with possible green side bunker for practicing chipping. The green should be a minimum 6,000 square feet and built to USGA specifications.

___    A practice putting green should be developed adjacent to the clubhouse. The green should be approximately 12,000 square feet built to USGA specifications.

___ Provide irrigation to all practice and putting greens. The irrigation system should be considered during the initial irrigation planning and design calculations. The system can be either manual or automatic.

**LAKES and PONDS:**

___ Visually integrate existing and new water features within the overall design scheme. Provide electric power adjacent to all water features for future aerators.

___ Sod all banks to lessen erosion.

___ Consider creation of wetlands environments on the edges of lakes and ponds or reforestation of selected areas. Contact local activity Environmentalist for further construction guidance.

**SIGNAGE:**

___ Consider a distinctive entrance sign --- or logo --- to create an image or identity which could be used throughout the facility.

___ Provide logo tee markers which graphically depicts the hole and provides sufficient other information about the hole.

___ Provide markers at the 100 yards, 150 yards and 200 yards from the center of the green.

Exhibit C



# Report of the
# 1st Quadrennial Quality of Life Review

**"Families Also Serve"**    May 2004

points, with Navy experiencing the largest decrease at 8 percentage points. We found that retention intentions were down by 3 percentage points, but spouse/significant other support remained the same.

## Support Programs/Services
### Level of Satisfaction with On-Base Programs



Margins of error within +/-9%
Source: Status of Forces Active Duty Survey, July 2003.

Realizing the value of this near real-time information from the DMDC surveys, the Department has been able to react quickly to implement programs to meet the needs of Service members and their families. For example, knowing that stress was impacting Service members personal and work lives, (42% reported more than usual levels of stress in their personal life and 52% rated more than usual levels of stress in their work life on both the March 2003 and July 2003 AD surveys), the following programs were implemented to help reduce the Service members' and their families' stress levels.



" F A M I L I E S    A L S O    S E R V E "

# SPRING 2002 SAMPLE SURVEY OF MILITARY PERSONNEL

For the Spring 2002 SSMP, 4,216 active duty officers and 4,489 active duty enlisted personnel at locations worldwide completed the questionnaire and were included in the data file. The estimated response rate was 50%. The survey results supported established trends in both usage and importance of Morale, Welfare and Recreation programs and in lost time from work due lack of child care arrangements. Not surprisingly, the results of this survey showed that a significant percentage of spouses were employed and that personnel seek information about programs and services through the use of the Internet – both of which are signs of the times that parallel national statistics.

Except for a few slight changes in priority, the top ten programs in terms of use remained consistent from the Spring of 1995. Within the last two months of spring 2002, over three-fourths (78%) of all soldiers used fitness facilities, over two-thirds (69%) used the gymnasium/playing courts/fields, and about three-fifths went bowling (62%) and used library and information services (56%). The top ten programs in terms of importance remained the same but with slight changes in priority from 1995. See Table 1 below. Three MWR programs and services (fitness facilities, gymnasiums/playing courts/fields, and library and information services) were rated from 1995 to 2002 as the most important for enhancing the quality of Army life. Ratings of importance were fitness facilities (71%), gymnasium/ playing courts/fields (56%), and library and information services (51%).

Table 1. Soldier Use of MWR Programs (Total Officers and Enlisted Personnel)

|  | Spring 2002 | Spring 1998 | Spring 1997 | Spring 1995 |
|---|---|---|---|---|
| Fitness Facilities | 78% | 77% | 72% | 75% |
| Gymnasium/Playing Courts/Fields | 69% | 74% | 71% | 74% |
| Bowling | 62% | 60% | 56% | 59% |
| Library and Information Services | 56% | 58% | 53% | 56% |
| Swimming Pools | 46% | 46% | 46% | 45% |
| Information, Ticket and Registration | 43% | 46% | 43% | 46% |
| Travel Agency Services | 39% | 48% | 34% | 46% |
| Automotive Shop | 37% | 40% | 39% | 41% |
| Outdoor Recreation Areas | 30% | 38% | 36% | 38% |
| Local Intramural Sports | 28% | 24% | 20% | 22% |
| Music and Theater Programs | 27% | 33% | 27% | 28% |
| Golf | 25% | 25% | 23% | 21% |
| Club Entertainment Services | 24% | 30% | 28% | 30% |
| Club Beverage Lounge | 23% | 29% | 25% | 29% |
| Recreation Equipment Rental | 23% | 27% | 25% | 25% |
| Community Recreation Centers | 21% | 22% | 16% | 18% |
| Full Club Dining & Beverage Service | 21% | 30% | 24% | 29% |
| Child Development Services-CDS | 18% | 18% | 12% | 13% |
| Arts and Crafts Programs | 16% | 16% | 15% | 15% |
| Food Catering/Banquet Services | 16% | 18% | 12% | 15% |
| Youth Services | 15% | 19% | 14% | 16% |
| Marine Services | 11% | 12% | 10% | 11% |
| School-Age Services | 11% | * | * | * |
| Sports Above Intramural Level | 11% | 12% | 8% | 9% |
| Child and Youth Services (CYS) | 9% | * | * | * |

\* Not a category in that year's survey

 
M I L I T A R Y   S E R V I C E S   Q U A L I T Y   O F   L I F E   S U R V E Y   R E P O R T S

Exhibit D

# Golf Operating Guidelines and Financial Standards

## *OPERATING GUIDELINES*

The following guidelines are a template for commands to utilize in order to obtain the maximum potential from their golf program. These guidelines may be adapted to local conditions; however, all the major characteristics should apply to your operation. The short and long range impact will depend on how closely the guidelines are followed and what changes are made as a result.

## Major Characteristics of a well run Golf Facility:

- Satisfied Customers
- Attractive, Well Maintained Facility and Grounds
- Professional Management and Staff
- Effective Marketing and Programs
- Quality Pro Shop and Food/Beverage Operations

## Satisfied Customers

1. Put the customer first. Without the customer the doors close !!
2. Listen to your customers wants and needs. All ideas may not be used but listening to what the customer has to say goes a long way.
3. Management should be visible and available during all busy times i.e. special events, tournaments. This includes having a marshall available during heavy play times and ensuring that they assist the players where possible and keep play moving at a pleasant pace.
4. Make extensive use of customer comment/suggestion cards. Ensure that a timely response is given to all cards.

## Attractive, Well -Maintained Facility and Grounds

1. Establish a comprehensive maintenance program for the golf course, buildings, grounds and equipment which result in all operational requirements being met.
2. Develop a one and five year operating plan that includes the replacement of fixed assets and minor property.
3. Institute an annual course maintenance plan for such items as aerification, overseeding, fertilization and pest management.

## Professional Management and Staff

1. Having a professional team will only be possible if adequate training opportunities are taken advantage of.
2. Management must attend at least one outside professional development each year i.e. PGA and GCSAA members should meet all recertification requirements, apprentices in these organizations should be attending training that will enable them to fulfill requirements for membership, all personnel applying pesticides should have updated certifications.
3. All employees should be neatly dressed in uniforms (shirts) and have identifying name tags.

4. An incentive awards program for all employees should be instituted. Award percentages should be tied to specific criteria.

# Effective Marketing of the Golf Program

Three factors impact on the marketing of a golf course. These are:

## Quality Product

A high quality product is much easier to market than one of poor quality or condition. Simply having a facility that is less expensive to play will no longer keep the customers happy and coming back. Golf courses must be brought up to competitive standards of other facilities in the area. Course design is not the determining factor for customer satisfaction. It is the quality and amount of turf coverage, how manicured the entire area is and the way the grass is mowed.

## Promotion

The ability to market your operation to the golfing public will be increased dramatically if you can provide what is called a complete or full service operation. Golfers want to be able to count on an extensive tournament program, a well stocked golf shop, a golf professional capable of making/explaining the rules of golf to all golfers, a complete lesson program, an active league program, a well publicized tee-time policy, quality food and beverage and above all a professionally trained staff.

## Pricing

Different facilities bring different quality and pricing. When revising your price structure always remember that the pricing should support the quality or condition of the facility that you wish to provide and also guarantee a revenue that exceeds expenses. Patrons should always be able to see that the fee is fair and equitable for all concerned. Eliminate special deals that work negatively for the operation. Part of providing a quality facility is making capital improvements which in most cases will require fee adjustments. Prior to making these increases, talk with your customers and explain what your plans are. Try to get a feel for their attitudes toward an increase and how much they would be willing to pay. Educating your customers as to "what is being done and why" can go a long way to making a fee increase less painful. The use of annual and semi-annual passes hurts revenues in most cases. Management should always track the number of rounds played by golfers that hold these passes because they quickly become a source of revenue loss. For your tournament play or for special outings, establish a set price per person or a price for the facility for the entire day. You can include food and beverage and proshop merchandise as well and charge a premium rate. When closing your facility for a group for the entire day, ensure that you understand your daily average revenue, require a large enough field of players to fill the course, and include charges for having to close your facility to the regular golfers for the day. The most important aspect of closing your facility for a special tournament for an entire day is to ensure that your revenue is as much or more than you normally bring in on a particular days business. For all tournaments, have a representative sit down with you and fill out a request with all pertinent information, special requests and clearly explain

all charges for their tournament.

# Quality Pro-Shop and Food/Beverage Operations

1. Purchasing food, beverage and retail merchandise using locally established specifications. - Prices are determined by such factors as local competitive position; break- even analysis; disposition of slow moving inventory and seasonal or special event discounting.
2. Ensuring that a buying plan has been established that will eliminate over/under buying and better control waste. Proper display for the pro-shop merchandise will create interest and added sales. Inventory turnover rate for golf shop merchandise should be at least 2.5 times per year.
3. Tailoring food and beverage menu, hours of operation and service methods to the unique needs of the golfers (e.g., special serving lines for players, beverage cart service on the course, etc.).
4. Establishing written standard operating procedures for all aspects of the golf operation (e.g., cash handling, opening/closing, inventories, marshaling, tee-times, etc.).
5. Documenting patron usage (rounds played), golf car usage, club rentals.

# FINANCIAL STANDARDS

The standards detailed below provide the benchmarks for measuring a well managed golf operation. Criteria for these standards were that they be realistic, measurable, and applicable Navy-wide with a provision for waiver where unusual circumstances exist. Variance in local conditions (i.e., weather, length of playing season, etc.), and size of potential market are examples of possible reasons for justifying relief from certain standards. Waiver authority rests with the Echelon II commands who are requested to advise COMNAVMILPERSCOM of all waivers granted, with accompanying justifications.

## SOUND FINANCIAL MANAGEMENT WILL RESULT IF:

1. Management should determine the total cost of providing the golf experience and develop a plan of action to recover these costs as well as enable the facility to recapitalize both the clubhouse, maintenance area, course and equipment.
   - Recapialization plans should be substantiated with identified financial resources.
   - As a standard the golf program is expected to achieve a minimum of 5 percent net profit on all golf activity revenue. This is determined from theRecreation and Mess Central Accounting System (RAMCAS) Summary Operations Statement by dividing the figure found on the NET PROFIT/ LOSS line by total revenue (TOTAL DEPARTMENTAL/GENERAL/OTHERINCOME).
2. The financial results for all food and bar operations are properly separated/classified within the activity and department where generated.
   - This will result in a true reflection of the financial position of these operations so effective management decisions, based on individual performance of each facility, can be made.
3. Fees and charges are set at 75 percent of prices at comparable off-base facilities.
   - Reasons for requesting waivers could include high cost resort areas or remote/isolated locations.
   - Commands with annual/monthly fee systems should constantly review

them to assure frequent users are not unfairly susidized by daily users.

## TARGET EXPENSE ELEMENT GUIDELINES FOLLOW:

| DESCRIPTION | ACCOUNT | PERCENT OF | STANDARD |
|---|---|---|---|
| *DIRECT LABOR* | | | |
| Food | xx-601-01 + xx-602-01 | Total Dept. 01 Revenue | 35% |
| Bar | xx-601-02 + xx-602-02 | Total Dept 02 Revenue | 25% |
| Proshop/Retail | xx-601-03 + xx-602-03 | Total Dept 03 Revenue | 7% |
| *COST OF GOODS SOLD* | | | |
| Food | xx-401-01 | Resale Revenue Acct xx-301-01 | 35% |
| Bar | xx-401-02 | Resale Revenue Acct xx-301-02 | 25% |
| Merchandise | xx-401-03 | Resale Revenue | 80% |
| *NET PROFIT* | (see para 1.b. above) | Total Revenue | 5% |

Back to Navy Golf Page

Exhibit E

# FEASIBILITY STUDY

*Prepared for:*

## NPS MONTEREY
## MONTEREY PINES GOLF COURSE
## IRRIGATION SYSTEM UPGRADE

**October 2002**

*Prepared by:*



**KEVIN TUCKER DESIGN GROUP**
**Golf Course Architects & Land Use Planners**

4544 Harding Road • Suite 206 • Nashville,TN 37205
Phone 615 297-3030 • Fax 615 298-9803
Email: golfdesign@nashville.com

USN00157

## Facilities Recommendations

**Site Location for
Irrigation Reservoir**

The expanded irrigation reservoir is located between Holes #1 and #9 at Charlie Lake to the right side of Hole #1 and the left side of Hole #9. This expansion adds a more prominent water hazard to these two holes and creates a more strategic approach to each hole.

There are no environmental issues associated with this location. There are portions of a demolished building in the location of the proposed expanded reservoir.

The lake would be dug 8 to 9 feet deep; no intrusion of groundwater is expected. A PVC liner will be utilized to prevent any loss of water and potential intrusion of groundwater.

A Protective measure to be taken for the expanded reservoir in regards to BASH issues would include a 20' wire grid over the entire water surface to deter Canadian Geese. A possible additional protective measure to reduce the potential for bird strikes would be the purchase of a Border Collie or the services of a local company specializing in Border Collie usage in regards to controlling Canadian Geese.



27