**United States District Court**
For the Northern District of California

**\*E-FILED 7/18/08\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KATHLEEN VENTIMIGLIA, et al.,                      No. C 07-05481 RS

       Plaintiffs,

   v.                                                                  **CLERK'S NOTICE**

UNITED STATES OF AMERICA, et al.,

       Defendants.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    Due to the unavailability of the Court, United States of America's motion to dismiss, docket [22], noticed for hearing on August 27, 2008, shall be held on **September 3, 2008 at 9:30 a.m.** in Courtroom 4, Fifth Floor, United States Courthouse, 280 S. First Street, San Jose, California.

    This change of hearing date does *not* alter the briefing schedule.  Briefing deadlines for this motion shall be calculated under the Local Civil Rules from the originally-noticed hearing date.

Dated: 7/18/08

For the Court,
RICHARD W. WEIKING, Clerk

By:  /s/ Martha Parker Brown
      Courtroom Deputy Clerk

**THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

Claire T. Cormier     claire.cormier@usdoj.gov

Bradley M. Corsiglia     bmc@cmalaw.net, vfernandez@cmalaw.net

James Douglas Emerson     jemerson@lawecs.com, pbuchnoff@lawecs.com, tflynn@lawecs.com

Dated: 7/18/08

                            /s/ BAK
                          Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California