1 | James D. Emerson, No. 042031

LAW OFFICES OF
**EMERSON, COREY, SORENSEN, CHURCH & YOHMAN**
2520 WEST SHAW LANE, SUITE 102
FRESNO, CALIFORNIA 93711-2765
Telephone: (559) 432-7641
Facsimile:   (559) 432-7639

Attorneys for Defendant, CHAMBLIN-LANDES CONSTRUCTION, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| KATHLEEN VENTIMIGLIA, individually, and as the Guardian Ad Litem for STEPHEN VENTIMILIA and KELLIE VENTIMILIA,<br><br>            Plaintiff,<br>    vs.<br><br>UNITED STATES OF AMERICA, CHAMBLIN-LANDES CONSTRUCTION, INC., a California corporation, and DOES 1-50, inclusive,<br><br>            Defendants. | Case No.:  C07 05481 RS<br><br>**NOTICE OF CHANGE OF FIRM NAME**<br><br><br><br><br><br><br>COMPLAINT FILED:   October 26, 2007 |

TO:  THE COURT, ALL INTERESTED PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that effective immediately the law firm of Emerson, Corey & Sorensen has become Emerson, Corey, Sorensen, Church & Yohman.

DATED:  August 1, 2008

          EMERSON, COREY, SORENSEN,
            CHURCH & YOHMAN


         By ___/s/ James D. Emerson_____
          James D. Emerson
          Attorneys for Defendant, CHAMBLIN-LANDES
          CONSTRUCTION