1   **BRADLEY M. CORSIGLIA, ESQ.** SBN 117004
    **CORSIGLIA McMAHON & ALLARD** LLP
2   96 NORTH THIRD STREET, SUITE 620
    SAN JOSE, CALIFORNIA 95112
3   TELEPHONE: (408) 289-1417
    FAX: (408) 289-8127
4

5   ATTORNEYS FOR PLAINTIFFS,
    KATHLEEN VENTIMIGLIA, individually, and as the Guardian
    Ad Litem for STEPHEN VENTIMILIA and KELLIE VENTIMILIA
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                          **SAN JOSE DIVISION**

11

12

13   KATHLEEN VENTIMIGLIA, individually,        No.   C07 05481 RS
     and as the Guardian Ad Litem for
14   STEPHEN VENTIMILIA and KELLIE             **STIPULATION AND [PROPOSED]
     VENTIMILIA,                               ORDER CONTINUING CASE
15                                             MANAGEMENT CONFERENCE AND
                    Plaintiffs,                MOTION TO DISMISS AND RELATED
16                                             DEADLINES**
            v.
17
     UNITED STATES OF AMERICA,
18   CHAMBLIN-LANDES CONSTRUCTION,
     INC., a California corporation, and DOES
19   1-50, inclusive,
                    Defendants.
20

21        The initial case management conference for this case took place on

22   February 27, 2008.  A further case management conference is scheduled for

23   September 3, 2008 at 2:30 p.m.  Defendant United States of America's motion to

24   dismiss and/or for summary judgment is also scheduled to be heard at 10:00 a.m. on

25   September 3, 2008.  However, due to difficulties in scheduling and plaintiff's trial

26   calendar, the parties request that USA's motion to dismiss and/or for summary

27   judgment be moved to November 5, 2008 along with the further case management

28   conference.

1    Accordingly, so that the motion can be heard before the further case

2  management conference and to allow plaintiff an opportunity to meaningfully oppose

3  the motion, the parties to this action, through their attorneys of record, hereby

4  STIPULATE AND REQUEST that USA's motion to dismiss and/or for summary

5  judgment and the further case management conference be continued from

6  September 3, 2008 to November 5, 2008 at 10:00 a.m. and 2:30 p.m., respectively.

7    Respectfully submitted,

8

9  DATED: August 6, 2008    JOSEPH P. RUSSONIELLO
                             United States Attorney
10

11    /s/ Claire T. Cormier

12    CLAIRE T. CORMIER
      Assistant United States Attorney
13

14  DATED: August 6, 2008    CORSIGLIA, McMAHON & ALLARD LLP
15

16    /s/ Bradley M. Corsiglia

17    BRADLEY M. CORSIGLIA
      Attorneys for Plaintiffs
18

19  DATED: August 6, 2008    EMERSON, COREY & SORENSEN
20

21    /s/ James D. Emerson

22    JAMES D. EMERSON
      Attorneys for Defendant,
23    Chamblin-Landes Construction, Inc.

24

25

26

27

28

1

## [PROPOSED] ORDER

2       Pursuant to the stipulation of the parties and good cause appearing, IT IS SO

3  ORDERED.

4

5  DATED: _____, 2008

6                                 _____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT
CONFERENCE AND MOTION TO DISMISS AND RELATED DEADLINES