**\*E-FILED 8/6/08\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KATHLEEN VENTIMIGLIA, et al., | No. C 07-05481 RS |
| Plaintiffs, | |
| v. | **ORDER CONTINUING MOTION HEARING AND VACATING FURTHER CASE MANAGEMENT CONFERENCE** |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

At the request of the parties and good cause appearing,

IT IS HERE BY ORDERED that Defendant United States of America's motion to dismiss currently set for September 3, 2008 at 9:30 a.m. shall be held on **November 5, 2008 at 2:30 p.m.** The further case management conference scheduled for November 5, 2008 at 2:30 p.m. is VACATED and will be reset at a later date.

**IT IS SO ORDERED.**

DATED: August 6, 2008

RICHARD SEEBORG
United States Magistrate Judge

ORDER CONTINUING MOTION HEARING AND VACATING FURTHER CASE MANAGEMENT CONFERENCE

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Claire T. Cormier     claire.cormier@usdoj.gov

Bradley M. Corsiglia     bmc@cmalaw.net, paulette@saucorlaw.com

James Douglas Emerson     jemerson@lawecs.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: August 6, 2008

                                             /s/ BAK
                                          Chambers of Magistrate Judge Richard Seeborg