**BRADLEY M. CORSIGLIA, ESQ.** SBN 117004
**CORSIGLIA MCMAHON & ALLARD** LLP
96 NORTH THIRD STREET, SUITE 620
SAN JOSE, CALIFORNIA 95112
TELEPHONE: (408) 289-1417
FAX: (408) 289-8127

ATTORNEYS FOR PLAINTIFFS,
KATHLEEN VENTIMIGLIA, individually, and as the Guardian
Ad Litem for STEPHEN VENTIMILIA and KELLIE VENTIMILIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| KATHLEEN VENTIMIGLIA, individually, and as the Guardian Ad Litem for STEPHEN VENTIMILIA and KELLIE VENTIMILIA,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, CHAMBLIN-LANDES CONSTRUCTION, INC., a California corporation; WWD CORPORATION, a California corporation; DAVID FULLER, individually; JENNIFER RUDOLPH, individually; LARRY GABRIEL, individually; LARRY SPENCER CONSTRUCTION; and DOES 6-50, inclusive,<br><br>Defendants. | No.  5:07-CV-5481 RS<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Date:  September 17, 2008<br>Time:  9:30 a.m.<br>Dept:  Courtroom 4, 5th Floor<br>Judge: Magistrate Judge Richard Seeborg |

The motion of Plaintiffs KATHLEEN VENTIMIGLIA, individually, and as the Guardian Ad Litem for STEPHEN VENTIMILIA and KELLIE VENTIMILIA (Plaintiffs) for an order granting leave to file a first amended complaint was heard by this Court on

1  September 17, 2008 at 9:30 a.m., in Court 4 of the above entitled Court, the Honorable
2  Magistrate Judge Richard Seeborg, presiding.
3      The Court, having reviewed all papers submitted in favor of, and in opposition to,
4  the requested order, and finding good cause appearing therefore, makes the following
5  orders:
6      IS HEREBY ORDERED THAT,
7      Plaintiffs' motion for leave to file a First Amended Complaint is GRANTED.
8      The proposed First Amended Complaint, attached to Plaintiffs' moving papers as
9  Exhibit "B," shall be deemed filed with the court as of the date of this order and shall
10 supersede all previous complaints and shall now serve as the operative complaint
11 herein.
12     IT IS SO ORDERED,

Dated: September ___ 2008    By: _____
                                          Honorable Richard Seeborg
                                          Magistrate Judge
                                          United States District Court