JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5082
   FAX: (408) 535-5081
   claire.cormier@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KATHLEEN VENTIMIGLIA, individually, and as the Guardian Ad Litem for STEPHEN VENTIMILIA and KELLIE VENTIMILIA,<br><br>       Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, CHAMBLIN-LANDES CONSTRUCTION, INC., a California corporation, and DOES 1-50, inclusive,<br><br>       Defendants | No. 07-05481 RS<br><br>**DEFENDANT USA'S STATEMENT OF NONOPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

     Pursuant to Civil Local Rule 7-3(b), defendant United States of America ("USA") hereby states that it does not oppose plaintiff's motion for leave to file a first amended complaint.

//

//

//

//

DEFENDANT USA'S NONOPPOSITION TO MOTION RE AMENDED COMPLAINT
Case No.  07-05481 RS

1     Because it appears that new allegations of the proposed amended complaint do not
2 relate to defendant USA, defendant USA requests that any order granting plaintiff's motion
3 state that defendant USA need not file an answer to the amended complaint.

5 DATED: August 27, 2008                                                  JOSEPH P. RUSSONIELLO
                                                                                         United States Attorney

7                                                                                           /s/ Claire T. Cormier

8                                                                                           CLAIRE T. CORMIER
                                                                                          Assistant United States Attorney