James D. Emerson, No. 042031

LAW OFFICES OF
**EMERSON, COREY, SORENSEN, CHURCH & YOHMAN**
2520 WEST SHAW LANE, SUITE 102
FRESNO, CALIFORNIA 93711-2765
Telephone: (559) 432-7641
Facsimile: (559) 432-7639

Attorneys for Defendant, CHAMBLIN-LANDES CONSTRUCTION, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| KATHLEEN VENTIMIGLIA, individually, and as the Guardian Ad Litem for STEPHEN VENTIMILIA and KELLIE VENTIMILIA,<br><br>Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA, CHAMBLIN-LANDES CONSTRUCTION, INC., a California corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: C07 05481 RS<br><br>**NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>DATE: September 17, 2008<br>TIME: 9:30 A.M.<br>DEPT: Courtroom 4, 5th Floor<br>JUDGE: Magistrate Judge Richard Seeborg<br><br>COMPLAINT FILED: October 26, 2007 |

NOTICE IS HEREBY GIVEN that Defendant, CHAMBLIN-LANDES CONSTRUCTION, INC., pursuant to Civil Local Rule 7-3(b), states that it does not oppose Plaintiffs' Motion for Leave to File First Amended Complaint. Defendant requests that it not be required to file an answer to the First Amended Complaint.

DATED: August 28, 2008

                EMERSON, COREY, SORENSEN,
                CHURCH & YOHMAN


                By /s/ James D. Emerson
                    James D. Emerson
                    Attorneys for Defendant,
                    CHAMBLIN-LANDES CONSTRUCTION, INC.