*E-FILED 8/29/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KATHLEEN VENTIMIGLIA, et al., | NO. C 07-5481 RS |
| Plaintiffs, | **ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

Plaintiffs Kathleen Ventimiglia, et al., move for leave to file a first amended complaint ("FAC") against defendants United States and Chamblin-Landes Construction, Inc. Both defendants do not oppose the motion. The defendants, however, request that they be relieved from filing an answer to the FAC because the new allegations contained in the FAC do not relate to them. This matter is suitable for disposition without oral argument pursuant to Civil Local Rule 7-1(b).

1

No substantive changes were made to the FAC other than adding newly named defendants to replace previously named fictitious defendants pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. Accordingly, plaintiffs' motion for leave to file a FAC is granted. Plaintiffs' proposed FAC, filed as exhibit B, shall be re-filed within five days of this order. Both defendants, United States and Chamblin-Landis, are relieved of their obligation to re-file an answer to the FAC if they so choose.

IT IS SO ORDERED.

Dated: August 29, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT
C 07-5481 RS