**BRADLEY M. CORSIGLIA, ESQ.** SBN 117004
**CORSIGLIA MCMAHON & ALLARD** LLP
96 NORTH THIRD STREET, SUITE 620
SAN JOSE, CALIFORNIA 95112
TELEPHONE: (408) 289-1417
FAX: (408) 289-8127

*E-FILED 9/3/08*

ATTORNEYS FOR PLAINTIFFS,
KATHLEEN VENTIMIGLIA, individually, and as the Guardian
Ad Litem for STEPHEN VENTIMILIA and KELLIE VENTIMILIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| KATHLEEN VENTIMIGLIA, individually, and as the Guardian Ad Litem for STEPHEN VENTIMILIA and KELLIE VENTIMILIA,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, CHAMBLIN-LANDES CONSTRUCTION, INC., a California corporation, and DOES 1-50, inclusive,<br>Defendants. | No. C07 05481 RS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION TO DISMISS AND RELATED DEADLINES** |

WHEREAS, plaintiff desires to complete several depositions of both current parties and certain of their employees and of parties that plaintiff plans to bring into the case, before the United States of America's motion to dismiss is heard, currently set for November 5, 2008.

Accordingly, so that the depositions can be noticed and completed prior to the United States of America's motion to dismiss, the parties to this action, through their

attorneys of record, hereby STIPULATE AND AGREE to continue the hearing of said motion to February 25, 2009. at 9:30 a.m.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: September 2, 2008 | JOSEPH P. RUSSONIELLO<br>United States Attorney |
|  | /s/ Claire T. Cormier<br>CLAIRE T. CORMIER<br>Assistant United States Attorney |
| DATED: September 2, 2008 | CORSIGLIA, McMAHON & ALLARD LLP |
|  | /s/ Bradley M. Corsiglia<br>BRADLEY M. CORSIGLIA<br>Attorneys for Plaintiffs |
| DATED: September 2, 2008 | EMERSON, COREY & SORENSEN |
|  | /s/ James D. Emerson<br>JAMES D. EMERSON<br>Attorneys for Defendant,<br>Chamblin-Landes Construction, Inc. |

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS SO ORDERED.

DATED: September 3, 2008

RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE