AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN VENTIMIGLIA, individually, and as the Guardian Ad Litem for STEPHEN VENTIMILIA and KELLIE VENTIMILIA <br><br> Plaintiff <br> v. <br> UNITED STATES OF AMERICA, CHAMBLIN-LANDES CONSTRUCTION, INC., a California corporation; see attached for additional defendants <br> Defendant | Civil Action No. 5:07-CV-5481 RS |

**Summons in a Civil Action**

To: The additional Defendants named in the attached list

*(Defendant's name)*

A lawsuit has been filed against you.

     Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Bradley M. Corsiglia, Esq.
CORSIGLIA McMAHON & ALLARD
96 N. Third Street, Suite 620
San Jose, CA 95112
Telephone: (408) 289-1417
Facsimile:  (408) 289-8127

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                    Richard W. Wieking
                                                                                    Name of clerk of court

Date: _____    _____
                                                                             Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Summons in a Civil Action (First Amended Complaint)

**Additional Defendants per Amendment:**

WWD CORPORATION, a California corporation;
DAVID FULLER, individually; JENNIFER RUDOLPH,
individually; LARRY GABRIEL, individually;
LARRY SPENCER CONSTRUCTION; and
DOES 6-50, inclusive,