8009903

1  Daniel P. Schrader – Bar No. 145670
   Bryan P. Kerney – Bar No. 208767                    *E-FILED 2/26/09*
2  **FISCHER SCHRADER, LLP**
   888 Munras Avenue
3  Monterey, California 93940
   Telephone:    (831) 372-9200
4  Facsimile:    (831) 372-9220

5  Attorneys for Defendant,
   LARRY GABRIEL, ARCHITECT
6

7                    **UNITED STATES DISTRICT COURT**

8
            **NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**
9

10  KATHLEEN VENTIMIGLIA, individually and      Case No. 07 CV 05481 RS
    as the Guardian Ad Litem for STEPHEN
11  VENTIMILIA and KELLIE VENTIMILIA,           **STIPULATION AND ORDER FOR A
                                                JUDICIALLY ISSUED SUBPOENA TO
12              Plaintiffs,                      THE U.S. OFFICE OF PERSONNEL
                                                MANAGEMENT**
13  vs.

14  UNITED STATES OF AMERICA, CHAMBLIN-
    LANDES CONSTRUCTION, INC., a California
15  corporation; WWD CORPORATION, a
    California corporation; DAVID FULLER,
16  individually; JENNIFER RUDOLPH,
    individually; LARRY GABRIEL, individually;
17  LARRY SPENCER CONSTRUCTION and
    DOES 1-50, inclusive,
18
                Defendants,
19

20

21         IT IS HEREBY STIPULATED by and between plaintiffs, Kathleen Ventimiglia, individually and

22  as the Guardian Ad Litem for Stephen Ventimilia and Kellie Ventimilia and defendant, Larry Gabriel,

23  Architect, as follows:

24         1.    Larry Gabriel, Architect caused a subpoena to be issued to the U.S. Office of Personnel

25  Management ("OPM") seeking records regarding retirement benefits paid to or on behalf of Joseph

26  Ventimiglia as follows: ANY AND ALL DOCUMENTS REFERRING, RELATING OR

27  REGARDING ANY BENEFITS, ANNUITIES OR ANY SUMS PAID TO JOSEPH VENTIMIGLIA,

28  SSN 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, RETIREMENT CLAIM NO. CS A8176222.  ANY AND ALL SURVIVOR

Kathleen Ventimiglia, et al. v. United States of America, et al.      -1-
Case No. C 07 05481 RS
Stipulation and Order for a Judicially Issued Subpoena to the U.S. Office of Personnel Management

8009903

1  BENEFITS PAID TO FAMILY MEMBERS OF JOSEPH VENTIMIGLIA.

2      2.    The subpoena was signed by counsel for Larry Gabriel, Architect. The OPM responded

3  that the Privacy Act, 5 USC § 552a(b)(11), requires a "judicially-issued subpoena" signed by a Judge,

4  and not the Clerk, to produce the requested documents. See also 5 C.F.R. § 297. As such, the OPM

5  responded that it would not produce the requested documents unless the subpoena was issued by a

6  Court of competent jurisdiction.

7      Therefore, there being no objections to the OPM producing the requested records, it is agreed

8  by and between plaintiffs and defendant, Larry Gabriel, Architect, that the Court may issue a subpoena

9  upon the OPM, as required by the Privacy Act, 5 USC § 552a(b)(11) requesting: ANY AND ALL

10  DOCUMENTS REFERRING, RELATING OR REGARDING ANY BENEFITS, ANNUITIES OR

11  ANY SUMS PAID TO JOSEPH VENTIMIGLIA, SSN 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, RETIREMENT CLAIM NO.

12  CS A8176222. ANY AND ALL SURVIVOR BENEFITS PAID TO FAMILY MEMBERS OF

13  JOSEPH VENTIMIGLIA.

14  IT IS SO STIPULATED.

15  Dated: February 24 , 2009          CORSIGLIA McMAHON & ALLARD, LLP

16

17                         By: _____

18                             Bradley Corsiglia
                             Attorneys for Plaintiffs,
19                             KATHLEEN VENTIMIGLIA, individually
                             and as the Guardian Ad Litem for STEPHEN
                             VENTIMILIA and KELLIE VENTIMILIA
20

21  Dated: February 25 , 2009          FISCHER SCHRADER, LLP

22

23                         By: _____

24                             Daniel P. Schrader
                             Bryan P. Kerney
25                             Attorneys for Defendant,
                             LARRY GABRIEL, ARCHITECT

26

27                              ORDER

28      Pursuant to the above Stipulation and as Required by 5 USC § 552a(b)(11) it is hereby

Kathleen Ventimiglia, et al. v. United States of America, et al.          -2-
Case No. C 07 05481 RS
Stipulation and Order for a Judicially Issued Subpoena to the U.S. Office of Personnel Management

8009903

ORDERED:

    1.        The Court will issue a subpoena to the U.S. Office of Personnel Management which requests the following records signed by a Judge of the Northern District of California (a proposed subpoena is attached hereto as Exhibit "A"):

"ANY AND ALL DOCUMENTS REFERRING, RELATING OR REGARDING ANY BENEFITS, ANNUITIES OR ANY SUMS PAID TO JOSEPH VENTIMIGLIA, SSN 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, RETIREMENT CLAIM NO. CS A8176222.  ANY AND ALL SURVIVOR BENEFITS PAID TO FAMILY MEMBERS OF JOSEPH VENTIMIGLIA."

IT IS SO ORDERED.

Dated:_____  2/26/09

By:_____

Judge of the Northern District of California

Kathleen Ventimiglia, et al. v. United States of America, et al.    -3-
Case No. C 07 05481 RS
Stipulation and Order for a Judicially Issued Subpoena to the U.S. Office of Personnel Management

AO 88B  (Rev. 01/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| KATHLEEN VENTIMIGLIA, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  "MISC." |
| UNITED STATES OF AMERICA, et al. | ) |
| | ) (If the action is pending in another district, state where: |
| *Defendant* | ) Northern District of California |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES

To:  US OFFICE OF PERSONNEL MANAGEMENT
     1900 E Street NW, Washington, DC  20415

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: ANY AND ALL DOCUMENTS REFERRING, RELATING OR REGARDING ANY BENEFITS, ANNUITIES OR ANY SUMS PAID TO JOSEPH VENTIMIGLIA, SSN 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, RETIREMENT CLAIM NO. CS A8176222. ANY AND ALL SURVIVOR BENEFITS PAID TO FAMILY MEMBERS OF JOSEPH VENTIMIGLIA.

| Place: TORRI'S LEGAL SERVICES<br>2100 M STREET NW, SUITE 170-252<br>WASHINGTON, DC  20037 | Date and Time: |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:  _____

*CLERK OF COURT*
                                        OR

_____          _____
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
_____LARRY GABRIEL, ARCHITECT_____ , who issues or requests this subpoena, are:
Bryan P. Kerney, FISCHER SCHRADER, LLP, 888 Munras Avenue, Monterey, CA  93940
Tel: (831) 372-9200 Fax: (831) 372-9220 E-mail: bpk@fs-legal.com

AO 88B  (Rev.  01/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises (Page 2)

Civil Action No.  "MISC."

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

    This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ❐ I personally served the subpoena on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ❐ I left the subpoena at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❐ I served the subpoena to *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ❐ I returned the subpoena unexecuted because _____ ; or

    ❐ other *(specify):*


    Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also

tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .


    I declare under penalty of perjury that this information is true.


Date: _____

                                        _____

                                                        *Server's signature*

                                        _____

                                                         *Printed name and title*

                                        _____

                                                            *Server's address*

Additional information regarding attempted service, etc: