GERALD K. CARROLL, STATE BAR NO. 142054
KENNETH BERLAND, STATE BAR NO. 250255
HARDIMAN & CARROLL
450 Sansome Street, Suite 700
San Francisco, CA 94111
Tel: (415) 248-3930
Fax: (415) 248-3933

*E-Filed 4/21/09*

Attorney for Defendant
LARRY SPENCER CONSTRUCTION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| KATHLEEN VENTIMIGLIA, individually, and as the Guardian Ad Litem for STEPHEN VENTIMILIA and KELLIE VENTIMILIA,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, CHAMBLIN-LANDES CONSTRUCTION, INC., a California corporation; WWD CORPORATION, a California corporation; DAVID FULLER, individually; JENNIFER RUDOLPH, individually; LARRY GABRIEL, individually; LARRY SPENCER CONSTRUCTION; and DOES 1 to 50, inclusive,<br><br>Defendants. | CASE NO. 5:07-CV-5481 RS<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER FOR A JUDICIALLY ISSUED SUBPOENA TO NATIONAL PERSONNEL RECORDS** |

IT IS HEREBY STIPULATED by and between plaintiffs, Kathleen Ventimiglia, individually and as Guardian Ad Litem for Stephen Ventimilia and Kellie Ventimilia and defendant, Larry Spencer Construction, as follows:

1.      Larry Spencer Construction caused a subpoena to be issued to National Personnel Records seeking records regarding employment of Joseph Ventimiglia (the "Subpoena") as follows:

*(left margin, vertical text)* HARDIMAN & CARROLL
450 Sansome Street, Suite 700
San Francisco, CA 94111
Tel: (415) 248-3930 Fax: (415) 248-3933

STIPULATION AND ~~PROPOSED~~ ORDER FOR A JUDICIALLY ISSUED SUBPOENA TO NATIONAL PERSONNEL RECORDS

M:\S1031\S1031.297\pd03.stip.order.judicial.subp.frm

1    Any and all employment records, including all writings, as defined below in

2    Exhibit A, regarding or making reference to:   Mr. Joseph Ventimiglia, deceased;

3    Date of birth 10/02/1953;  Soc. Sec. No. 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.

4    Exhibit A:  "Writing" means handwriting, typewriting, printing, photostating,

5    photographing, photocopying, transmitting by electronic mail or facsimile, and

6    every other means of recording upon any tangible thing, any form of

7    communication or representation, including letters, words, pictures, sounds, or

8    symbols, or combinations thereof, and any record thereby created, regardless of

9    the manner in which the record has been stored.  Writing includes all electronic

10   communications, namely, email.

11   TO INCLUDE RECORDS FROM THE NAVAL POSTGRADUATE SCHOOL

12   FIRE DEPARTMENT LOCATED AT 1399 CUNNINGHAM ROAD IN

13   MONTEREY, CALIFORNIA.

14       2.      The Subpoena was issued by counsel for Larry Spencer Construction.  The

15   National Personnel Records responded that the Privacy Act, 5 USC § 552a(b)(11), requires a

16   "judicially-issued subpoena" signed by a Judge, and not the Clerk, to produce the requested

17   documents.  See also 5 C.F.R. § 297.  As such, the National Personnel Records responded that it

18   would not produce the requested documents unless the Subpoena was issued by a Court of

19   competent jurisdiction.

20       Therefore, there being no objections to the National Personnel Records producing the

21   requested records, it is agreed by and between plaintiffs and defendant, Larry Spencer

22   Construction, that the Court may issue a subpoena upon the National Personnel Records, as

23   required by the Privacy Act, 5 USC § 552a(b)(11) requesting the records originally requested in

24   the Subpoena, detailed above.

25   ///

26   ///

27   ///

28   ///

**2**

STIPULATION AND ~~PROPOSED~~ ORDER FOR A JUDICIALLY ISSUED SUBPOENA TO NATIONAL
PERSONNEL RECORDS

M:\S1031\S1031.297\pd03.stip.order.judicial.subp.frm

1  Dated: April 14, 2009           **CORSIGLIA, McMAHON & ALLARD, LLP**

2

3                                  By: _____

4                                      BRADLEY CORSIGLIA
                                       Attorneys for Plaintiffs
                                       KATHLEEN VENTIMIGLIA, individually and as
5                                      the Guardian Ad Litem for STEPHEN
                                       VENTIMILIA and KELLIE VENTIMILIA
6

7  DATED:  April 3, 2009           **HARDIMAN & CARROLL**

8

9                                  By  _____
                                       KENNETH BERLAND
10                                     Attorney for Defendant
                                       LARRY SPENCER CONSTRUCTION
11

12

13

14                                        **ORDER**

15        Pursuant to the above Stipulation and as Required by 5 USC § 552a(b)(11) it is hereby

16 ORDERED:

17        1.      The Court will issue a subpoena to the National Personnel Records which

18 requests the following records signed by a Judge of the Northern District of California (a

19 proposed subpoena is attached hereto as Exhibit "A"):

20        Any and all employment records, including all writings, as defined below in

21        Exhibit A, regarding or making reference to:   Mr. Joseph Ventimiglia, deceased;

22        Date of birth 10/02/1953;  Soc. Sec. No. 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.

23        Exhibit A:  "Writing" means handwriting, typewriting, printing, photostating,

24        photographing, photocopying, transmitting by electronic mail or facsimile, and

25        every other means of recording upon any tangible thing, any form of

26        communication or representation, including letters, words, pictures, sounds, or

27        symbols, or combinations thereof, and any record thereby created, regardless of

28        the manner in which the record has been stored.  Writing includes all electronic

---
                                          3
       STIPULATION AND ~~PROPOSED~~ ORDER FOR A JUDICIALLY ISSUED SUBPOENA TO NATIONAL
                                 PERSONNEL RECORDS
       M:\S1031\S1031.297\pd03.stip.order.judicial.subp.frm

1 | communications, namely, email.

2 | TO INCLUDE RECORDS FROM THE NAVAL POSTGRADUATE SCHOOL

3 | FIRE DEPARTMENT LOCATED AT 1399 CUNNINGHAM ROAD IN

4 | MONTEREY, CALIFORNIA.

5

6 | IT IS SO ORDERED.

7

8 | DATED: ___4/21_____, 2009

9 | _____
JUDGE OF THE NORTHERN DISTRICT
OF CALIFORNIA

10 | RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND PROPOSED ORDER FOR A JUDICIALLY ISSUED SUBPOENA TO NATIONAL PERSONNEL RECORDS**

M:\S1031\S1031.297\pd03.stip.order.judicial.subp.frm