BRADLEY M. CORSIGLIA, ESQ. SBN 117004
CORSIGLIA MCMAHON & ALLARD LLP
96 NORTH THIRD STREET, SUITE 620
SAN JOSE, CALIFORNIA 95112
TELEPHONE: (408) 289-1417
FAX: (408) 289-8127

*E-Filed 6/25/09*

ATTORNEYS FOR PLAINTIFFS,
KATHLEEN VENTIMIGLIA, individually, and as the Guardian
Ad Litem for STEPHEN VENTIMILIA and KELLIE VENTIMILIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| KATHLEEN VENTIMIGLIA, individually, and as the Guardian Ad Litem for STEPHEN VENTIMILIA and KELLIE VENTIMILIA,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, CHAMBLIN-LANDES CONSTRUCTION, INC., a California corporation; WWD CORPORATION, a California corporation; DAVID FULLER, individually; JENNIFER RUDOLPH, individually; LARRY GABRIEL, individually; LARRY SPENCER CONSTRUCTION; and DOES 6-50, inclusive,<br><br>Defendants. | No. 5:07-CV-5481 RS<br><br>[PROPOSED] ORDER RE: EX PARTE APPLICATION OF PLAINTIFF FOR AN ORDER ALLOWING PLAINTIFFS TO FILE POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT UNITED STATES OF AMERICA'S MOTION TO DISMISS IN EXCESS OF THE PAGE LENGTH LIMITATION SET FORTH IN LOCAL RULE 7-4(B)<br><br>[Local Rules 7-4(b) and 7-10]<br><br>Underlying motion scheduled for:<br><br>Date:  July 29, 2009<br>Time:  9:30 a.m.<br>Dept:  Courtroom 4, 5th Floor<br>Judge: Magistrate Judge Richard Seeborg<br><br>Date Filed: 10/26/2007 |

The application of plaintiffs' to exceed the page limit set forth by Local Rule 7-4(b) by no more than five additional pages was heard by the court ex parte pursuant to Local Rule 7-10.

1

ORDER RE: EX PARTE APPLICATION RE: PAGE
LENGTH OF OPPOSITION TO MOTION TO DISMISS
No. C07 05481RS

1  Good cause appearing,

2  IT IS HEREBY ORDERED,

3  Plaintiffs request for an order allowing them to file memorandum of points and
4  authorities in opposition to the United States' Motion to Dismiss that exceed the 25
5  page length requirement of Local Rule 7-4(b) by no more than five (5) additional pages
6  is GRANTED.

7  Executed on June 25, 2009, at San Jose, California.

By: _____
JUDGE OF THE FEDERAL DISTRICT
COURT FOR THE NORTHERN
DISTRICT OF CALIFORNIA