8009903

Daniel P. Schrader – Bar No. 145670
**FISCHER SCHRADER, LLP**
888 Munras Avenue
Monterey, California 93940
Telephone: (831) 372-9200
Facsimile: (831) 372-9220

Attorneys for Defendant,
LARRY GABRIEL, ARCHITECT

*E-Filed 10/5/09*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| KATHLEEN VENTIMIGLIA, individually and as the Guardian Ad Litem for STEPHEN VENTIMILIA and KELLIE VENTIMILIA,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, CHAMBLIN-LANDES CONSTRUCTION, INC., a California corporation; WWD CORPORATION, a California corporation; DAVID FULLER, individually; JENNIFER RUDOLPH, individually; LARRY GABRIEL, individually; LARRY SPENCER CONSTRUCTION and DOES 1-50, inclusive,<br><br>Defendants, | Case No. 07 CV 05481 RS<br><br>[~~PROPOSED~~] ORDER GRANTING DISMISSAL OF DEFENDANT, LARRY GABRIEL, ARCHITECT |

Pursuant to the Stipulation by and between plaintiffs, Kathleen Ventimiglia, individually and as the Guardian Ad Litem for Stephen Ventimilia and Kellie Ventimilia and defendant, Larry Gabriel, Architect submitted herewith, IT IS HEREBY ORDERED:

That the above-captioned action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) as to defendant, Larry Gabriel, Architect, only. Each party to bear their own attorney's fees and costs.

IT IS SO ORDERED.

Dated: October 5, 2009       By: /s/ Richard Seeborg
                                 Richard Seeborg
                                 United States Magistrate Judge

Kathleen Ventimiglia, et al. v. United States of America, et al.        -1-
Case No. C 07 05481 RS
[~~Proposed~~] Order Granting Dismissal of Defendant, Larry Gabriel, Architect