8009903

Daniel P. Schrader – Bar No. 145670
**FISCHER SCHRADER, LLP**
888 Munras Avenue
Monterey, California 93940
Telephone:    (831) 372-9200
Facsimile:    (831) 372-9220

*E-Filed 10/5/09*

Attorneys for Defendant,
LARRY GABRIEL, ARCHITECT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

KATHLEEN VENTIMIGLIA, individually and
as the Guardian Ad Litem for STEPHEN
VENTIMILIA and KELLIE VENTIMILIA,

        Plaintiffs,

vs.

UNITED STATES OF AMERICA, CHAMBLIN-
LANDES CONSTRUCTION, INC., a California
corporation; WWD CORPORATION, a
California corporation; DAVID FULLER,
individually; JENNIFER RUDOLPH,
individually; LARRY GABRIEL, individually;
LARRY SPENCER CONSTRUCTION and
DOES 1-50, inclusive,

        Defendants,

Case No. 07 CV 05481 RS

**[PROPOSED] ORDER GRANTING
DISMISSAL OF DEFENDANT,
LARRY GABRIEL, ARCHITECT**

    Pursuant to the Stipulation by and between plaintiffs, Kathleen Ventimiglia, individually and as the Guardian Ad Litem for Stephen Ventimilia and Kellie Ventimilia and defendant, Larry Gabriel, Architect submitted herewith, IT IS HEREBY ORDERED:

    That the above-captioned action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) as to defendant, Larry Gabriel, Architect, only.  Each party to bear their own attorney's fees and costs.

IT IS SO ORDERED.

Dated: ___October 5___, 2009     By: _____

                               Richard Seeborg
                               United States Magistrate Judge