JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
JAMES A. SCHARF (CSBN 152171)
Assistant United States Attorney
   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5082
   FAX: (408) 535-5081
   claire.cormier@usdoj.gov

*E-Filed 02/03/2010*

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KATHLEEN VENTIMIGLIA, individually, and as the Guardian Ad Litem for STEPHEN VENTIMILIA and KELLIE VENTIMILIA,<br><br>   Plaintiffs,<br><br>   v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>   Defendants | No. 07-05481 RS<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR MEDIATION |

   On October 29, 2009, the court issued a scheduling order for this case which referred the case to private mediation "to be completed within one hundred and twenty (120) days, if possible." The parties agreed on a mediator and scheduled a mediation for February 26, 2010.

   All or many of the parties now believe that mediation may have a better chance of success after the parties disclose their expert reports. Because plaintiffs' and defendants' expert reports are due by April 2 and 30, 2010, respectively, the parties STIPULATE AND REQUEST that the deadline for mediation in this case be extended to May 28, 2010. The parties are in the process of rescheduling the mediation, probably for on or about May 19, 2010. The parties are not seeking any change to the balance of the schedule for this case, including deadlines for discovery, dispositive motions, or trial.

STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION
Case No.  07-05481 RS

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | DATED: February 2, 2010 | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 3 |  | /s/ Claire T. Cormier |
| 4 |  | ──────────────────────<br>CLAIRE T. CORMIER[1]<br>Assistant United States Attorney |
| 6 |  |  |
| 7 | DATED: February 2, 2010 | CORSIGLIA, McMAHON & ALLARD LLP |
|  |  | /s/ Bradley M. Corsiglia |
| 8 |  | ──────────────────────<br>BRADLEY M. CORSIGLIA<br>Attorneys for Plaintiffs |
| 10 |  |  |
| 11 | DATED: February 1, 2010 | EMERSON, COREY & SORENSEN |
|  |  | /s/ James D. Emerson |
| 12 |  | ──────────────────────<br>JAMES D. EMERSON<br>Attorneys for Defendant,<br>Chamblin-Landes Construction, Inc. |
| 15 | DATED: February 2, 2010 | SEVERSON & WERSON |
| 16 |  | /s/ Austin B. Kenney |
| 17 |  | ──────────────────────<br>AUSTIN B. KENNEY<br>Attorneys for Defendant, WWD Corporation |
| 19 | DATED: February 2, 2010 | VAN DE POEL, LEVY & ALLEN, LLP |
| 20 |  | /s/ Jeffrey W. Allen, for |
| 21 |  | ──────────────────────<br>BARBARA L. MILLER<br>Attorneys for Defendant,<br>Larry Spencer Construction |

---

[1] I, Claire T. Cormier, hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION
Case No. 07-05481 RS                            2

**[PROPOSED] ORDER**

Upon stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the deadline for mediation of this action is extended to May 28, 2010.

DATED: February 3, 2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE