1  JOSEPH P. RUSSONIELLO (CSBN 44332)          *E-Filed 3/26/10*
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  CLAIRE T. CORMIER (CSBN 154364)
   JAMES A. SCHARF (CSBN 152171)
4  Assistant United States Attorney
       150 Almaden Blvd., Suite 900
5      San Jose, California 95113
       Telephone: (408) 535-5082
6      FAX: (408) 535-5081
       claire.cormier@usdoj.gov
7
   Attorneys for United States of America
8
                    UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN JOSE DIVISION
11

12  KATHLEEN VENTIMIGLIA,              )     No. 07-05481 RS
    individually, and as the Guardian Ad Litem )
13  for STEPHEN VENTIMILIA and KELLIE )
    VENTIMILIA,                        )
                                       )     STIPULATION AND [PROPOSED]
14                                     )     ORDER REASSIGNING CASE TO
             Plaintiffs,               )     MAGISTRATE JUDGE HOWARD R.
15                                     )     LLOYD
          v.                           )
16                                     )
    UNITED STATES OF AMERICA, et al.,  )
17                                     )
             Defendants                )
18  _____  )

19        In accordance with the provisions of Title 28, U.S.C. Section 636(c), the parties to this

20  action, through their attorneys of record, hereby voluntarily consent to have United States

21  Magistrate Judge Howard R. Lloyd conduct any and all further proceedings in this case,

22  including trial, and order the entry of a final judgment.  Appeal from the judgment shall be

23  taken directly to the United States Court of Appeals for the Ninth Circuit.

24                                     Respectfully submitted,

25  DATED: March 24, 2010              CORSIGLIA, McMAHON & ALLARD LLP

26                                     /s/ Bradley M. Corsiglia

27                                     _____
                                       BRADLEY M. CORSIGLIA
28                                     Attorneys for Plaintiffs

1   DATED: March 25, 2010            JOSEPH P. RUSSONIELLO
                                          United States Attorney

2

                                       /s/ Claire T. Cormier

3                                        CLAIRE T. CORMIER[1]
                                        Assistant United States Attorney

4

5   DATED: March 24, 2010            EMERSON, COREY & SORENSEN

6                                        /s/ James D. Emerson
                                       JAMES D. EMERSON

7                                        Attorneys for Defendant,
                                       Chamblin-Landes Construction, Inc.

8

9   DATED: March 24, 2010            SEVERSON & WERSON

10                                       /s/ Austin B. Kenney
                                       AUSTIN B. KENNEY

11                                        Attorneys for Defendant, WWD Corporation

12

DATED: March 24, 2010            VAN DE POEL, LEVY & ALLEN, LLP

13

                                       /s/ Barbara L. Miller

14                                        BARBARA L. MILLER
                                       Attorneys for Defendant,

15                                        Larry Spencer Construction

16

17                              ~~[PROPOSED]~~ ORDER

18      Upon stipulation of the parties, the Clerk of the Court is hereby ordered to reassign this

19 case to Magistrate Judge Howard R. Lloyd. Counsel are instructed that all future filings are to

20 bear the initials HRL immediately after the case number.

21

22

23 DATED: 3/26 _____, 2010

                                    RICHARD SEEBORG
                                    UNITED STATES DISTRICT COURT JUDGE

24

25

26

27

28      [1] I, Claire T. Cormier, hereby attest that I have on file all holographic signatures for any
signatures indicated by a "conformed" signature (/s/) within this e-filed document.