1    JOSEPH P. RUSSONIELLO (CSBN 44332)            *E-Filed 3/26/10*
     United States Attorney
2    JOANN M. SWANSON (CSBN 88143)
     Chief, Civil Division
3    CLAIRE T. CORMIER (CSBN 154364)
     JAMES A. SCHARF (CSBN 152171)
4    Assistant United States Attorney
         150 Almaden Blvd., Suite 900
5        San Jose, California 95113
         Telephone: (408) 535-5082
6        FAX: (408) 535-5081
         claire.cormier@usdoj.gov
7
     Attorneys for United States of America
8
                        UNITED STATES DISTRICT COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA
10
                             SAN JOSE DIVISION
11

12   KATHLEEN VENTIMIGLIA,               )     No. 07-05481 RS
     individually, and as the Guardian Ad Litem )
13   for STEPHEN VENTIMILIA and KELLIE   )
     VENTIMILIA,                         )     STIPULATION AND [PROPOSED]
14                                       )     ORDER REASSIGNING CASE TO
                 Plaintiffs,             )     MAGISTRATE JUDGE HOWARD R.
15                                       )     LLOYD
            v.                           )
16                                       )
     UNITED STATES OF AMERICA, et al.,   )
17                                       )
                 Defendants              )
18   _____ )

19        In accordance with the provisions of Title 28, U.S.C. Section 636(c), the parties to this

20   action, through their attorneys of record, hereby voluntarily consent to have United States

21   Magistrate Judge Howard R. Lloyd conduct any and all further proceedings in this case,

22   including trial, and order the entry of a final judgment.  Appeal from the judgment shall be

23   taken directly to the United States Court of Appeals for the Ninth Circuit.

24                                       Respectfully submitted,

25   DATED: March 24, 2010               CORSIGLIA, McMAHON & ALLARD LLP

26                                       /s/ Bradley M. Corsiglia

27                                       _____
                                         BRADLEY M. CORSIGLIA
28                                       Attorneys for Plaintiffs


STIPULATION AND [PROPOSED] ORDER RE REASSIGNMENT
Case No.  07-05481 RS

1   DATED: March 25, 2010            JOSEPH P. RUSSONIELLO
                                        United States Attorney

2

3                                      /s/ Claire T. Cormier
                                     CLAIRE T. CORMIER[1]

4                                      Assistant United States Attorney

5   DATED: March 24, 2010            EMERSON, COREY & SORENSEN

6                                      /s/ James D. Emerson
                                     JAMES D. EMERSON

7                                      Attorneys for Defendant,
                                     Chamblin-Landes Construction, Inc.

8

9   DATED: March 24, 2010            SEVERSON & WERSON

10                                    /s/ Austin B. Kenney
                                   AUSTIN B. KENNEY

11                                      Attorneys for Defendant, WWD Corporation

12

13   DATED: March 24, 2010            VAN DE POEL, LEVY & ALLEN, LLP

14                                    /s/ Barbara L. Miller
                                   BARBARA L. MILLER

15                                      Attorneys for Defendant,
                                     Larry Spencer Construction

16

17                              ~~[PROPOSED]~~ **ORDER**

18       Upon stipulation of the parties, the Clerk of the Court is hereby ordered to reassign this

19 case to Magistrate Judge Howard R. Lloyd. Counsel are instructed that all future filings are to

20 bear the initials HRL immediately after the case number.

21

22

23   DATED: _3/26_____, 2010                                                  
                                     RICHARD SEEBORG
                                     UNITED STATES DISTRICT COURT JUDGE

24

25

26

27 _____

28      [1] I, Claire T. Cormier, hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

STIPULATION AND ~~[PROPOSED]~~ ORDER RE REASSIGNMENT
Case No. 07-05481 RS                            2