JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
JAMES A. SCHARF (CSBN 152171)
Assistant United States Attorney
    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5082
    FAX: (408) 535-5081
    claire.cormier@usdoj.gov

Attorneys for United States of America

\*\* E-filed March 26, 2010 \*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KATHLEEN VENTIMIGLIA, individually, and as the Guardian Ad Litem for STEPHEN VENTIMILIA and KELLIE VENTIMILIA,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants | No. 07-05481 HRL<br><br>STIPULATION AND [PROPOSED] ORDER SCHEDULING TRIAL AND PRETRIAL DEADLINES |

The parties to this action, through their attorneys of record, hereby STIPULATE AND REQUEST that this case be scheduled for trial commencing on September 20, 2010 at 9:30 a.m. and that the pretrial conference be scheduled for September 14, 2010 at 1:30 p.m. The last day for hearing on dispositive motions shall be July 27, 2010. All other deadlines previously set by the Hon. Richard Seeborg, including fact and expert discovery cutoffs, expert disclosure, and mediation, shall remain in effect.

                                      Respectfully submitted,

DATED: March 24, 2010            CORSIGLIA, McMAHON & ALLARD LLP

                                      /s/ Bradley M. Corsiglia

                                      BRADLEY M. CORSIGLIA
                                      Attorneys for Plaintiffs

DATED: March 26, 2010             JOSEPH P. RUSSONIELLO
                                  United States Attorney

                                   /s/ Claire T. Cormier
                                  CLAIRE T. CORMIER[1]
                                  Assistant United States Attorney


DATED: March 24, 2010             EMERSON, COREY & SORENSEN

                                   /s/ James D. Emerson
                                  JAMES D. EMERSON
                                  Attorneys for Defendant,
                                  Chamblin-Landes Construction, Inc.


DATED: March 24, 2010             SEVERSON & WERSON

                                   Austin B. Kenney
                                  AUSTIN B. KENNEY
                                  Attorneys for Defendant, WWD Corporation


DATED: March 24, 2010             VAN DE POEL, LEVY & ALLEN, LLP

                                   /s/ Barbara L. Miller
                                  BARBARA L. MILLER
                                  Attorneys for Defendant,
                                  Larry Spencer Construction


## [PROPOSED] ORDER

Upon stipulation of the parties, the trial of this matter shall commence on September 20, 2010 at 9:30 a.m. The pretrial conference shall take place on September 14, 2010 at 1:30 p.m. The parties shall comply with the undersigned's Standing Order re: Pretrial Preparation with regard to the timing and content of the Joint Pretrial Statement, and other pretrial submissions. The last day for hearing on dispositive motions shall be July 27, 2010.

DATED: __March 26__, 2010         _____
                                  HOWARD R. LLOYD
                                  UNITED STATES MAGISTRATE JUDGE

---

[1] I, Claire T. Cormier, hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

STIPULATION AND [PROPOSED] ORDER RE TRIAL AND PRETRIAL DEADLINES
Case No. 07-05481 HRL                    2