1  JOSEPH P. RUSSONIELLO (CSBN 44332)               ** E-filed March 26, 2010 **
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  CLAIRE T. CORMIER (CSBN 154364)
   JAMES A. SCHARF (CSBN 152171)
4  Assistant United States Attorney
       150 Almaden Blvd., Suite 900
5      San Jose, California 95113
       Telephone: (408) 535-5082
6      FAX: (408) 535-5081
       claire.cormier@usdoj.gov
7
   Attorneys for United States of America
8
                    UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN JOSE DIVISION
11

12 KATHLEEN VENTIMIGLIA,              )    No. 07-05481 HRL
   individually, and as the Guardian Ad Litem  )
13 for STEPHEN VENTIMILIA and KELLIE  )
   VENTIMILIA,                        )    STIPULATION AND [PROPOSED]
14                                    )    ORDER SCHEDULING TRIAL AND
               Plaintiffs,            )    PRETRIAL DEADLINES
15                                    )
          v.                          )
16                                    )
   UNITED STATES OF AMERICA, et al.,  )
17                                    )
               Defendants             )
18 _____   )

19        The parties to this action, through their attorneys of record, hereby STIPULATE AND

20 REQUEST that this case be scheduled for trial commencing on September 20, 2010 at 9:30

21 a.m. and that the pretrial conference be scheduled for September 14, 2010 at 1:30 p.m.  The last

22 day for hearing on dispositive motions shall be July 27, 2010.  All other deadlines previously

23 set by the Hon. Richard Seeborg, including fact and expert discovery cutoffs, expert disclosure,

24 and mediation, shall remain in effect.

25                                    Respectfully submitted,

26 DATED: March 24, 2010              CORSIGLIA, McMAHON & ALLARD LLP

27                                    /s/ Bradley M. Corsiglia
                                      _____
28                                    BRADLEY M. CORSIGLIA
                                      Attorneys for Plaintiffs

DATED: March 26, 2010                JOSEPH P. RUSSONIELLO
                                     United States Attorney

                                     /s/ Claire T. Cormier
                                     CLAIRE T. CORMIER[1]
                                     Assistant United States Attorney

DATED: March 24, 2010                EMERSON, COREY & SORENSEN

                                     /s/ James D. Emerson
                                     JAMES D. EMERSON
                                     Attorneys for Defendant,
                                     Chamblin-Landes Construction, Inc.

DATED: March 24, 2010                SEVERSON & WERSON

                                     Austin B. Kenney
                                     AUSTIN B. KENNEY
                                     Attorneys for Defendant, WWD Corporation

DATED: March 24, 2010                VAN DE POEL, LEVY & ALLEN, LLP

                                     /s/ Barbara L. Miller
                                     BARBARA L. MILLER
                                     Attorneys for Defendant,
                                     Larry Spencer Construction

## [PROPOSED] ORDER

Upon stipulation of the parties, the trial of this matter shall commence on September 20, 2010 at 9:30 a.m.  The pretrial conference shall take place on September 14, 2010 at 1:30 p.m. The parties shall comply with the undersigned's Standing Order re: Pretrial Preparation with regard to the timing and content of the Joint Pretrial Statement, and other pretrial submissions. The last day for hearing on dispositive motions shall be July 27, 2010.

DATED: _____March 26____, 2010      _____
                                     HOWARD R. LLOYD
                                     UNITED STATES MAGISTRATE JUDGE

[1] I, Claire T. Cormier, hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.