1  BRADLEY M. CORSIGLIA I.D. 117004                    ** E-filed May 3, 2010 **
   CORSIGLIA MCMAHON & ALLARD LLP
2  96 NORTH THIRD STREET, SUITE 620
   SAN JOSE, CALIFORNIA 95112
3  TELEPHONE:   (408) 289-1417
   FACSIMILE:   (408) 289-8127
4
   ATTORNEYS FOR Plaintiffs,
5  KATHLEEN VENTIMIGLIA, INDIVIDUALLY, AND AS THE
   GUARDIAN AD LITEM FOR STEPHEN VENTIMILIA AND KELLIE
6  VENTIMILIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| KATHLEEN VENTIMIGLIA, individually, and as the Guardian Ad Litem for STEPHEN VENTIMILIA and KELLIE VENTIMILIA, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, CHAMBLIN-LANDES CONSTRUCTION, INC., a California corporation; WWD CORPORATION, a California corporation; DAVID FULLER, individually; JENNIFER RUDOLPH, individually; LARRY GABRIEL, individually; LARRY SPENCER CONSTRUCTION; and DOES 6-50, inclusive, <br><br> Defendants. | CASE NO. C 5:07-CV-5481 HRL <br><br> **STIPULATION AND ORDER SUBSTITUTING A PARTY** |

The parties to this action, through their respective attorneys of record, stipulate and agree as follows:

(1)  KATHLEEN VENTIMIGLIA is no longer the guardian ad litem of her daughter, KELLIE VENTIMILIA, due to the fact that KELLIE VENTIMILIA has reached the age of majority as her date of birth is December 30, 1990.

(2) KELLIE VENTIMIGLIA is now added as a plaintiff in an individual capacity along with KATHLEEN VENTIMIGLIA.

(3) KATHLEEN VENTIMIGLIA will continue to be the guardian ad litem for STEPHEN VENTIMILIA, a minor.

Respectfully submitted,

DATED: April 29, 2010   JOSEPH P. RUSSONIELLO
United States Attorney

/s/
CLAIRE T. CORMIER
Assistant United States Attorney

DATED: April 29, 2010   CORSIGLIA, McMAHON & ALLARD LLP

/s/
BRADLEY M. CORSIGLIA[1]
Attorneys for Plaintiffs,
KATHLEEN VENTIMIGLIA, individually, and as the Guardian Ad Litem for STEPHEN VENTIMILIA; and KELLIE VENTIMILIA, individually

DATED: April 29, 2010   EMERSON, COREY & SORENSEN

/s/
JAMES D. EMERSON
Attorneys for Defendant,
Chamblin-Landes Construction, Inc.

DATED: April 29, 2010   VAN DE POEL, LEVY & ALLEN, LLP

/s/
BARBARA L. MILLER
Attorneys for Defendant,
Larry Spencer Construction

---

[1] I, Bradley M. Corsiglia, hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

| | | |
|---|---|---|
| 1 | DATED: April 30, 2010 | SEVERSON & WERSON |
| 2 | | |
| 3 | | /s/ |
| 4 | | Bruce N. Furukawa, Esq.<br>Jeane Struck, Esq.<br>Austin B. Kenney, Esq. |
| 5 | | Attorneys for Defendant,<br>WWD Corporation |

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS SO ORDERED.

DATED: May 3, 2010

HON. HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE