**\*\* E-filed July 8, 2010 \*\***

1 JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
2 JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3 CLAIRE T. CORMIER (CSBN 154364)
JAMES A. SCHARF (CSBN 152171)
4 Assistant United States Attorneys

5 150 Almaden Boulevard, Suite 900
San Jose, California 95113
6 Telephone: (408) 535-5082
Facsimile:  (408) 535-5081
7 claire.cormier@usdoj.gov

8 Attorneys for Defendant United States of America

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

SAN JOSE DIVISION

12

| | |
|---|---|
| KATHLEEN VENTIMIGLIA, et al., ) | No. C 07-05481 HRL |
| 13        Plaintiffs, ) | |
| 14 ) | |
| v. ) | **STIPULATION OF DISMISSAL AND** |
| 15 ) | ~~**[PROPOSED]**~~ **ORDER** |
| UNITED STATES OF AMERICA, et al., ) | |
| 16 ) | |
| 17        Defendants. ) | |
| 18 _____ ) | |

19         It is hereby stipulated by and between each of the undersigned parties, by and through

20 their respective attorneys, as follows:

21         Pursuant to Federal Rule of Civil Procedure Rule 41(a)(2) and the Stipulation of

22 Settlement and Order filed in this action, plaintiffs and defendants, through their attorneys of

23 record, hereby stipulate and agree that the above-referenced action is dismissed with prejudice in

24 its entirety, with each party bearing its own fees, costs, and expenses, except as set forth in the

25 Stipulation of Settlement and Order.

26         Pursuant to Section 3612(a) of the California Probate Code, the Court shall have

27 continuing jurisdiction of the money paid or to be paid, delivered, deposited, or invested for the

28 benefit of the minor, S.V., until he reaches 18 years of age.  The Court shall not otherwise retain

STIPULATION OF DISMISSAL; ~~[PROPOSED]~~ ORDER
Nos. C 07-05481 HRL

1  jurisdiction over this action, the settlement, or any other matter pertaining to this action or the

2  settlement.

3      **IT IS SO STIPULATED.**

4  Dated: _June 1_, 2010 .      JOSEPH P. RUSSONIELLO
                                UNITED STATES ATTORNEY
5

6                              By: _____
                                   Claire T. Cormier
7                                  Assistant United States Attorney
                                   Attorney for Defendant USA
8

9  Dated: _5/27_, 2010          CORSIGLIA McMAHON & ALLARD LLP

10                             By: _____
11                                 Bradley M. Corsiglia
                                   Attorneys for Plaintiffs
12

13 Dated: _____, 2010     EMERSON, COREY, SORENSEN, CHURCH & LIBKE

14                             By: _____
15                                 James D. Emerson
                                   Attorneys for Defendant Chamblin-Landes
16                                 Construction, Inc.

17 Dated: _____, 2010     SEVERSON & WERSON

18                             By: _____
19                                 Austin B. Kenney
                                   Attorneys for Defendant WWD Corporation
20

21 Dated: _____, 2010     VAN DE POEL, LEVY & ALLEN, LLP

22                             By: _____
23                                 Jeffrey W. Allen
                                   Attorneys for Defendant Larry Spencer Construction
24

25                              [PROPOSED] ORDER

26      Upon stipulation of the parties and good cause appearing, IT IS SO ORDERED.

27 DATED: July 8, 2010 _____

28                              HOWARD R. LLOYD
                                United States Magistrate Judge

STIPULATION OF DISMISSAL; [PROPOSED] ORDER
Nos. C 07-05481 HRL

-2-

jurisdiction over this action, the settlement, or any other matter pertaining to this action or the settlement.

**IT IS SO STIPULATED.**

Dated: _____, 2010     JOSEPH P. RUSSONIELLO
                                  UNITED STATES ATTORNEY

                                  By: _____
                                      Claire T. Cormier
                                      Assistant United States Attorney
                                      Attorney for Defendant USA

Dated: _____, 2010     CORSIGLIA MCMAHON & ALLARD LLP

                                  By: _____
                                      Bradley M. Corsiglia
                                      Attorneys for Plaintiffs

Dated: 5/27, 2010                EMERSON, COREY, SORENSEN, CHURCH & LIBKE

                                  By: _____
                                      James D. Emerson
                                      Attorneys for Defendant Chamblin-Landes
                                      Construction, Inc.

Dated: _____, 2010     SEVERSON & WERSON

                                  By: _____
                                      Austin B. Kenney
                                      Attorneys for Defendant WWD Corporation

Dated: _____, 2010     VAN DE POEL, LEVY & ALLEN, LLP

                                  By: _____
                                      Jeffrey W. Allen
                                      Attorneys for Defendant Larry Spencer Construction

~~[PROPOSED]~~ ORDER

Upon stipulation of the parties and good cause appearing, IT IS SO ORDERED.

DATED: _____     _____
                            HOWARD R. LLOYD
                            United States Magistrate Judge

STIPULATION OF DISMISSAL; ~~[PROPOSED]~~ ORDER
Nos. C 07-05481 HRL

-2-

1  jurisdiction over this action, the settlement, or any other matter pertaining to this action or the

2  settlement.

3      **IT IS SO STIPULATED**.

4  Dated: _____, 2010      JOSEPH P. RUSSONIELLO
                                       UNITED STATES ATTORNEY
5

6                                      By: _____
7                                          Claire T. Cormier
                                           Assistant United States Attorney
8                                          Attorney for Defendant USA

9  Dated: _____, 2010      CORSIGLIA MCMAHON & ALLARD LLP

10                                     By: _____
11                                         Bradley M. Corsiglia
                                           Attorneys for Plaintiffs
12

13 Dated: _____, 2010      EMERSON, COREY, SORENSEN, CHURCH & LIBKE

14                                     By: _____
15                                         James D. Emerson
                                           Attorneys for Defendant Chamblin-Landes
16                                         Construction, Inc.

17 Dated: _5/28/10_____, 2010          SEVERSON & WERSON

18                                     By: _____
19                                         Austin B. Kenney
                                           Attorneys for Defendant WWD Corporation
20

21 Dated: _____, 2010      VAN DE POEL, LEVY & ALLEN, LLP

22                                     By: _____
23                                         Jeffrey W. Allen
                                           Attorneys for Defendant Larry Spencer Construction

24             ~~[PROPOSED]~~ **ORDER**

25     Upon stipulation of the parties and good cause appearing, IT IS SO ORDERED.
26

27 DATED: _____          _____
28                                    HOWARD R. LLOYD
                                      United States Magistrate Judge

STIPULATION OF DISMISSAL; ~~[PROPOSED]~~ ORDER
Nos. C 07-05481 HRL

1  jurisdiction over this action, the settlement, or any other matter pertaining to this action or the

2  settlement.

3     **IT IS SO STIPULATED**.

4  Dated: _____, 2010       JOSEPH P. RUSSONIELLO
                                       UNITED STATES ATTORNEY
5

6                                      By: _____
                                           Claire T. Cormier
7                                          Assistant United States Attorney
                                           Attorney for Defendant USA
8

9  Dated: _____, 2010       CORSIGLIA MCMAHON & ALLARD LLP

10                                     By: _____
                                           Bradley M. Corsiglia
11                                         Attorneys for Plaintiffs

12

13 Dated: _____, 2010       EMERSON, COREY, SORENSEN, CHURCH & LIBKE

14                                     By: _____
                                           James D. Emerson
15                                         Attorneys for Defendant Chamblin-Landes
                                           Construction, Inc.
16

17 Dated: _____, 2010       SEVERSON & WERSON

18                                     By: _____
                                           Austin B. Kenney
19                                         Attorneys for Defendant WWD Corporation
20

21 Dated: __5/28__, 2010              VAN DE POEL, LEVY & ALLEN, LLP

22                                     By: _____
                                           Jeffrey W. Allen
23                                         Attorneys for Defendant Larry Spencer Construction

24                              [PROPOSED] **ORDER**

25     Upon stipulation of the parties and good cause appearing, IT IS SO ORDERED.

26

27 DATED: _____       _____
                                 HOWARD R. LLOYD
28                               United States Magistrate Judge

STIPULATION OF DISMISSAL; [PROPOSED] ORDER
Nos. C 07-05481 HRL

-2-