\*\* E-filed July 8, 2010 \*\*

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
JAMES A. SCHARF (CSBN 152171)
Assistant United States Attorneys

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5082
   Facsimile:  (408) 535-5081
   claire.cormier@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KATHLEEN VENTIMIGLIA, et al., | No. C 07-05481 HRL |
|    Plaintiffs, | |
| v. | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |
| UNITED STATES OF AMERICA, et al., | |
|    Defendants. | |

It is hereby stipulated by and between each of the undersigned parties, by and through their respective attorneys, as follows:

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(2) and the Stipulation of Settlement and Order filed in this action, plaintiffs and defendants, through their attorneys of record, hereby stipulate and agree that the above-referenced action is dismissed with prejudice in its entirety, with each party bearing its own fees, costs, and expenses, except as set forth in the Stipulation of Settlement and Order.

Pursuant to Section 3612(a) of the California Probate Code, the Court shall have continuing jurisdiction of the money paid or to be paid, delivered, deposited, or invested for the benefit of the minor, S.V., until he reaches 18 years of age. The Court shall not otherwise retain

STIPULATION OF DISMISSAL; [PROPOSED] ORDER
Nos. C 07-05481 HRL

jurisdiction over this action, the settlement, or any other matter pertaining to this action or the settlement.

**IT IS SO STIPULATED.**

Dated: June 1, 2010

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

By: /s/ Claire T. Cormier
Claire T. Cormier
Assistant United States Attorney
Attorney for Defendant USA

Dated: 5/27, 2010

CORSIGLIA McMAHON & ALLARD LLP

By: /s/ Bradley M. Corsiglia
Bradley M. Corsiglia
Attorneys for Plaintiffs

Dated: _____, 2010

EMERSON, COREY, SORENSEN, CHURCH & LIBKE

By: _____
James D. Emerson
Attorneys for Defendant Chamblin-Landes Construction, Inc.

Dated: _____, 2010

SEVERSON & WERSON

By: _____
Austin B. Kenney
Attorneys for Defendant WWD Corporation

Dated: _____, 2010

VAN DE POEL, LEVY & ALLEN, LLP

By: _____
Jeffrey W. Allen
Attorneys for Defendant Larry Spencer Construction

[PROPOSED] ORDER

Upon stipulation of the parties and good cause appearing, IT IS SO ORDERED.

DATED: July 8, 2010

_____
HOWARD R. LLOYD
United States Magistrate Judge

STIPULATION OF DISMISSAL; [PROPOSED] ORDER
Nos. C 07-05481 HRL

-2-

| | |
|---|---|
| 1 | jurisdiction over this action, the settlement, or any other matter pertaining to this action or the |
| 2 | settlement. |

  IT IS SO STIPULATED.

Dated: _____, 2010  JOSEPH P. RUSSONIELLO
              UNITED STATES ATTORNEY

              By: _____
              Claire T. Cormier
              Assistant United States Attorney
              Attorney for Defendant USA

Dated: _____, 2010  CORSIGLIA MCMAHON & ALLARD LLP

              By: _____
              Bradley M. Corsiglia
              Attorneys for Plaintiffs

Dated: 5/27, 2010  EMERSON, COREY, SORENSEN, CHURCH & LIBKE

              By: /s/ James D. Emerson
              James D. Emerson
              Attorneys for Defendant Chamblin-Landes
              Construction, Inc.

Dated: _____, 2010  SEVERSON & WERSON

              By: _____
              Austin B. Kenney
              Attorneys for Defendant WWD Corporation

Dated: _____, 2010  VAN DE POEL, LEVY & ALLEN, LLP

              By: _____
              Jeffrey W. Allen
              Attorneys for Defendant Larry Spencer Construction

            [PROPOSED] ORDER

  Upon stipulation of the parties and good cause appearing, IT IS SO ORDERED.

DATED: _____
              HOWARD R. LLOYD
              United States Magistrate Judge

STIPULATION OF DISMISSAL; [PROPOSED] ORDER
Nos. C 07-05481 HRL

| | |
|---|---|
| 1 | jurisdiction over this action, the settlement, or any other matter pertaining to this action or the |
| 2 | settlement. |
| 3 | **IT IS SO STIPULATED.** |

Dated: _____, 2010   JOSEPH P. RUSSONIELLO
                                    UNITED STATES ATTORNEY

                                    By: _____
                                        Claire T. Cormier
                                        Assistant United States Attorney
                                        Attorney for Defendant USA

Dated: _____, 2010   CORSIGLIA MCMAHON & ALLARD LLP

                                    By: _____
                                        Bradley M. Corsiglia
                                        Attorneys for Plaintiffs

Dated: _____, 2010   EMERSON, COREY, SORENSEN, CHURCH & LIBKE

                                    By: _____
                                        James D. Emerson
                                        Attorneys for Defendant Chamblin-Landes
                                        Construction, Inc.

Dated: 5/28/10 ~~, 2010~~        SEVERSON & WERSON

                                    By: [signature]
                                        Austin B. Kenney
                                        Attorneys for Defendant WWD Corporation

Dated: _____, 2010   VAN DE POEL, LEVY & ALLEN, LLP

                                    By: _____
                                        Jeffrey W. Allen
                                        Attorneys for Defendant Larry Spencer Construction

## ~~[PROPOSED]~~ ORDER

Upon stipulation of the parties and good cause appearing, IT IS SO ORDERED.

DATED: _____   _____
                                    HOWARD R. LLOYD
                                    United States Magistrate Judge

STIPULATION OF DISMISSAL; ~~[PROPOSED]~~ ORDER
Nos. C 07-05481 HRL

jurisdiction over this action, the settlement, or any other matter pertaining to this action or the settlement.

**IT IS SO STIPULATED.**

Dated: _____, 2010     JOSEPH P. RUSSONIELLO
                                      UNITED STATES ATTORNEY

                                      By: _____
                                          Claire T. Cormier
                                          Assistant United States Attorney
                                          Attorney for Defendant USA

Dated: _____, 2010     CORSIGLIA MCMAHON & ALLARD LLP

                                      By: _____
                                          Bradley M. Corsiglia
                                          Attorneys for Plaintiffs

Dated: _____, 2010     EMERSON, COREY, SORENSEN, CHURCH & LIBKE

                                      By: _____
                                          James D. Emerson
                                          Attorneys for Defendant Chamblin-Landes
                                          Construction, Inc.

Dated: _____, 2010     SEVERSON & WERSON

                                      By: _____
                                          Austin B. Kenney
                                          Attorneys for Defendant WWD Corporation

Dated: 5/28, 2010                     VAN DE POEL, LEVY & ALLEN, LLP

                                      By: /s/ (signature)
                                          Jeffrey W. Allen
                                          Attorneys for Defendant Larry Spencer Construction

[PROPOSED] ORDER

Upon stipulation of the parties and good cause appearing, IT IS SO ORDERED.

DATED: _____

                                      _____
                                      HOWARD R. LLOYD
                                      United States Magistrate Judge